# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| DEVI NAMPIAPARAMPIL | SEE ADDENDUM |

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER | ATTORNEYS (IF KNOWN) |
|---|---|
| Blair E. Kaminsky, Brian T. Goldman and Arian Soroush<br>HOLWELL SHUSTER & GOLDBERG LLP<br>425 Lexington Avenue, New York, NY 10017 Tel:  (646) 837-5151 | |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

42 U.S.C. § 1983  Constitutional violations under Section 1983

Has this  action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [✓] Yes [ ]      Judge Previously Assigned

If yes, was this case  Vol. [ ] Invol. [ ]   Dismissed.  No [ ]   Yes [ ]    If yes, give date _____ & Case No. _____

Is this an international arbitration case?        No [X]       Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                                  NATURE OF SUIT

|  | TORTS |  |  |  | ACTIONS UNDER STATUTES |
|---|---|---|---|---|---|
| **CONTRACT** | **PERSONAL INJURY** | **PERSONAL INJURY/** | **FORFEITURE/PENALTY** | **BANKRUPTCY** | **OTHER STATUTES** |
| [ ] 110  INSURANCE | [ ] 310  AIRPLANE | [ ] 367 HEALTHCARE/<br>PHARMACEUTICAL PERSONAL<br>INJURY/PRODUCT LIABILITY | [ ] 625 DRUG RELATED<br>SEIZURE OF PROPERTY<br>21 USC 881 | [ ] 422  APPEAL<br>28 USC 158 | [ ] 375 FALSE CLAIMS |
| [ ] 120  MARINE | [ ] 315  AIRPLANE PRODUCT<br>LIABILITY | | | [ ] 423  WITHDRAWAL<br>28 USC 157 | [ ] 376  QUI TAM |
| [ ] 130  MILLER ACT | [ ] 320  ASSAULT, LIBEL &<br>SLANDER | [ ] 365 PERSONAL INJURY<br>PRODUCT LIABILITY | [ ] 690 OTHER | | [ ] 400  STATE<br>REAPPORTIONMENT |
| [ ] 140  NEGOTIABLE<br>INSTRUMENT | [ ] 330  FEDERAL<br>EMPLOYERS'<br>LIABILITY | [ ] 368 ASBESTOS PERSONAL<br>INJURY PRODUCT<br>LIABILITY | **PROPERTY RIGHTS** | | [ ] 410  ANTITRUST<br>[ ] 430  BANKS & BANKING<br>[ ] 450  COMMERCE |
| [ ] 150  RECOVERY OF<br>OVERPAYMENT &<br>ENFORCEMENT<br>OF JUDGMENT | [ ] 340  MARINE | **PERSONAL PROPERTY** | [ ] 820 COPYRIGHTS   [ ] 880 DEFEND TRADE SECRETS ACT<br>[ ] 830 PATENT | | [ ] 460  DEPORTATION<br>[ ] 470  RACKETEER INFLU-<br>ENCED & CORRUPT<br>ORGANIZATION ACT |
| [ ] 151  MEDICARE ACT | [ ] 345  MARINE PRODUCT<br>LIABILITY | [ ] 370 OTHER FRAUD | [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION | | (RICO) |
| [ ] 152  RECOVERY OF<br>DEFAULTED<br>STUDENT LOANS<br>(EXCL VETERANS) | [ ] 350  MOTOR VEHICLE<br>[ ] 355  MOTOR VEHICLE<br>PRODUCT LIABILITY | [ ] 371 TRUTH IN LENDING | [ ] 840 TRADEMARK<br><br>**SOCIAL SECURITY** | | [ ] 480  CONSUMER CREDIT<br>[ ] 485  TELEPHONE CONSUMER<br>PROTECTION ACT |
| [ ] 153  RECOVERY OF<br>OVERPAYMENT<br>OF VETERAN'S<br>BENEFITS | [ ] 360  OTHER PERSONAL<br>INJURY<br>[ ] 362  PERSONAL INJURY -<br>MED MALPRACTICE | [ ] 380 OTHER PERSONAL<br>PROPERTY DAMAGE<br>[ ] 385 PROPERTY DAMAGE<br>PRODUCT LIABILITY | **LABOR**<br>[ ] 710 FAIR LABOR<br>STANDARDS ACT | [ ] 861 HIA (1395ff)<br>[ ] 862 BLACK LUNG (923)<br>[ ] 863 DIWC/DIWW (405(g))<br>[ ] 864 SSID TITLE XVI | [ ] 490  CABLE/SATELLITE TV<br>[ ] 850  SECURITIES/<br>COMMODITIES/<br>EXCHANGE |
| [ ] 160  STOCKHOLDERS<br>SUITS | | | [ ] 720 LABOR/MGMT<br>RELATIONS | [ ] 865 RSI (405(g)) | |
| [ ] 190  OTHER<br>CONTRACT | | **PRISONER PETITIONS** | [ ] 740 RAILWAY LABOR ACT | **FEDERAL TAX SUITS** | [ ] 890  OTHER STATUTORY<br>ACTIONS |
| [ ] 195  CONTRACT<br>PRODUCT<br>LIABILITY | **ACTIONS UNDER STATUTES** | [ ] 463 ALIEN DETAINEE<br>[ ] 510 MOTIONS TO<br>VACATE SENTENCE<br>28 USC 2255 | [ ] 751 FAMILY MEDICAL<br>LEAVE ACT (FMLA) | [ ] 870 TAXES (U.S. Plaintiff or<br>Defendant) | [ ] 891  AGRICULTURAL ACTS<br>[ ] 893  ENVIRONMENTAL<br>MATTERS |
| [ ] 196  FRANCHISE | **CIVIL RIGHTS** | [ ] 530 HABEAS CORPUS<br>[ ] 535 DEATH PENALTY | [ ] 790 OTHER LABOR<br>LITIGATION | [ ] 871 IRS-THIRD PARTY<br>26 USC 7609 | [ ] 895  FREEDOM OF<br>INFORMATION ACT |
| | [X] 440  OTHER CIVIL RIGHTS<br>(Non-Prisoner) | [ ] 540 MANDAMUS & OTHER | [ ] 791 EMPL RET INC<br>SECURITY ACT (ERISA) | | [ ] 896  ARBITRATION<br>[ ] 899  ADMINISTRATIVE<br>PROCEDURE ACT/REVIEW OR |
| **REAL PROPERTY** | [ ] 441  VOTING<br>[ ] 442  EMPLOYMENT | | **IMMIGRATION** | | APPEAL OF AGENCY DECISION |
| [ ] 210  LAND<br>CONDEMNATION | [ ] 443  HOUSING/<br>ACCOMMODATIONS | **PRISONER CIVIL RIGHTS** | [ ] 462 NATURALIZATION<br>APPLICATION | | [ ] 950  CONSTITUTIONALITY OF<br>STATE STATUTES |
| [ ] 220  FORECLOSURE | [ ] 445  AMERICANS WITH<br>DISABILITIES -<br>EMPLOYMENT | [ ] 550 CIVIL RIGHTS<br>[ ] 555 PRISON CONDITION<br>[ ] 560 CIVIL DETAINEE<br>CONDITIONS OF CONFINEMENT | [ ] 465 OTHER IMMIGRATION<br>ACTIONS | | |
| [ ] 230  RENT LEASE &<br>EJECTMENT | | | | | |
| [ ] 240  TORTS TO LAND | [ ] 446  AMERICANS WITH<br>DISABILITIES -OTHER | | | | |
| [ ] 245  TORT PRODUCT<br>LIABILITY | [ ] 448  EDUCATION | | | | |
| [ ] 290  ALL OTHER<br>REAL PROPERTY | | | | | |

