AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Devi Nampiaparampil, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-06391 |
| The New York City Campaign Finance Board, | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Devi Nampiaparampil.

Date:    07/25/2023

/s/ Brian T. Goldman
*Attorney's signature*

Brian T. Goldman  5616891
*Printed name and bar number*

Holwell Shuster & Goldberg LLP
425 Lexington Avenue
New York, NY 10017
*Address*

bgoldman@hsgllp.com
*E-mail address*

(646) 837-5151
*Telephone number*

(646) 837-5150
*FAX number*