Attorney: Holwell Shuster & Goldberg LLP
Address: 425 Lexington Avenue, 14th Floor New York, NY 10017

| | |
|---|---|
| DEVI NAMPIAPARAMPIL,<br><br>Plaintiff<br><br>vs<br><br>THE NEW YORK CITY CAMPAIGN FINANCE BOARD, et al.,<br><br>Defendant | Index Number: 1:23-cv-06391<br>Client's File No.:<br>Court Date:<br><br>Date Filed: 07/24/2023 |

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

## AFFIDAVIT OF SERVICE

**Tobias B. Stallworth**, being sworn says:
   Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **7/28/2023**, at **8:46 PM** at: **80 CRANBERRY STREET, APT 3G, BROOKLYN, NY 11201** Deponent served the within **Summons in a Civil Action, Complaint, Individual Practices of Judge Edgardo Ramos, United States District Court Southern District of New York Electronic Case Filing Rules & Instructions**

On: **BETHANY PERSKIE, in her official capacity as General Counsel for the New York City Campaign Finance Board**, Defendant therein named.
Said documents were conformed with index number and date of filing endorsed thereon.

☒ **#1 SUITABLE AGE PERSON**
   By delivering thereat a true copy of each to Eddy Contanza (Doorman) a person of suitable age and discretion who stated that he/she is authorized to accept service. Said premises is recipient's :[] actual place of business / employment [X] dwelling house (usual place of abode) within the state.

☒ **#2 DESCRIPTION**
   Sex: Male    Color of skin: White    Color of hair: Black    Glasses: No
   Age: 36 - 50 Yrs.    Height: 5ft 9inch - 6ft 0inch    Weight: 161-200 Lbs.    Other Features:

☒ **#3 MILITARY SERVICE**
   I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
   Subpoena Fee Tendered in the amount of $

☒ **#5 OTHER**
   The Doorman called the Subject on the phone. She was home but instructed the Doorman to deny me access to the apartment and said he could accept service on her behalf. I then served the documents to the Doorman.

☒ **#6 MAILING**
   **Tobias B. Stallworth** being duly sworn, deponent completed service by depositing a copy of the said documents in a postpaid properly addressed envelope, bearing the words "Personal and Confidential" by First Class mail on: **07/31/2023** to **BETHANY PERSKIE, in her official capacity as General Counsel for the New York City Campaign Finance Board** at **80 CRANBERRY STREET, APT 3G, BROOKLYN, NY 11201** in an official depository of the United States Postal Service in the State of New York. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

:

Sworn to before me on 8/7/23

STEPHANIE GALLIGAN
NOTARY PUBLIC, State of New York
No. 01GA6190672, Qualified in Nassau County
Commission Expires July 28, 2024



Tobias B. Stallworth
DCA License # 1279759-DCA

*Court Support, Inc., 265 Post Ave #150, Westbury, NY 11590 License #1382542*