UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DEVI NAMPIAPARAMPIL,

<em>Plaintiff</em>,

-against-

THE NEW YORK CITY CAMPAIGN FINANCE
BOARD, *et al.*,

<em>Defendants</em>.

------------------------------------------------------------------------ x

**NOTICE OF MOTION TO DISMISS**

No. 23 Civ. 6391 (ER)

**TAKE NOTICE** that, upon the accompanying Declaration of David S. Thayer in Support of Defendants' Motion to Dismiss, dated November 10, 2023, and the exhibits attached thereto; the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, dated November 10, 2023; and upon all other papers and proceedings heretofore had herein, Defendants New York City Campaign Finance Board, David Duhalde, Hannah Egerton, Amy Loprest, Bethany Perskie, Frederick Schaffer, Matthew Sollars, and Jaclyn Williams (collectively, "Defendants"), by and through their attorney, the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, will move this Court before the Honorable Edgardo Ramos of the United States District Court for the Southern District of New York at the United States Courthouse located at 40 Foley Square, New York, New York 10007, on a date and time to be determined by the Court, for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint, denying all relief sought therein, and granting such other and further relief to the Defendants as the Court may deem just and proper.

**TAKE FURTHER NOTICE** that, pursuant to the direction of the Court at the conference held on October 18, 2023, and pursuant to the Court's Minute Entry dated October

18, 2023, Plaintiff shall serve her papers in opposition to this motion on or before December 1, 2023, and Defendants shall serve their reply papers, if any, on or before December 8, 2023.

Dated:   November 10, 2023
      New York, New York

           **HON. SYLVIA. O. HINDS-RADIX**
           *Corporation Counsel of the City of New York*
           Attorney for Defendants
           100 Church Street
           New York, NY 10007
           t: (212) 356-2649
           f: (212) 356-1148
           e: dthayer@law.nyc.gov

           By:  /s/ David S. Thayer
               DAVID S. THAYER
               *Assistant Corporation Counsel*