# Exhibit

# A

**[Print in black ink all areas in bold letters.   This summons must be served with a complaint.]**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------x

DEVI NAMPIAPPORAMPIL

**[your name(s)]**                              Plaintiff(s),

- against -

NEW YORK CITY CAMPAIGN FINANCE BOARD

**[name(s) of party being sued]**          Defendant(s)
------------------------------------------------------x

**SUMMONS**

**Index Number**

101118-2021

**Date Index Number Purchased**

9/29 , 2021

To the Person(s) Named as Defendant(s) above:

PLEASE TAKE NOTICE THAT YOU ARE SUMMONED to answer the complaint of the plaintiff(s) herein and to serve a copy of your answer on the plaintiff(s) at the address indicated below within 20 days after service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the Summons is not delivered personally to you within the State of New York.

YOU ARE HEREBY NOTIFIED THAT should you fail to answer, a judgment will be entered against you by default for the relief demanded in the complaint.

Dated: September 29 , 20 21
**[date of summons]**

**[sign your name]**

Devi Nampiaparampil
**[print your name]**

250 West 50th Street #257A
**[your address and telephone number]**

New York, NY 10019

NEW YORK CITY CAMPAIGN FINANCE BOARD
**[name and address of defendant(s)]**

100 CHURCH STREET 12TH FLOOR

NEW YORK, NY 10007

**[name and address of defendant(s)]**

Venue:   Plaintiff(s) designate(s) New York County as the place of trial.   The basis of this designation is:
☑ Plaintiff's(s') residence in New York County
☐ Defendant's(s') residence in New York County
☐ Other **[See CPLR Article 5]:**

CommenceAction – Rev. March 2021

A001

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------x

DEVI NAMPIAPPARAMPIL
[your name(s)]                          Plaintiff(s),

- against-

NEW YORK CITY CAMPAIGN FINANCE BOARD
[name(s) of party being sued]       Defendant(s).
-------------------------------------------------------x

**Index Number**

101118-2021

COMPLAINT

TO THE SUPREME COURT OF THE STATE OF NEW YORK

The complaint of the plaintiff [your name] DEVI NAMPIAPPARAMPIL

respectfully shows and alleges as follows: [number each paragraph]

1. The plaintiff herein, Devi Nampiaparampil, is a resident of the state of New York. Dr. Nampiaparampil resides at 250 West 50th street New York, NY.

2. The defendant, herein, the New York city Campaign Finance Board, has a principal place of business of 100 Church Street, New York, NY. Defendant is engaged in the business of publishing non-partisan impartial voter guides, providing information on candidates, and the distribution of those guides to each household where there is at least one registered voter eligible to vote in the election involved. These voter guides accompany New York City election ballots.

3. Plaintiff desired to have her information included in the voter guide and submitted information on her candidacy to the CFB

4. The CFB emailed Dr. Nampiaparampil on Tuesday September 28th, after the general election ballots had already been received by some voters, that it had determined not to include any of her voter profile in the online or print voter guide - other than a portion of the name that is on the general election ballot

5. The other candidates in the race will have their full profiles. Dr. Nampiaparampil will have a blank section. All of the information Dr. Nampiaparampil submitted about her work treating combat veterans returning from Iraq & Afghanistan with catastrophic injuries and all of her work treating patients during the COVID pandemic will be hidden from voters.

6. Dr. Devi Nampiaparampil will be irreparably harmed if this voter guide is distributed to New York City voters. Monetary dama

will not solve the problem.

7. The candidates running against Dr Nampiaparampil will have complete voter profiles. The CFB's decision will have a disparate impact on her.

8. The New York City Campaign Finance Board did not take minimal steps to correct any alleged technical issues and deficiencies with its website, the one used to submit the profile.

9. The CFB treated Dr. Nampiaparampil differently than it has treated other candidates with similar problems with their submissions.

10. Dr Nampiaparampil would likely win this case on the merits.

WHEREFORE, plaintiff demands the print + online voter guide NOT be distributed until Dr Nampiaparampil is granted fair and equal access to publish her information in it similar to the other candidates.

If it has already been distributed, the CFB should conduct a separate mailing immediately with her updated voter profile alone.

