UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Pro Se Intake Unit
U.S. District Court, Southern District of New York
40 Foley Square, Room 105
New York, NY 10007

DEVI NAMPIAPARAMPIL
        Plaintiff                         Case No: 23 CV 6391

-against-                                      Letter re: Motion for Permission
                                                            for Electronic Case Filing

N.Y.C. CAMPAIGN FINANCE BOARD
DAVID DUHALDE, in his official capacity,
HANNAH EGERTON, in her official capacity,
AMY LOPREST, in her official capacity,
BETHANY PERSKIE, in her official capacity,
FREDERICK SCHAFFER, in his official capacity,
MATTHEW SOLLARS, in his official capacity, &
JACLYN WILLIAMS, in her official capacity
        Defendants

Hon. Edgardo Ramos
United States District Judge for the Southern District of New York
40 Foley Square, Room 610
New York, NY 10007

Dear Judge Ramos:

      Pursuant to Your Honor's Individual Rules, if my Notice of Pro Se Appearance is accepted, I am respectfully requesting a pre-motion conference related to my intended Motion for Permission for Electronic Case Filing "E-filing." I am attaching the completed form here.

      I have addressed all of the Court's stated requirements except for the CM/ECF introduction course for non-attorneys. It appears that the in-person training was suspended on February 25, 2020 and has not yet resumed. The Web Course, managed through a third party, also appears to be disabled. There are pdf documents of the course slides on the Court's ECF training website, which I reviewed.

      I am asking for permission to e-file because it would be disruptive to my patients'

medical care if I had to travel to the court in-person every time a document needed to be filed. I perform nerve blocks, joint injections, and delicate invasive procedures in the spine under x-ray guidance. Typically, these must be timed carefully to account for patients' use of medications such as anticoagulants, antihypertensives and insulin. If I have to leave the office, there will be a concern about whether that would throw off the timing of procedures for the day. The only way to circumvent this is to block off either the half-day or the entire day, which would decrease the patients' access to the practice and therefore, to medical care.

There is also a financial concern. I am the sole physician and income earner in my medical practice. Even when I am not seeing patients, I still must pay all of my medical support staff. I still pay the office overhead, including rent, equipment leases, and malpractice insurance regardless of whether I am generating income. To block off full days would be costly. If I blocked half-days, that might not give me enough time. If I had an error in one of the forms, it would be very difficult to return to the office, correct it, and then return to the Pro Se office again with a corrected form.

There is also a logistical issue. I must meet research and educational responsibilities to maintain my faculty appointment at NYU Grossman School of Medicine/ NYU Langone Health. Therefore, I occasionally travel outside of New York City to educate other physicians, and to improve other patients' access to care.

Finally, if I could type out the forms rather than fill them out by hand, as is done in e-filing, that would also facilitate editing and decrease the risk of legibility-related inefficiencies and miscommunications with the Court and with opposing Counsel.

I am available for a pre-motion conference at the Court's convenience. Thank you for your time and for your consideration.

Respectfully submitted,

/s/ Devi Nampiaparampil

Devi Nampiaparampil
12/21/23
111 John Street #2509
New York, NY 10038
Cell: 312-523-5935
Email: devichechi@gmail.com

Cc (by ECF and email): Counsel for Defendants