# United States District Court
## Southern District of New York

DEVI NAMPIAPARAMPIL

Write the full name of each plaintiff or petitioner.

-against-

NYC CAMPAIGN FINANCE BOARD,
DAVID DUHALDE, HANNAH EGERTON, AMY LOPREST, BETHANY PERSKIE,
FREDERICK SCHAFFER, MATTHEW SOLLARS, AND JACLYN WILLIAMS

Write the full name of each defendant or respondent.

No. 23 CV 6391

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2. I completed the Court's CM/ECF introduction course[1] on  \* Please see attached letter.

3. I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.

4. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

6. I know how to convert a document to PDF-A format.

7. I have regular access to the technical requirements necessary to e-file successfully:

    ☑ a computer with internet access and a word processor

    type of computer I will be using: ASUS VIVOBOOK + MACBOOK PRO

---

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

SDNY Rev: 10/4/18

type of word processor I will be using: __MICROSOFT OFFICE 365 FOR OFFICES__

- [x] an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

- [x] a scanner to convert documents that are only in paper format into electronic files

  scanning equipment I will be using: __BROTHER AND/OR HEWLETT/PACKARD PRINTER/SCANNER/FAX__

- [x] a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

  version of PDF reader and writer that I will be using:

  __MICROSOFT PRINT TO PDF; FOXIT AS BACK-UP; CAN ALSO USE ADOBE__

- [x] a printer or copier to create required paper copies such as chambers copies.

8. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

__12/21/23__
Dated

__[signature]__
Signature

__DEVI NAMPIAPARAMPIL__
Name

__111 JOHN STREET #2509    NEW YORK,    NY    10038__
Address                          City              State   Zip Code

__(312) 523-5935__
Telephone Number

__DEVICHECHI@GMAIL.COM__
E-mail Address

2