UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Pro Se Intake Unit
U.S. District Court, Southern District of New York
40 Foley Square, Room 105
New York, NY 10007

DEVI NAMPIAPARAMPIL
       Plaintiff

-against-

N.Y.C. CAMPAIGN FINANCE BOARD
DAVID DUHALDE, in his official capacity,
HANNAH EGERTON, in her official capacity,
AMY LOPREST, in her official capacity,
BETHANY PERSKIE, in her official capacity,
FREDERICK SCHAFFER, in his official capacity,
MATTHEW SOLLARS, in his official capacity, &
JACLYN WILLIAMS, in her official capacity
       Defendants

Case No: 23-CV-6391

Letter re: Motion For an Extension of Time to File an Answer to the Defendants' Motion to Dismiss

Hon. Edgardo Ramos
United States District Judge for the Southern District of New York
40 Foley Square, Room 610
New York, NY 10007

Dear Judge Ramos:

    I am the pro se plaintiff in the above-referenced action. I am respectfully requesting an Extension of Time to File an Opposition to the Motion to Dismiss.

    Over the past few days, two law firms have expressed an interest in representing me in this matter. One is actively reviewing the documents filed so far but expressed a concern about the time needed to come up with a legal strategy. The other firm noted that its Pro Bono committee may not have enough time to review the case before the deadline.

This is my first request for an extension of time. The Court graciously granted me an extension previously even without a formal request. The deadline was extended from December 1, 2023 to January 5, 2024. During that time, I researched and approached various Legal Aid groups to assist me with my pro se filing. However, there were some limitations in terms of legal expertise. Timing and coordination with university semester breaks also became an issue. Many of these groups are working with limited staff and/ or hours at this time.

I attempted to reach Defendants' Counsel to obtain his consent for an extension. His out-of-office email states that he will only return to the office on January 2, 2024. Neither his email nor his office voicemail provide the name of an on-call covering attorney to contact while he is away.

Given the time needed for a new law firm to potentially review the materials, propose a legal strategy and fee arrangement, and then draft opposition papers, I am respectfully requesting an extension until March 1, 2024.

I thank the Court for its time and consideration.


Respectfully yours,

/s/ Devi Nampiaparampil

Devi Nampiaparampil
December 27, 2023

111 John Street #2509
New York, NY 10038
Cell: 312-523-5935
Email: devichechi@gmail.com

Cc (by ECF and email): Counsel for Defendants