UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
—--------------------------------------------------------------x

DEVI NAMPIAPARAMPIL,

                                                                                                                   **NOTICE OF OPPOSITION**
*Plaintiff,*          **TO MOTION TO DISMISS**

    –against–                                        No. 23 Civ. 6391 (ER)

THE NEW YORK CITY CAMPAIGN FINANCE
BOARD, et. al.,

                                                 *Defendants*

**TAKE NOTICE** that, upon the accompanying Declaration of Devi E. Nampiaparampil in Opposition to Defendants' Motion to Dismiss, dated March 1 2024, and the exhibits attached thereto; the accompanying Memorandum of Law in Opposition to Defendants' Motion to Dismiss, dated March 1, 2024; and upon all other papers and proceedings heretofore had herein, I, the Plaintiff Devi Nampiaparampil, a pro se (unrepresented) litigant, will move this Court before the Honorable Edgardo Ramos of the United States District Court for the Southern District of New York at the United States Courthouse located at 40 Foley Square, New York, New York 10007, on a date and time to be determined by the Court, for an order to deny the Defendants' New York City Campaign Finance Board, David Duhalde, Hannah Egerton, Amy Loprest, Bethany Perskie, Frederick Schaffer, Matthew Sollars, and Jaclyn Williams (collectively, "Defendants") Motion to Dismiss.

**TAKE FURTHER NOTICE**, that, pursuant to the direction of the Court's Minute Entry dated (), I shall serve my papers in opposition to this motion on or before March 1, 2024, and Defendants shall serve their reply papers, if any, on or before March 8, 2024.

Dated:   March 1, 2024
         New York, New York

                                    Devi E. Nampiaparampil
                                    Pro Se (Unrepresented) Litigant
                                    The Plaintiff
                                    Metropolis Pain Medicine PLLC
                                    111 John Street Suite 2509
                                    New York, NY 10038
                                    Cell: 312-523-5935
                                    Email: devichechi@gmail.com

                            By    /s/ Devi E. Nampiaparampil
                                    DEVI E. NAMPIAPARAMPIL
                                    Pro Se (Unrepresented) Litigant

ADDENDUM:
March 2, 2024 12:41am

I am experiencing some difficulty uploading the exhibits for this case because of the large file sizes. I will drop off flash drives with all the files at the Courthouse and at the NYC Campaign Finance Board front desk later today since it may take a couple of days for the Pro Se Office to assist me in uploading those files. I will also upload them to Google Drive and send the link to Defendants' Counsel tonight.