*Check if demanded in complaint:*

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

DEMAND $_____    OTHER _____     JUDGE _____     DOCKET NUMBER_____

*Check YES only if demanded in complaint*

JURY DEMAND:  [X] YES   [ ] NO        NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

| (PLACE AN x IN ONE BOX ONLY) | | ORIGIN | | | | |
|---|---|---|---|---|---|---|
| [x] 1 Original Proceeding | [ ] 2 Removed from State Court | [ ] 3 Remanded from Appellate Court | [ ] 4 Reinstated or Reopened | [ ] 5 Transferred from (Specify District) | [ ] 6 Multidistrict Litigation (Transferred) | [ ] 7 Appeal to District Judge from Magistrate Judge |
| | [ ] a. all parties represented | | | | | |
| | [ ] b. At least one party is pro se. | | | [ ] 8 Multidistrict Litigation (Direct File) | | |

(PLACE AN x IN ONE BOX ONLY)       **BASIS OF JURISDICTION**       *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

[ ] 1 U.S. PLAINTIFF    [ ] 2 U.S. DEFENDANT    [x] 3 FEDERAL QUESTION    [ ] 4 DIVERSITY
(U.S. NOT A PARTY)

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)
Holwell Shuster & Goldberg LLP
425 Lexington Avenue
New York, N.Y. 10017
New York County

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)
100 Church Street, New York, NY 10007
New York County

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**
I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    [ ] WHITE PLAINS    [x] MANHATTAN

DATE July 24, 2023    /s/ Blair E. Kaminsky
SIGNATURE OF ATTORNEY OF RECORD

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[x] YES (DATE ADMITTED  Mo. 5   Yr. 2012 )
Attorney Bar Code # BK4695

RECEIPT #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

## ADDENDUM:

Defendants:

THE NEW YORK CITY CAMPAIGN FINANCE BOARD, DAVID DUHALDE, in his official capacity as Senior Candidate Services Liaison for the New York City Campaign Finance Board, HANNAH EGERTON, in her official capacity as the Director of Candidate Services for the New York City Campaign Finance Board, AMY LOPREST, in her official capacity as Executive Director for the New York City Campaign Finance Board, BETHANY PERSKIE, in her official capacity as General Counsel for the New York City Campaign Finance Board, FREDERICK SCHAFFER, in his official capacity as Chairman of the New York City Campaign Finance Board, MATTHEW SOLLARS, in his official capacity as Director of Public Relations for the New York City Campaign Finance Board, and JACLYN WILLIAMS, in her official capacity as a Candidate Services Liaison for the New York City Campaign Finance Board,