Dated: _September 29, 2021_

_____
[sign your name]

_Devi Nampiaprampel_
[print your name]

_250 West 50th Street #27A_
[your address]

_New York, NY 10019_

_(347) 424-4996_
[your telephone number]

## VERIFICATION

STATE OF NEW YORK
COUNTY OF _____ ss.:

_____, being duly sworn, deposes and says:

I am the plaintiff in the above-entitled action.   I have read the foregoing complaint and know the contents thereof.   The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief, and as to those matters, I believe them to be true.

_____
[sign your name in front of a Notary]

_Devi Nampiaprampel_
[print your name]

Sworn to before me this

_29th_ day of _September_, 20 _21_

_____
Notary Public

**CHARO J BOURDIER**
**NOTARY PUBLIC-STATE OF NEW YORK**
**No. 01BO6339584**
**Qualified in New York County**
**My Commission Expires 04-04-2024**

CommenceAction – Rev. March 2021

A004

**[Litigation back: Fill out right side of form only]**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*NOTICE OF ENTRY\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sir/Madam:

Please take notice that the within is a (certified) true copy of a

_____ duly entered in the office of the clerk of

the within named court on the ___ day of _____, 20____

Dated: _____                          Yours, etc.

Attorney for: _____

_____ Office and Post

_____ Office Address

_____

To:

Attorney(s) for _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*NOTICE OF SETTLEMENT\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sir/Madam:

Please take notice that an _____

of which the within is a true copy will be presented for settlement

to the Hon. _____, one of the Justices

of the within court, at _____, on

_____ 20 __ at _____ AM/PM.

Dated: _____ 20 __                  Yours, etc.

Presenting Party _____

_____

_____

To:

Attorney(s) for _____

_____

_____

CommenceAction – Rev. March 2021

---

INDEX NUMBER _101118-_

SUPREME COURT OF THE STATE OF
COUNTY OF NEW YORK

In the Matter of the Application of

Devi Nampiaparampil

- against -

New York City Campaign Fi

_____

_____

To the best of my knowledge, infor
after an inquiry reasonable under the circum
of these papers and the contentions therein
defined in subsection (c) of section 130 1.1
Administrator (22NYCRR).

Sign Name: _____

Print Name: Devi Nampiaparam

Address: 250 West 50th stree
New York, NY 1001_

Telephone: (347) 424-4996

Service of a copy of the within is hereby ac

Dated: _____

Attorney for _____

**A005**



EXHIBIT A

# 2021 voter guide submission reminders

## Remember

- Your submission contains two parts! Review each part carefully. You must submit the Voter Guide profile and Video Voter Guide script/taping appointment **separately** by clicking the "Submit" button in each tab. **You will receive a separate email confirmation for each submission.**

- **You have a maximum limit of 750 characters for your entire Voter Guide profile.** You will not be able to submit your profile if you exceed the limit.

- You cannot leave fields in your profile blank. If you do not have any pertinent information for a field, type "N/A" or "None" to indicate it is not applicable. This will appear in your profile.

- Your Voter Guide script must not last more than two minutes when you read it. We recommend a limit of 1,500 characters (around 250 words) for your Video Voter Guide script. Time yourself reading your statement before you submit your script. If your statement runs longer than two minutes when it is taped, it will be cut off at the 2-minute mark.

- In order to protect the health and safety of candidates and Voter Guide production staff, candidates must follow the screening protocols for in-studio filming (*see Filming Requirements on page 6*).

- You must confirm that your submissions are true to the best of your knowledge by checking off the Candidate Affirmation boxes before you submit. All candidate profiles and scripts will be subject to a legal review by the Campaign Finance Board (CFB).

- All candidates who are on the ballot at the time of publication will be listed in the Voter Guide, regardless of whether they have submitted a profile or video.

For assistance with your Voter Guide submission, please contact Candidate Services at VGSA@nyccfb.info.

1

A006



# 2021 voter guide candidate profile submission

## Candidate photo

If you do not want to publish a photo with your profile, check the box labelled "I do not wish to submit a photo".

If you would like to include a photo with your profile, upload a high-resolution digital photo, no smaller than 2 inches x 2 inches, with a minimum resolution of 300 dpi. We cannot enhance your photo, so make sure you provide a crisp, clear digital image. Make sure that your image is a .JPG or .PNG file, as our system cannot accept other image file types. All files must be less than 4 MB.

The image must be a recent headshot, showing just the face and shoulders. The candidate's face may not be obscured. Photos should not be cropped in too closely and there should be space around the candidate's head. The photo may not show the candidate's hands or anything held in the hands. The candidate may not be shown wearing any uniform, including but not limited to a judicial robe, or a military, police, or fraternal uniform. The CFB may crop images to conform to these specifications. If the photo you submit does not conform to these specifications, it will be rejected and you will be notified.

## Candidate profile

You are allowed a total of 750 characters maximum for all of the fields for your entire candidate profile. When you reach the 750 character limit, you will not be able to enter any additional characters. Fields in this section are required and cannot be left blank; enter "N/A" or "None" if the field is not applicable. The words in the questions are not counted against your maximum; only your answers affect your total character count.

## Name

Enter your name as you would like it to appear in the Voter Guide. This section is just for your name — do not include any honorifics (such as "Dr.", "Esq.", or "Reverend") before or after your name. These will not be published in the Voter Guide, and will be deleted if you enter them. NOTE: You may describe any advanced degrees or religious affiliations in the "Education" or "Organizational Affiliations" sections.

2

A007



# 2021 voter guide candidate profile submission

## Office sought

Select the office you are seeking.

## Party enrolled in as a voter

Select the name of the party in which you are **enrolled as a voter**. Select "None" if you are not a registered member of any party. If you are registered in a party that is not on the list, select "Other" and type the name of the party in the space provided. **You will be able to enter the party you are running on in the next field.**

## Party line(s) you are running on

Select the name of the party whose line you are running on. If the party line is not on the list, select "Other" and type the name of the party in the space provided. NOTE: The CFB will verify and use the party you are running on with the Board of Elections.

## Candidate questions

1. **What is the #1 issue you would address if elected?**
2. **What is the #2 issue you would address if elected?**
3. **What is the #3 issue you would address if elected?**

These questions are designed to help voters compare and contrast the candidates and their priorities. Make sure to use **no more than five words** to answer each of the first three questions. Be very brief but specific. For example, responses like "**Improve public schools**" or "**Expand school choice**" are more descriptive than simply "**Education**."

**The CFB will shorten or remove responses that exceed the five word maximum.**

A008

Supreme Court Records OnLine Library - page 8 of 23



# 2021 voter guide candidate profile submission

## 4. Candidate statement

Your answer to Question #4 will be the longest part of your profile. Remember that you have a maximum total character count of 750 for your entire profile. Only your answers affect your total character count; the words in the questions are not counted against your maximum! NOTE: Discuss only your own qualifications; do not mention other candidates.

## 5. Background information

Provide a brief summary of your background, including any past experience, education, endorsements, or affiliations that you'd like to highlight in the printed Guide.

**The detailed information you provide for the specific fields for occupations, education, organizational affiliations, and prior public experience will be published online only.**

# Campaign contact information (optional)

We encourage you to provide your campaign's email, website, and social media information so voters can learn more about your candidacy. This information will appear as links in the online Voter Guide so please provide the full website link for each page. Entering this information is optional. **These fields do not count toward your maximum total character count.**

**Please note:** you may only link to **your campaign's** websites or social media sites; The CFB will remove any personal, commercial, official government, or public officials' sites of any sites that have mixed uses.

# Review and submit candidate profile

After all the required fields have been filled out, review your candidate profile to make sure all the information is correct. Read the affirmation and check the box to declare the validity of your submission. This will count as the candidate's signature. When you are ready to submit, click on the "Submit" button. You will receive a confirmation email when your profile has been submitted. If you do not receive a confirmation email, contact **VGSA@nyccfb.info** before the submission deadline.

4

A009

# sample candidate profile

## Candidate Name ⊘

Party Line(s) Running On



**Candidate Photo Here**

## Top 3 Issues

1  Issue #1 (5 words MAX)
2  Issue #2 (5 words MAX)
3  Issue #3 (5 words MAX)

## Background Information

A brief summary of your background will go here.

The detailed version you provide for your current occupation, previous occupations, education, organizational affiliations, and prior public experience will be displayed in the online Guide at voting.nyc.

"Your candidate statement will go here. Remember that you have a maximum total character count of 750 for your entire profile (only your answers to the background information summary and candidate statement affect your total character count)! Note: Discuss only your own qualifications; do not criticize other candidates."

---

⊘  This symbol will appear next to your name if you are participating in the Matching Funds Program.

---

\*  **Responses to the following required fields will be published online only and will NOT count towards the 750 character limit. You will be asked to provide a brief summary of your background (question #5) that will be published in the printed Guide and WILL count towards the 750 character limit.**

**Current Occupation \***

Enter your current occupation. This can be simply a job title, or a description of your current employment.

**Previous Occupation(s)\***

Enter information about your previous occupation(s) that may be of interest to voters.

**Education \***

Enter information about which school(s) you have attended, degrees you have earned, etc.

**Organizational Affiliations\***

Enter information about organizations to which you belong or have belonged (such as civic, professional, or charitable organizations) that may be of interest to voters.

**Prior Public Experience\***

Enter any public sector experience, including any elected or appointed offices you have held, that may be of interest to voters.

5

**A010**



# 2021 video voter guide
# script submission
# and scheduling

# Video voter guide script and appointment

Your video can be a maximum of two minutes long. We recommend no more than 1,500 characters (around 250 words) in your script. Practice reading your script with a timer several times to ensure it does not run over the allotted time! **Videos longer than two minutes will be cut off at the 2-minute mark when they are published.**

Select a date and time to film your video statement. Each appointment will last approximately 30-minutes. You will have only **one** opportunity to reschedule before the submission deadline.

Read the affirmation and check the box to declare the validity of your submission. This will count as the candidate's signature. When you are ready to submit, click on the "Submit" button. You will receive a confirmation email when your script and taping appointment have been submitted. If you do not receive a confirmation email, contact **VGSA@nyccfb.info** before the submission deadline. **You will not be allowed to edit your script after you submit it.**

# Filming requirements

**In order to protect the health and safety of candidates and Voter Guide production staff, candidates must follow the screening protocols for in-studio filming.**

You must complete a wellness questionnaire before entering the studio. You will not be allowed in to the studio if:

- You answer "yes" to any of the questions or you refuse to complete the questionnaire; or

- You have a temperature of 100.4° F or higher.

6

A011



# 2021 video voter guide
# script submission
# and scheduling

## In-studio COVID compliance

- Use of KN95 or N95 masks are required in all studios and common areas. Masks will be provided to anyone who does not have one.

- High touch surfaces are routinely cleaned and disinfected daily using an EPA-registered disinfectant. Hand sanitizer is available on set and frequent use is suggested.

- All catering food, including snacks, will be individually packed. There will be no self-service or buffet-style food service.

- An infrared temperature check will be done upon entry to the studio.

A012

Supreme Court Records OnLine Library - page 12 of 23



# 2021 video voter guide
## on the day of your taping

If possible, plan to arrive prior to your scheduled appointment. **NOTE: A candidate who does not appear at the scheduled time will be deemed to have waived their participation in the Video Voter Guide.** Only the candidate may appear on camera and only the candidate may record a video statement. **Expect to spend approximately 30 minutes at the taping.** This includes time to practice with the teleprompter, tape your statement, and select your preferred video clip. You will have two opportunities to record your statement during your appointment. If you record your statement twice, you will be able to choose which version to publish.

# Remember

- You will only have two opportunities to record your statement. Practice reading your script with a timer several times to ensure it does not run over the allotted time. Remember, if your statement runs longer than two minutes, it will be cut off at the 2-minute mark when it is published.

- Follow your approved video statement script during the recording.

- Make sure you look your best when you arrive. Assistance with your appearance (e.g. hair and makeup) will **NOT** be provided.

# You will <u>not</u> be allowed to record your statement if you:

- Engage in full or partial nudity.

- Wear a uniform, including but not limited to a judicial robe, or a military, police, or fraternal uniform.

- Display any literature, graphs, or props.

8

A013



# 2021 video voter guide
## on the day of
## your taping

## Your statement will **<u>not</u>** be published if you:

- Use profanity.

- Make statements, gestures, or display materials which are obscene or pornographic.

- Make statements that are libelous, slanderous, or defamatory, or assert facts that the candidate knows or should know to be false.

- Engage in any commercial programming or advertising or unauthorized use of copyrighted material or invasion of privacy.

- Violate any city, state, or federal laws, including regulations of the New York State Public Service Commission and the Federal Communications Commission.

9

A014

 Gmail



Devi Nampiaparampil <devichechi@gmail.com>

---

## VGSA Profile

**Devi Nampiaparampil** <devichechi@gmail.com>                          Mon, Aug 2, 2021 at 4:46 PM
To: Honda Wang <HWang@nyccfb.info>, Kate McGuire <KMcGuire@nyccfb.info>, vgsa@nyccfb.info
Cc: drdevifornyc@gmail.com

Dear Honda and Kate,

I am attaching proof that I did upload all of my voter info to the site by the submission deadline. I just wasn't able to submit it by the deadline because of technical problems with the website. I'm attaching screenshots from the site. I am also attaching a pdf of what I had cut and pasted into the empty boxes. The text complied with the character counts and word counts.

Thanks.
Devi


Devi E. Nampiaparampil, MD, MS
Candidate for NYC Public Advocate
Director, Metropolis Pain Medicine
Clinical Associate Professor, NYU School of Medicine
Office: 347-424-4996
www.DrDeviForNYC.com


**9 attachments**


**2021-08-02 (1).png**
235K


**2021-08-02 (8).png**
200K


**2021-08-02 (17).png**
253K

**2021-08-02 (2).png**
196K

A015





**2021-08-02 (18).png**
268K



**2021-08-02 (19).png**
296K



**2021-08-02 (20).png**
251K



**2021-08-02 (21).png**
312K

**Voter Guide Info (8-1-21).pdf**
52K

 Gmail                                    Devi Nampiaparampil <devichechi@gmail.com>

## VGSA Profile

**Devi Nampiaparampil** <devichechi@gmail.com>                    Mon, Aug 2, 2021 at 8:37 PM
To: Honda Wang <HWang@nyccfb.info>, Kate McGuire <KMcGuire@nyccfb.info>, vgsa@nyccfb.info, info@doctordevi.com
Cc: "drdevifornyc@gmail.com" <drdevifornyc@gmail.com>

Hi Honda,

I've been trying to submit the voter guide and script for several hours but I keep getting the spinning wheel. I'm attaching screen shots of the spinning wheel at 5pm and just a few minutes ago. I will not be up till midnight so I'm not sure what I should do about this. I attached the pdf and screenshots of what I am trying to submit earlier today so you should already have the content.

Best,
Devi


Devi E. Nampiaparampil, MD, MS
Candidate for NYC Public Advocate
Director, Metropolis Pain Medicine
Clinical Associate Professor, NYU School of Medicine
Office: 347-424-4996
www.DrDeviForNYC.com

[Quoted text hidden]

**2 attachments**


**2021-08-02 (24).png**
284K


**2021-08-02 (29).png**
302K

**A017**

 Gmail

Devi Nampiaparampil <devichechi@gmail.com>

## UPDATE: Deadline Extended for Voter Guide Submission
2 messages

**Honda Wang** <HWang@nyccfb.info>

Tue, Aug 3, 2021 at 5:08 PM

Dear 2021 General Election Candidate and Treasurer,

Due to technical issues, we are extending the deadline for the Voter Guide submission to **11:59 PM today, August 3, 2021.** We apologize for any inconvenience this has caused you and your staff and hope this extra time will allow you to complete your submission.

If you are continuing to face issues submitting your profile and script, please try the following troubleshooting techniques:

- Make sure you are using Google Chrome on a computer. Do not use a phone or tablet.
- Only the candidate can submit the profile and script, so ensure you are logged in to the candidate's Portal account.
- Do not keep the application open for more than an hour. If you need to work on the content of the profile and script, you can copy and paste it into the voter guide submission application.
- Log out of the Portal and log back in.
- Clear your cookies and cache by selecting ctl+shift+delete.

As a reminder, you should receive two separate confirmation emails upon submission with the following details:

- Content for your Voter Guide profile
- Video Voter Guide script and scheduled Filming Appointment

If you do not get a confirmation email but believe you submitted, please email us at VGSA@nyccfb.info.

If you have any questions or encounter any difficulties, please send a detailed message with screenshots to VGSA@nyccfb.info.

Best,

**Honda Wang** *(he/him)*

**Candidate Services Liaison**

New York City Campaign Finance Board

100 Church Street, 12th floor

New York, NY 10007

(212) 409-1710 (office)

(347) 436-5930 (mobile)

**A018**

 Gmail

Devi Nampiaparampil <devichechi@gmail.com>

---

**Devi Elizabeth Nampiaparampil 2021 Voter Guide Profile Submission Delivery Confirmation Tuesday, August 3, 2021 9:52:31 PM**

**vgsa_donotreply@nyccfb.info** <vgsa_donotreply@nyccfb.info>
To: devichechi@gmail.com

Tue, Aug 3, 2021 at 9:53 PM

Your Voter Guide profile has been submitted to the Campaign Finance Board. If you have any questions, please contact Candidate Services at VGSA@nyccfb.info prior to the submission deadline August 03, 2021.

*This message only acknowledges receipt of your Voter Guide Profile; acceptance of your submission will be determined after a staff review. The CFB will contact you if this submission cannot be accepted.*

**Submitted On:** Tuesday, August 3, 2021 9:52:31 PM
**Candidate Name:** Devi Elizabeth Nampiaparampil
**Election Cycle:** 2021


### Candidate Information

| | |
|---|---|
| Election: | **2021** |
| Name: | **Devi Elizabeth Nampiaparampil** |
| Office Sought: | **Public Advocate - New York City** |
| Party Enrolled in as Voter: | **Republican** |
| Party Nomination Sought and/or lines which you are running: | **Other - Save Our City, Republican** |


### Campaign Information

| | |
|---|---|
| Email | **info@doctordevi.com** |
| Email | **drdevifornyc@gmail.com** |
| Twitter | **https://www.twitter.com/devichechi** |
| Instagram | **https://www.instagram.com/doctordevi** |

Biographical Information

A019

| | |
|---|---|
| Current Occupation: | **Physician, Scientific Researcher, Small Business Owner** |
| Previous Occupation(s): | **Actor, Journalist, Filmmaker** |
| Education: | **Harvard Medical School (Residency, Fellowship), Northwestern University (BA/ MD), Wharton Seminars For Business Journalists, Westchester Community College, Stella Adler, Columbia University (MS) and Johns Hopkins CTY** |
| Organizational Affiliations: | **SAG-AFTRA Union, Television Academy, NY NATAS, St Paul the Apostle Parish, NYU School of Medicine** |
| Prior Public Experience: | **U.S. Dept of Veterans Affairs: While working in California, I described how blast-related brain injuries could cause chronic pain. My work changed how we treated injured veterans returning from Iraq and Afghanistan. Then I created the Interventional Pain Management Program at the Manhattan VA to give veterans in the Tristate Area non-opioid treatment options. The Dept of Defense reproduced our program at military facilities. The State Dept gave me a red passport (in addition to my blue one) to work on human rights around the globe on behalf of the U.S. govt.** |

## Candidate Questions

**What is the #1 issue you would address if elected? (5 words MAX - the CFB will truncate or remove responses that exceed 5 words)**

Go after scam artist predators

**What is the #2 issue you would address if elected? (5 words MAX - the CFB will truncate or remove responses that exceed 5 words)**

Decrease taxes, fines, and tolls

**What is the #3 issue you would address if elected? (5 words MAX - the CFB will truncate or remove responses that exceed 5 words)**

Expedite paperwork at city agencies

**Candidate Statement (Enter what you would like voters to know about you or your campaign)**

Mismanagement, backwards laws and bureaucracy have pitted employees against employers, tenants against landlords, parents against teachers, patients against nursing homes & healthcare providers against hospitals: New Yorker against New Yorker, a survival of the fittest. The Public Advocate can publish the city's data. Jumaane Williams has failed. With transparency, private citizens will solve our city's problems.

**Background Summary (Provide a brief summary of your background, including any past experience, education, endorsements, or affiliations that you'd like to highlight in the printed Guide)**

When our city was infected with COVID, I treated patients. When we needed answers, I contributed to medical research. When we had an economic crisis, I created jobs. Unlike Jumaane Williams, I will fulfill the Public Advocate's mandate.

Thank you,
New York City Campaign Finance Board.

*(This message was sent to you by an automated e-mail system. Please don't reply to it)*

A020

 Gmail

Devi Nampiaparampil <devichechi@gmail.com>

## Necessary Changes to Voter Guide Script and Profile

**Devi Nampiaparampil** <devichechi@gmail.com>   Thu, Aug 5, 2021 at 10:55 PM
To: David Duhalde-Wine <DDuhalde@nyccfb.info>, vgsa@nyccfb.info
Cc: "mnampi@gmail.com" <mnampi@gmail.com>, Kate McGuire <KMcGuire@nyccfb.info>

Hi David,

Thanks for your email. I thought it was strange too, but the current Public Advocate's wife has been named one of City and State's 40 under 40 top government/ corporate lobbyists. She is a lobbyist for NewsCorp (the parent company of Fox News/ The NY Post). I have attached the links below from her own employer and from the New York Daily News-- just you don't wonder why I said that. There are no false claims but I think it would be better if I focused on what I have to offer. I have revised my script and am attaching it below. I could not upload it to the system because it says the submission is already complete.

https://www.gtlaw.com/en/news/2019/10/press-releases/greenberg-traurigs-india-sneed-named-to-city-state-2019-new-york-city-rising-stars-list

https://www.nydailynews.com/news/politics/new-york-elections-government/ny-nyc-public-advocate-jumaane-williams-to-marry-india-sneed-20210713-sbiz65pi4faatgpcy7w37zlz4m-story.html

Here is my revised script:
Mismanagement, backwards laws, and bureaucracy have pitted employees against employers, tenants against landlords, parents against teachers and vaccinated against unvaccinated-- New Yorker against New Yorker. It's been a survival of the fittest: a hunger games we play for the entertainment of billionaires looking down on us from space. Many people have lost confidence in the government, especially when they are up all night because of the noise, when they are afraid to walk freely because of the crime, and when they see garbage and feces splattered all over the communities they invested in. The Public Advocate can write laws to address these problems. The Public Advocate can publish the city's data but hasn't since 1993. With open data, private citizens can have the transparency they want. Government bureaucrats can be held accountable for their actions. And individual New Yorkers-- not corporate lobbyists-- can solve our city's problems. When our city was infected with COVID, my unborn baby and I risked our lives to treat patients. When our country needed answers, I contributed to scientific research. When we had an economic crisis, I created jobs. If I am elected, I will visit every Community Board because I care about every community in the city of New York. I will fulfill the Public Advocate's duties and guide us out of our current downward spiral.

Thanks for your help!
Devi


Devi E. Nampiaparampil, MD, MS
Candidate for NYC Public Advocate
Director, Metropolis Pain Medicine
Clinical Associate Professor, NYU School of Medicine
Office: 347-424-4996
www.DrDeviForNYC.com


[Quoted text hidden]

 Gmail

Devi Nampiaparampil <devichechi@gmail.com>

---

## Follow-up about name in the Voter Guide

**Hannah Egerton** <HEgerton@nyccfb.info>
To: Devi Nampiaparampil <devichechi@gmail.com>
Cc: David Duhalde-Wine <DDuhalde@nyccfb.info>

Tue, Sep 28, 2021 at 2:41 PM

EXHIBIT C

Dear Devi Nampiaparampil:

Thank you for providing the details about your request. The below response is on behalf of the Executive Director of the Campaign Finance Board (CFB). As we stated in our previous communications, the CFB will print your name as Devi Elizabeth Nampiaparampil, which matches your initial submission, in our 2021 general election Voter Guide. Moreover, it is our long-standing policy that honorifics such as "Dr." are not included as part of the candidate's name. We hold all candidates to the same standards and cannot make any exceptions.

Secondly, we want to note that your profile in the online and print Voter Guide will only state your name. On August 4, 2021, we informed your campaign that you needed to resubmit your Voter Guide profile and Video Voter Guide script because the original violated Board rules mentioning opposing candidates by name. We provided an extension for your resubmission that was due on August 5, 2021. We did not receive an updated profile, but did receive your revised video script. Because we did not receive an updated Voter Guide submission, we were unable to publish any other information in the print Voter Guide. Your online Voter Guide profile will contain your name and the video you filmed in August.

Sincerely,


Hannah Egerton

Director of Candidate Services

New York City Campaign Finance Board

100 Church Street, 12th Floor

New York, NY  10007

---

**From:** Devi Nampiaparampil <devichechi@gmail.com>
**Sent:** Sunday, September 26, 2021 1:29 PM
**To:** David Duhalde-Wine <DDuhalde@NYCCFB.INFO>; Amy Loprest <ALoprest@NYCCFB.INFO>
**Cc:** VGSA <VGSA@nyccfb.info>
**Subject:** Re: Follow-up about name in the Voter Guide


CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Dear Ms. Loprest,

Dear Mr. Duhalde-Wine,


I urge you to reconsider my request about the appearance of my name in the voter guide materials. There is a mismatch between how my name appears on the ballot and how it will appear in the CFB's voter guide. We are in the midst of a

A022

COVID pandemic, an opioid crisis and a mental health crisis. The BOE has already determined that my name will appear as "Dr. Devi Elizabeth Nampiaparampil" on the ballot. For it to appear as something different in a voter guide that is supposed to help people with their decision-making-- for the "Dr." title in particular to be left out-- might make it seem as though the CFB is trying to steer voters in a particular direction rather than simply comply with the law, which was determined by the 2018 election (Dr. Jeffrey Ascherman). Based on the precedent set by that election, the CFB should never have had a policy forbidding certain honorifics.

I am urging you to correct the mistake now. If the voter guide has already been printed, please consider a separate insert or postcard with my updated information. The video hasn't been published. It can and should be updated immediately.

When I first submitted my materials, I was instructed that I absolutely could not use the Dr. title or the M.D. degree in any of my materials. I complied. The Board of Elections told me the same about the ballot. They cited the law.

Then I argued my own case-- in front of the Board of Elections commissioners-- citing the precedent of Dr. Jeff Ascherman who ran for office in 2018 in addition to various other reasons for the name change. The BOE reversed their decision. Here is the video link of the hearing itself:

https://vimeo.com/606235468

I contacted Dru Gibson immediately about the name change. She replied that she couldn't take any significant actions. Then I contacted my liaison, Jaclyn Williams. I also contacted the generic VGSA email. When I asked for the voter guide name to MATCH the ballot name, the CFB gave two conflicting reasons for the denial. First, the CFB said no honorifics would ever be allowed. When I asked for specifics on what law or policy that decision was based (the BOE was able to mail me a reference to section of the law before they reversed their decision), the CFB changed course.

The CFB then said it was my own fault for not including my "Dr." title before the deadline. If the second reason is the real problem, then that is a communication issue on the CFB's part. Because I did request the Dr. title. I couldn't submit it because of the way the software was programmed. But I handwrote my request on the consent form I signed for the CFB video on August 17th.

I have been consistent throughout because I knew about the Dr. Jeff Ascherman case and I had the ballot from his election as proof. I texted the ballot to Dru Gibson the same day I received her phone number. In my text to her, I explained that it was not clear to me why Dr. Jeff Ascherman was allowed to use his title for his election when I am not. I worked just as hard for my degree as he did.

The CFB had a copy of that ballot on that day itself-- that first day I met Dru. I have CONSISTENTLY requested the name change since April 2021. The BOE and the CFB have delayed seriously reviewing my request. That does not make it my fault that the timing is inconvenient now.

Devi E. Nampiaparampil, MD, MS

Candidate for NYC Public Advocate

Director, Metropolis Pain Medicine

Clinical Associate Professor, NYU School of Medicine

Office: 347-424-4996

A023