## 52-15 Metropolitan Avenue, Queens











## 79-60 Metropolitan Avenue, Queens





# 1881 Gates Avenue, Brooklyn







## 2880 Flatbush Avenue, Brooklyn*

*We could not photograph this actual location because it is inside a golf course. None of us have a membership there. None of us play golf.

## 244-06 81ˢᵗ Avenue, Queens**



**This location was too far for us to go back and forth even for photographs.

## 80-30 244 Street, Queens**



**This location was too far for us to go back and forth even for photographs.

14

Dated: _June_____ 2_, 20_22_

_____
**Devi Nampiaparampil, M.D.**

Sworn to before me this _2_ day of _June_____, 20_22_

_____
Notary Public

Daniel Ellison
Commissioner of Deeds, City of New York
No.1-10197
Cert. Filed in New York County
Commission Expires March 1st 2024
The UPS Store @ 82 Nassau 212.406.9010

15

# EXHIBIT U: OATH: Ruling With Dismissals



# OFFICE OF ADMINISTRATIVE TRIALS AND HEARINGS

### Hearings Division

## Decision

| | |
|---|---|
| DR. DEVI NAMPIAPARAMPIL, MD<br>250 WEST 50TH STREET #27A<br>NEW YORK,NY 10019 | Summons# : 047355271H  et al. (11 summonses)<br><br>THE NEW YORK CITY DEPARTMENT OF SANITATION,<br><br>-against-<br><br>IL AS TREASURER TO ELECT DR DEVI NAMPIAPARAMPI<br><br>Hearing Date :      6/3/2022<br><br>Hearing Location :    Remote<br><br>Type of Hearing :    By Telephone |

| | |
|---|---|
| Total Penalty Amount :           0.00 | Community Service(Hr):    Not Applicable |

| SUMMONS # | SUMMARY DISPOSITION | DATE OF OCCURRENCE | PLACE OF OCCURRENCE |
|---|---|---|---|
| 047021163K | Dismissed | 11/03/2021 | 2880 FLATBUSH AVENUE, Brooklyn |

| LINE ITEM | OATH CODE | CODE SECTION / RULE | RESULT | PENALTY |
|---|---|---|---|---|
| 1 | AS30 | 10.119 . | Dismissed | 0.00 |

Total Penalty for Summons:        0.00

| SUMMONS # | SUMMARY DISPOSITION | DATE OF OCCURRENCE | PLACE OF OCCURRENCE |
|---|---|---|---|
| 047021164M | Dismissed | 11/04/2021 | 52-15 METROPOLITAN AVENUE, Queens |

| LINE ITEM | OATH CODE | CODE SECTION / RULE | RESULT | PENALTY |
|---|---|---|---|---|
| 1 | AS30 | 10.119 . | Dismissed | 0.00 |

Total Penalty for Summons:   0.00

| SUMMONS # | SUMMARY DISPOSITION | DATE OF OCCURRENCE | PLACE OF OCCURRENCE |
|---|---|---|---|
| 047021165Y | Dismissed | 11/05/2021 | 1881 GATES AVENUE, Brooklyn |

| LINE ITEM | OATH CODE | CODE SECTION / RULE | RESULT | PENALTY |
|---|---|---|---|---|
| 1 | AS30 | 10.119 . | Dismissed | 0.00 |

Total Penalty for Summons:   0.00

| SUMMONS # | SUMMARY DISPOSITION | DATE OF OCCURRENCE | PLACE OF OCCURRENCE |
|---|---|---|---|
| 047021166X | Dismissed | 11/05/2021 | 1881 GATES AVENUE, Brooklyn |

| LINE ITEM | OATH CODE | CODE SECTION / RULE | RESULT | PENALTY |
|---|---|---|---|---|
| 1 | AS30 | 10.119 . | Dismissed | 0.00 |

Total Penalty for Summons:   0.00

| SUMMONS # | SUMMARY DISPOSITION | DATE OF OCCURRENCE | PLACE OF OCCURRENCE |
|---|---|---|---|
| 047355268R | Dismissed | 10/28/2021 | 79-60 METROPOLITAN AVENUE, Queens |

| LINE ITEM | OATH CODE | CODE SECTION / RULE | RESULT | PENALTY |
|---|---|---|---|---|
| 1 | AS30 | 10.119 . | Dismissed | 0.00 |

Summons # :   047355271H   et al. ( 11 summonses)     06/03/2022                Page 2 of 6

Total Penalty for Summons:   0.00

| SUMMONS # | SUMMARY DISPOSITION | DATE OF OCCURRENCE | PLACE OF OCCURRENCE |
|---|---|---|---|
| 047355269Z | Dismissed | 11/01/2021 | 244-06 81 AVENUE, Queens |

| LINE ITEM | OATH CODE | CODE SECTION / RULE | RESULT | PENALTY |
|---|---|---|---|---|
| 1 | AS30 | 10.119 . | Dismissed | 0.00 |

Total Penalty for Summons:   0.00

| SUMMONS # | SUMMARY DISPOSITION | DATE OF OCCURRENCE | PLACE OF OCCURRENCE |
|---|---|---|---|
| 047355270X | Dismissed | 11/01/2021 | 80-30 244 STREET, Queens |

| LINE ITEM | OATH CODE | CODE SECTION / RULE | RESULT | PENALTY |
|---|---|---|---|---|
| 1 | AS30 | 10.119 . | Dismissed | 0.00 |

Total Penalty for Summons:   0.00

| SUMMONS # | SUMMARY DISPOSITION | DATE OF OCCURRENCE | PLACE OF OCCURRENCE |
|---|---|---|---|
| 047355271H | Dismissed | 11/01/2021 | 1250 METROPOLITAN AVENUE, Brooklyn |

| LINE ITEM | OATH CODE | CODE SECTION / RULE | RESULT | PENALTY |
|---|---|---|---|---|
| 1 | AS30 | 10.119 . | Dismissed | 0.00 |

Total Penalty for Summons:   0.00

| SUMMONS # | SUMMARY DISPOSITION | DATE OF OCCURRENCE | PLACE OF OCCURRENCE |
|---|---|---|---|
| 047355272J | Dismissed | 11/01/2021 | 1250 METROPOLITAN AVENUE, Brooklyn |

| LINE ITEM | OATH CODE | CODE SECTION / RULE | RESULT | PENALTY |
|---|---|---|---|---|

| 1 | AS30 | 10.119 . | Dismissed | 0.00 |

Total Penalty for Summons:    0.00

| SUMMONS # | SUMMARY DISPOSITION | DATE OF OCCURRENCE | PLACE OF OCCURRENCE |
|---|---|---|---|
| 047355273L | Dismissed | 11/01/2021 | 1250 METROPOLITAN AVENUE, Brooklyn |

| LINE ITEM | OATH CODE | CODE SECTION / RULE | RESULT | PENALTY |
|---|---|---|---|---|
| 1 | AS30 | 10.119 . | Dismissed | 0.00 |

Total Penalty for Summons:    0.00

| SUMMONS # | SUMMARY DISPOSITION | DATE OF OCCURRENCE | PLACE OF OCCURRENCE |
|---|---|---|---|
| 047355274N | Dismissed | 11/01/2021 | 1250 METROPOLITAN AVENUE, Brooklyn |

| LINE ITEM | OATH CODE | CODE SECTION / RULE | RESULT | PENALTY |
|---|---|---|---|---|
| 1 | AS30 | 10.119 . | Dismissed | 0.00 |

Total Penalty for Summons:    0.00

<u>Findings of Facts & Conclusions of Law</u>

Respondent MARY J NAMPIAPARAMPIL AS TREASURER TO ELECT DR DEVI NAMPIAPARAMPIL AS PUBLIC ADVOCATE appeared remotely by Dr. Devi Nampiaparampil on June 3, 2022.  NYC DSNY appeared by Christopher Morella, Esq.

This consolidated hearing covers summons numbers 047355271H, 047355274N, 047355273L, 047355272J, 047355268R, 047355269Z, 047355270X, 047021164M, 047021163K, 047021166X and 047021165Y. All eleven summonses were issued to Respondent and charges a violation of NYC Administrative Code 10-119 for lawn signs posted on property that the I/O alleged belonged to New York City. The I/O wrote that the signs stated "DR NAMPIAPARAMPIL FOR PUBLIC ADVOCATE. VOTE NOV. 2."

Petitioner presented no evidence and relied on the allegations in the summons.

Dr. Nampiaparampil stated that neither she nor anyone associated with her campaign posted the signs cited in the above-listed summonses.  Dr. Nampiaparampil stated that she ran a very small campaign and that the only people who had access to the signs were 4 volunteer campaign workers, and that these campaign workers provided an affidavit indicating that they did not post the signs. (See R1 and R2)

Dr. Nampiaparampil also visited the locations with her small group of campaign workers to confirm that none of the campaign workers posted the signs. (R3)

Petitioner provided no rebuttal evidence and made no arguments in response to Dr Nampiaparampil's testimony and evidence.

I credit Dr. Nampiaparampil's testimony and submitted evidence and find that Respondent has sufficiently rebutted Petitioner's prima facie case; and rebutted the statutory presumption that the signs were posted by the person whose name appears on the signs.  I find that without additional evidence or testimony, Petitioner has failed to meet its burden of proof in all eleven cases.

All eleven summonses are dismissed.

_David Leung signature_

06/03/2022                                                                              06/03/2022

**David Leung, Hearing Officer**                                                **Date**

# EXHIBIT V: Mary Nampiaparampil Affidavit

My name is Mary Nampiaparampil and I was the Treasurer of my daughter Devi Nampiaparampil's Campaign as the Republican candidate running for New York City's Public Advocate position in 2021. Even though I am a registered Democrat, I took this post because I liked the message of the Campaign and also wanted to help my daughter in her pursuit. I felt I was qualified to do the book keeping portion and eagerly looked forward to fulfilling it. I graduated from Columbia University Teacher's College with a Master's Degree and was a Statistics Lab Instructor at Baruch College at first. Later I took the job of a Research Analyst at John Jay College of Criminal Justice. I worked there for 42 years in many capacities, such as Associate Director of Institutional Research doing statistical analysis of collegewide data about faculty and students to support planning, policy formation and decision making. I also held positions as Director of Scheduling Courses, Director of Scholarships, and retired as Director of Enrollment Management Operations.

As the Treasurer of the campaign, I regularly interacted with the members of the Campaign Finance Board (CFB). Things were very difficult almost during the entire time. I realized something was very wrong in the summer of 2021 when Devi submitted the candidate profile for the Voter Guide that the CFB publishes. They asked Devi to alter her details since according to them, she did not comply with their guidelines by mentioning Jumaane Williams, the Government figure, in her details. When she submitted the revised text, they said it was too late, even though she did what they asked and they published the Voter Guide without her details. I believe anybody can criticize the Government as part of our 1st amendment right of freedom of Speech without retaliation or Government interference. Omission of Devi's details from the Voter Guide was an embarrassment to me as her Treasurer. Several donors told me it was a serious oversight on my part. It was disheartening to hear this which made me look silly in my community. They did not believe me when I told them we had submitted it, as though I was lying.

Soon afterwards, the CFB held a mandatory television debate. In order to qualify we had to meet certain financial thresholds. A statement from the CFB that Dr. Devi did not meet the thresholds for fund collection and hence did not qualify for the debate turned out embarrassing to me and the Campaign. When we told the donors we collected enough money to qualify for the debate and when the CFB issues a statement we did not qualify for the debate, the donors said we were lying. Some others said we had enough money, but not reporting it to the CFB. Both of these accusations affected the fund collection and made me sound like a liar. While all this is happening, the CFB is auditing the Campaign saying that we did meet the threshold.

I even thought it was dangerous for my daughter to go around some of these unsafe neighborhoods while campaigning. She was not allowed to use our car since that would be a contribution; my husband sometimes had to follow her in his car to make sure she was safe! With all these challenges in front of me, I was too distraught and did not have the mindset or time to think about my health or see my doctor.

Even when I was trying to submit the Financial Disclosures of the Campaign on time, there were several problems with their website with inaccurate codes and need for additional corrections. It affected our Campaign more so than the Democrat competitors' campaign since we were collecting from more people usually around critical deadlines. Also, the Democrats had a different experience because they had to prepare for the primary election. Devi had no challenger in the primary, so our deadlines were for the general election. They were giving us several reminders about due dates for Financial Disclosures and Statement Reviews, while they knew I did not have to do it since Devi was not running in a Primary. It is unbelievable how many software issues and bureaucracies they had on their part. I am used to web errors and bureaucracies from my 42 years working for the City, but nothing to this extent!

In December 2021, after the election was over, I was diagnosed with advanced stage Gastric Cancer. Since I had not been feeling well in my stomach for a while I went to the White Plains Hospital Emergency Room in December with a fever where I received my shocking diagnosis. The doctors there could not help me quickly because they were short staffed. My daughter took me to NYU where I saw a surgeon and an oncologist. I saw a doctor who told me I would go for palliative care and hospice. I made Devi my proxy so she could make decisions for me when I was incapacitated. I was very sick with perforations in my stomach lining and intestine due to cancer. However, Devi took me to Sloane Kettering Hospital to see a 7th doctor. He suggested Hospice too. Then she took me to an 8th doctor there. This oncologist suggested we try immunotherapy. Finally, they performed stomach surgery.

Meanwhile, the CFB had accused me of putting up signs after the election and they issued summonses, which I never received. Devi later said I was supposed to be in court while I was in the hospital during my surgery. I was under the impression that I had completed my duties as the Treasurer of Dr. Devi's Campaign once the election was over and the Financial Disclosure was submitted. I did not want to stay on as Treasurer and I told Devi I was quitting. Devi told me she had already emailed the CFB to notify them I was too sick to continue as the Treasurer. Even to this day, I do not understand what the CFB and New York City are doing taking me to court without ever serving me with a summons! My daughter represented me in Court, but learning about these false accusations were stressful. All these while I was trying to survive my life-threatening cancer!

Later, I learned that Devi's Campaign was being audited even though we did not receive any contribution from CFB. It was hard to believe that we were being persecuted for not going along with their political ideology. I came to this conclusion since they did not publish Devi's details in the Voter's Guide even though it was submitted on time.

The CFB said they could hold me responsible for all violations with penalties up to $10,000 per violation. With the number of violations they have suddenly come up with, they could probably take my pension and Social Security benefits away, but I depend on them for my livelihood and to pay my medical bills. Also, if something happens to me, they could take my husband's pension and Social Security income. It has been 3 years now since we started with CFB and our

error rate for Financial Disclosures according to CFB's report was 0.00. After my surgery, I had developed partial blindness as a result of my cancer treatment and it was extremely difficult for me to read anything. My vision has improved now with bimonthly injections in my eye, but I cannot see well enough to follow the audit or these court cases. Honestly, I do not understand why it is taking them so long to bring this audit to conclusion. And I still don't understand what I was accused of before, since nobody ever sent me the summons or the resolution of the cases against me. Devi said I was accused of putting up signs for the Campaign; but I do not understand why this is a big deal.

I declare under penalty of perjury that the foregoing is true and correct.


*Mary Joseph Nampiaparampil*

Mary Joseph Nampiaparampil


March 1, 2024.

**LIM KIM A.**
**Notary Public, State of New York**
**No. 01LI6144154**
**Qualified in Westchester County**
**Commission Expires Apr. 24, 20_26_**

*March 1, 2024*

# EXHIBIT W: Ballotpedia 2022

# Candidates

**General** | Primary

## New York State Assembly General Election 2022

- Incumbents are marked with an (i) after their name.
- 𝒞 = candidate completed the Ballotpedia Candidate Connection survey.

| Office | ⬤ Democratic | ⬤ Republican | Other |
|---|---|---|---|
| District 1 | ✔Fred Thiele (i) | Peter Ganley | Peter Ganley (Republican Party, Conservative Party) |
| District 2 | Wendy Hamberger | ✔Jodi Giglio (i) | ✔Jodi Giglio (i) (Republican Party, Conservative Party) |
| District 3 | Trina Miles | ✔Joseph DeStefano (i) | ✔Joseph DeStefano (i) (Republican Party, Conservative Party) |
| District 4 | Steven Englebright (i) | ✔Edward Flood 𝒞 | Steven Englebright (i) (Democratic Party, Working Families Party) ✔Edward Flood (Republican Party, Conservative Party) 𝒞 |
| District 5 | James Anthony | ✔Doug Smith (i) | ✔Doug Smith (i) (Republican Party, Conservative Party) |
| District 6 | ✔Philip Ramos (i) | Kevin Surdi 𝒞 | Kevin Surdi (Republican Party, Conservative Party) 𝒞 |
| District 7 | Douglas Pearsall | ✔Jarett Gandolfo (i) | ✔Jarett Gandolfo (i) (Republican Party, Conservative Party) |
| District 8 | Jeanine Aponte | ✔Michael Fitzpatrick (i) | ✔Michael Fitzpatrick (i) (Republican Party, Conservative Party) |
| District 9 | Steven Dellavecchia | ✔Michael Durso (i) | ✔Michael Durso (i) (Republican Party, Conservative Party) |
| District 10 | | | blican Party) |

| District 11 | ✔Kimberly Jean-Pierre (i) | Christopher Sperber ℭ | Christopher Sperber (Republican Party, Conservative Party) ℭ |
|---|---|---|---|
| District 12 | Cooper Macco ℭ | ✔Keith Brown (i) | ✔Keith Brown (i) (Republican Party, Conservative Party) |
| District 13 | ✔Charles Lavine (i) | Ruka Anzai ℭ | ✔Charles Lavine (i) (Democratic Party, Working Families Party) Ruka Anzai (Republican Party, Conservative Party) ℭ |
| District 14 | Dustin Ginsberg ℭ | ✔David McDonough (i) | ✔David McDonough (i) (Republican Party, Conservative Party) |
| District 15 | Amanda Field ℭ | ✔Jake Blumencranz | ✔Jake Blumencranz (Republican Party, Conservative Party) |
| District 16 | ✔Gina Sillitti (i) | Vibhuti Jha | ✔Gina Sillitti (i) (Democratic Party, Working Families Party) Vibhuti Jha (Republican Party, Conservative Party) |
| District 17 | Paul Kaminsky | ✔John Mikulin (i) | ✔John Mikulin (i) (Republican Party, Conservative Party) |
| District 18 | ✔Taylor Darling (i) | LaMont Johnson | ✔Taylor Darling (i) (Democratic Party, Working Families Party) LaMont Johnson (Republican Party, Conservative Party) |
| District 19 | Sanjeev Jindal | ✔Edward Ra (i) | ✔Edward Ra (i) (Republican Party, Conservative Party) |
| District 20 | Michael Delury | ✔Eric Ari Brown (i) | ✔Eric Ari Brown (i) (Republican Party, Conservative Party) |
| District 21 | Judy Griffin (i) | ✔Brian Curran | ✔Brian Curran (Republican Party, Conservative Party) |
| District 22 | | | ✔Michaelle Solages (i) (Democratic Party, Working Families ⬛ rty) ... blican Party) ℭ |

| District | | | |
|---|---|---|---|
| District 23 | ✔Stacey G. Pheffer Amato (i) | Thomas Sullivan | ✔Stacey G. Pheffer Amato (i) (Democratic Party, We the People Party)<br>Thomas Sullivan (Republican Party, Conservative Party) |
| District 24 | ✔David Weprin (i) | | |
| District 25 | ✔Nily Rozic (i) | Seth Breland | ✔Nily Rozic (i) (Democratic Party, Working Families Party) |
| District 26 | ✔Edward Braunstein (i) | Robert Speranza | Robert Speranza (Republican Party, Conservative Party) |
| District 27 | ✔Daniel Rosenthal (i) | Angelo King | Angelo King (Republican Party, Conservative Party) |
| District 28 | ✔Andrew Hevesi (i) | Michael Conigliaro | ✔Andrew Hevesi (i) (Democratic Party, Working Families Party)<br>Michael Conigliaro (Republican Party, Conservative Party)<br><br>Did not make the ballot:<br>Andrew Lokenauth (Independent Party) ℭ |
| District 29 | ✔Alicia Hyndman (i) | | ✔Alicia Hyndman (i) (Democratic Party, Working Families Party) |
| District 30 | ✔Steven Raga ℭ | Sean Lally ℭ | Sean Lally (Republican Party, Medical Freedom Party) ℭ |
| District 31 | ✔Khaleel Anderson (i) | | ✔Khaleel Anderson (i) (Democratic Party, Working Families Party) |
| District 32 | ✔Vivian Cook (i) | Marilyn Miller ℭ | Anthony Andrews Jr (Working Families Party) ℭ |
| District 33 | ✔Clyde Vanel (i) | | |
| District 34 | ✔Jessica González-Rojas (i) | | ✔Jessica González-Rojas (i) (Democratic Party, Working Families ☒ ty) |
| District 35 | | | |

| | | | |
|---|---|---|---|
| District 36 | ✔Zohran Kwame Mamdani (i) | | ✔Zohran Kwame Mamdani (i) (Democratic Party, Working Families Party) |
| District 37 | ✔Juan Ardila | | ✔Juan Ardila (Democratic Party, Working Families Party) |
| District 38 | ✔Jenifer Rajkumar (i) | | |
| District 39 | ✔Catalina Cruz (i) | | ✔Catalina Cruz (i) (Democratic Party, Working Families Party) |
| District 40 | ✔Ron Kim (i) | Sharon Liao | ✔Ron Kim (i) (Democratic Party, Working Families Party) Sharon Liao (Republican Party, Conservative Party) |
| District 41 | ✔Helene Weinstein (i) | | ✔Helene Weinstein (i) (Democratic Party, Working Families Party) Ramona Johnson (Conservative Party) |
| District 42 | ✔Rodneyse Bichotte Hermelyn (i) | | |
| District 43 | ✔Brian A. Cunningham (i) | | ✔Brian A. Cunningham (i) (Democratic Party, Working Families Party)<br><br>Did not make the ballot: Jelanie Deshong (Working Families Party) |
| District 44 | ✔Robert C. Carroll (i) | Brenda Horton | ✔Robert C. Carroll (i) (Democratic Party, Working Families Party) Brenda Horton (Republican Party, Conservative Party) Arkadiusz T. Tomaszewski (Medical Freedom Party) |
| District 45 | Steven Cymbrowitz (i) | ✔Michael Novakhov | Steven Cymbrowitz (i) (Democratic Party, Independence Party) ✔Michael Novakhov (Republican Party, |

| District 46 | Mathylde Frontus (i) | ✔Alec Brook-Krasny Ⓒ | Mathylde Frontus (i) (Democratic Party, Working Families Party) ✔Alec Brook-Krasny (Republican Party, Conservative Party) Ⓒ |
| District 47 | ✔William Colton (i) | Dmitriy Kugel | Dmitriy Kugel (Republican Party, Conservative Party) |
| District 48 | ✔Simcha Eichenstein (i) | | ✔Simcha Eichenstein (i) (Democratic Party, Conservative Party) Linda Holmes (Working Families Party) |
| District 49 | Peter Abbate Jr. (i) | ✔Lester Chang | ✔Lester Chang (Republican Party, Conservative Party) |
| District 50 | ✔Emily Gallagher (i) | | ✔Emily Gallagher (i) (Democratic Party, Working Families Party) |
| District 51 | ✔Marcela Mitaynes (i) | Timothy Peterson | ✔Marcela Mitaynes (i) (Democratic Party, Working Families Party) Timothy Peterson (Republican Party, Conservative Party) |
| District 52 | ✔Jo Anne Simon (i) | Brett Wynkoop | ✔Jo Anne Simon (i) (Democratic Party, Working Families Party) Brett Wynkoop (Republican Party, Conservative Party) |
| District 53 | ✔Maritza Davila (i) | | |
| District 54 | ✔Erik Dilan (i) | Khorshed Chowdhury | |
| District 55 | ✔Latrice Walker (i) | Berneda Jackson | ✔Latrice Walker (i) (Democratic Party, Working Families Party) Anthony Jones (Rent Is 2 Damn High Party) |
| District 56 | ✔Stefani Zinerman (i) | | |
| District 57 | | | ...tic Party, ...arty) |

| District 58 | ✔Monique Chandler-Waterman (i) | Monique Allen-Davy | ✔Monique Chandler-Waterman (i) (Democratic Party, Working Families Party) Monique Allen-Davy (Republican Party, Conservative Party) |
|---|---|---|---|
| District 59 | ✔Jaime Williams (i) | | ✔Jaime Williams (i) (Democratic Party, Working Families Party) |
| District 60 | ✔Nikki Lucas (i) | | Keron Alleyne (Working Families Party) |
| District 61 | ✔Charles Fall (i) | | |
| District 62 | | ✔Michael Reilly (i) | ✔Michael Reilly (i) (Republican Party, Conservative Party) |
| District 63 | Vincent Argenziano | ✔Samuel Pirozzolo | Vincent Argenziano (Democratic Party, Independent) ✔Samuel Pirozzolo (Republican Party, Conservative Party) |
| District 64 | | ✔Michael Tannousis (i) | ✔Michael Tannousis (i) (Republican Party, Conservative Party) |
| District 65 | ✔Grace Lee | Helen Qiu ℂ | |
| District 66 | ✔Deborah Glick (i) | | ✔Deborah Glick (i) (Democratic Party, Working Families Party) Did not make the ballot: Ryder Kessler (Working Families Party) ℂ |
| District 67 | ✔Linda Rosenthal (i) | | ✔Linda Rosenthal (i) (Democratic Party, Working Families Party) |
| District 68 | ✔Eddie Gibbs (i) | Daby Carreras | ✔Eddie Gibbs (i) (Democratic Party, Working Families Party) Did not make the ballot: (Working |

| District 69 | ✔Daniel O'Donnell (i) | Ian McKenzie | |
|---|---|---|---|
| District 70 | ✔Inez Dickens (i) | Cynthia Nelson-Acevedo | Did not make the ballot: Delsenia Glover (Working Families Party) |
| District 71 | ✔Alfred Taylor (i) | | |
| District 72 | ✔Manny De Los Santos (i) | | |
| District 73 | ✔Alex Bores ℂ | David Casavis | ✔Alex Bores (Democratic Party, Working Families Party) ℂ<br><br>Did not make the ballot: Kellie Leeson (Working Families Party) |
| District 74 | ✔Harvey Epstein (i) | Bryan Cooper | ✔Harvey Epstein (i) (Democratic Party, Working Families Party) |
| District 75 | ✔Tony Simone ℂ | Joseph A. Maffia ℂ | Joseph A. Maffia (Republican Party, Arts and Culture Party) ℂ |
| District 76 | ✔Rebecca Seawright (i) | | ✔Rebecca Seawright (i) (Democratic Party, Working Families Party) |
| District 77 | ✔Latoya Joyner (i) | Tanya Carmichael | |
| District 78 | ✔George Alvarez | Michael Dister | |
| District 79 | ✔Chantel Jackson (i) | Richard Bryan | |
| District 80 | ✔John Zaccaro Jr.<br><br>Did not make the ballot: Nathalia Fernandez (i) ℂ | Phyllis Nastasio | Phyllis Nastasio (Republican Party, Conservative Party)<br><br>Did not make the ballot: Nathalia Fernandez (i) (Democratic Party, Working Families Party) ℂ |
| District 81 | ✔Jeffrey Dinowitz (i) ℂ | | Kevin Pazmino (Conservative<br><br>Families |

| District 82 | ✔ Michael Benedetto (i) ℭ | John Greaney | John Greaney (Conservative Party, Republican Party) |
| District 83 | ✔ Carl Heastie (i) | Tristann Davis | |
| District 84 | ✔ Amanda Septimo (i) | Rosaline Nieves | ✔ Amanda Septimo (i) (Democratic Party, Working Families Party) |
| District 85 | ✔ Kenneth Burgos (i) | Laurine Berry | ✔ Kenneth Burgos (I) (Democratic Party, Working Families Party) |
| District 86 | ✔ Yudelka Tapia (i) | Betty Obregon | ✔ Yudelka Tapia (i) (Democratic Party, Working Families Party) |
| District 87 | ✔ Karines Reyes (i) | Ariel Rivera-Diaz | ✔ Karines Reyes (i) (Democratic Party, Working Families Party) |
| District 88 | ✔ Amy Paulin (i) | Thomas Fix Jr. | ✔ Amy Paulin (i) (Democratic Party, Working Families Party) Thomas Fix Jr. (Republican Party, Conservative Party) |
| District 89 | ✔ J. Gary Pretlow (i) | | Andrae Mitchell (Working Families Party) |
| District 90 | ✔ Nader Sayegh (i) | Michael Breen | ✔ Nader Sayegh (i) (Democratic Party, Fair Deal Party) Michael Breen (Republican Party, Conservative Party) |
| District 91 | ✔ Steven Otis (i) | Did not make the ballot: John Vitagliano | ✔ Steven Otis (i) (Working Families Party, Democratic Party) |
| District 92 | ✔ Maryjane Shimsky | Carlo Valente | ✔ Maryjane Shimsky (Democratic Party, Working Families Party) Carlo Valente (Republican Party, Conservative Party) |
| District 93 | | | ✔ Chris Burdick (i) (Democratic Party, ...arty) ...lican ... Party) ℭ |

| District 94 | Kathleen Valletta-McMorrow | ✔Matthew Slater | ✔Matthew Slater (Republican Party, Conservative Party) |
|---|---|---|---|
| District 95 | ✔Dana Levenberg | Stacy Halper | ✔Dana Levenberg (Democratic Party, Working Families Party) Stacy Halper (Republican Party, Conservative Party) Did not make the ballot: Vanessa Agudelo (Working Families Party) |
| District 96 | ✔Kenneth Zebrowski (i) | Brett Yagel | |
| District 97 | Eudson Francois | ✔John W. McGowan | ✔John W. McGowan (Republican Party, Conservative Party) |
| District 98 | Bruce Levine ℂ | ✔Karl Brabenec (i) | ✔Karl Brabenec (i) (Republican Party, Conservative Party) |
| District 99 | ✔Christopher Eachus | Kathryn Luciani | Kathryn Luciani (Republican Party, Conservative Party) |
| District 100 | ✔Aileen Gunther (i) | Lisa LaBue | ✔Aileen Gunther (i) (Democratic Party, Working Families Party) Lisa LaBue (Republican Party, Conservative Party) |
| District 101 | Matthew Mackey ℂ | ✔Brian Maher | Matthew Mackey (Democratic Party, Working Families Party) ℂ ✔Brian Maher (Republican Party, Conservative Party) |
| District 102 | Nicholas Chase ℂ | ✔Christopher Tague (i) | ✔Christopher Tague (i) (Republican Party, Conservative Party) |
| District 103 | ✔Sarahana Shrestha | Patrick Sheehan | ✔Sarahana Shrestha (Democratic Party, Working Families Party) Patrick Sheehan (Republican Party, Conservative Party) |
| District 104 | | | ...cratic ...ilies Party) |

| | | | |
|---|---|---|---|
| District 105 | Jill Fieldstein ✆ | ✔Anil Beephan Jr. ✆ | Jill Fieldstein (Democratic Party, Working Families Party) ✆<br>✔Anil Beephan Jr. (Republican Party, Conservative Party) ✆ |
| District 106 | ✔Didi Barrett (i) | Brandon Gaylord | Brandon Gaylord (Republican Party, Conservative Party) |
| District 107 | | ✔Scott H. Bendett<br><br>Did not make the ballot: Jacob Ashby (i) | ✔Scott H. Bendett (Republican Party, Conservative Party)<br><br>Did not make the ballot: Jacob Ashby (i) (Republican Party, Conservative Party) |
| District 108 | ✔John McDonald III (i) | | |
| District 109 | ✔Patricia Fahy (i) | Alicia Purdy | |
| District 110 | ✔Phil Steck (i) | Alexandra Velella ✆ | ✔Phil Steck (i) (Democratic Party, Working Families Party)<br>Alexandra Velella (Republican Party, Conservative Party) ✆ |
| District 111 | ✔Angelo Santabarbara (i) | Joseph Mastroianni ✆ | ✔Angelo Santabarbara (i) (Democratic Party, Independence Party)<br>Joseph Mastroianni (Republican Party, Conservative Party)<br>Robert Menzies (Working Families Party) |
| District 112 | Andrew McAdoo ✆ | ✔Mary Beth Walsh (i) | ✔Mary Beth Walsh (i) (Republican Party, Conservative Party)<br>Andrew McAdoo (Democratic Party, Working Families Party) ✆ |
| District 113 | ✔Carrie Woerner (i) | David Catalfamo | David Catalfamo (Republican Party, Conservative Party) |
| District 114 | | ✔Matthew Simpson (i) | ✔Matthew Simpson (i) (Republican Party, Conservative Party) |
| District 115 | | | …emocratic …ow Party) |

| | | | Stephen Chilton (Republican Party, Conservative Party) |
|---|---|---|---|
| District 116 | | ✔Scott Gray Ⓒ | Susan Duffy (Conservative Party) Ⓒ |
| District 117 | | ✔Kenneth Blankenbush (i) | ✔Kenneth Blankenbush (i) (Republican Party, Conservative Party) |
| District 118 | | ✔Robert Smullen (i) | ✔Robert Smullen (i) (Republican Party, Conservative Party) |
| District 119 | ✔Marianne Buttenschon (i) | John Zielinski | ✔Marianne Buttenschon (i) (Democratic Party, Conservative Party) |
| District 120 | | ✔William Barclay (i) | ✔William Barclay (i) (Republican Party, Conservative Party) |
| District 121 | | ✔Joe Angelino (i) | ✔Joe Angelino (i) (Republican Party, Conservative Party) |
| District 122 | Dan Buttermann | ✔Brian Miller (i) | ✔Brian Miller (i) (Republican Party, Conservative Party) Colton Mennig (Working Families Party) Ⓒ |
| District 123 | ✔Donna Lupardo (i) | Sophia Resciniti | ✔Donna Lupardo (i) (Democratic Party, Working Families Party) |
| District 124 | | ✔Christopher Friend (i) | ✔Christopher Friend (i) (Republican Party, Conservative Party) |
| District 125 | ✔Anna Kelles (i) | | ✔Anna Kelles (i) (Democratic Party, Working Families Party) |
| District 126 | Bruce MacBain | ✔John Lemondes Jr. (i) | ✔John Lemondes Jr. (i) (Republican Party, Conservative Party) |
| District 127 | ✔Al Stirpe (i) | Karen Ayoub | ✔Al Stirpe (i) (Democratic Party, Working Families Party) |

Did not make the ballot:
...lican
...Party)

☒

...e ballot:

|  |  |  |  |
|---|---|---|---|
|  |  |  | Shiroff (Republican Party, Conservative Party) |
| District 128 | ✔Pamela Hunter (i) | Dominick Ciciarelli | ✔Pamela Hunter (i) (Democratic Party, Working Families Party) Dominick Ciciarelli (Republican Party, Conservative Party) |
| District 129 | ✔William Magnarelli (i) |  |  |
| District 130 | Scott Comegys ℃ | ✔Brian Manktelow (i) | ✔Brian Manktelow (i) (Republican Party, Conservative Party) Scott Comegys (Democratic Party, Working Families Party) ℃ |
| District 131 |  | ✔Jeff Gallahan (i) | ✔Jeff Gallahan (i) (Republican Party, Conservative Party) |
| District 132 |  | ✔Philip Palmesano (i) | ✔Philip Palmesano (i) (Republican Party, Conservative Party) |
| District 133 | Sara Spezzano ℃ | ✔Marjorie Byrnes (i) | ✔Marjorie Byrnes (i) (Republican Party, Conservative Party) |
| District 134 |  | ✔Josh Jensen (i) | ✔Josh Jensen (i) (Republican Party, Conservative Party) |
| District 135 | ✔Jennifer Lunsford (i) | Joseph Chenelly ℃ | ✔Jennifer Lunsford (i) (Democratic Party, Working Families Party) Joseph Chenelly (Republican Party, Conservative Party) ℃ |
| District 136 | ✔Sarah Clark (i) | Orlando Rivera | ✔Sarah Clark (i) (Democratic Party, Working Families Party) Orlando Rivera (Republican Party, Conservative Party) |
| District 137 | ✔Demond Meeks (i) | Marcus Williams ℃ | ✔Demond Meeks (i) (Democratic Party, Working Families Party) Marcus Williams (Republican Party, Conservative Party) ℃ |
| District 138 |  |  | ratic Party, arty) |

| | | | |
|---|---|---|---|
| | | | ✔Tracy DiFlorio (Republican Party, Conservative Party) |
| District 139 | Jennifer Keys | ✔Stephen Hawley (i) | ✔Stephen Hawley (i) (Republican Party, Conservative Party) |
| District 140 | ✔William Conrad (i) | Scott Marciszewski | ✔William Conrad (i) (Democratic Party, Working Families Party) Scott Marciszewski (Republican Party, Conservative Party)<br><br>Did not make the ballot: Anthony Baney (Green Party) |
| District 141 | ✔Crystal Peoples-Stokes (i) | Did not make the ballot: Mary Jo Carroll | |
| District 142 | ✔Patrick Burke (i) | Sandra Magnano | Sandra Magnano (Republican Party, Conservative Party) |
| District 143 | ✔Monica P. Wallace (i) | Frank Smierciak | ✔Monica P. Wallace (i) (Democratic Party, Integrity Party) Frank Smierciak (Republican Party, Conservative Party) |
| District 144 | | ✔Michael J. Norris (i) | ✔Michael J. Norris (i) (Republican Party, Conservative Party) |
| District 145 | Douglas Mooradian | ✔Angelo J. Morinello (i) | ✔Angelo J. Morinello (i) (Republican Party, Conservative Party) |
| District 146 | ✔Karen McMahon (i) | Katrina Zeplowitz | ✔Karen McMahon (i) (Democratic Party, Integrity Party) Katrina Zeplowitz (Republican Party, Conservative Party)<br><br>Did not make the ballot: Faye Pietrak (Conservative Party) |
| District 147 | | ✔David DiPietro (i) | ✔David DiPietro (i) (Republican Party, Conservative Party) |
| District 148 | | | Republican Party) |

| District 149 | ✔Jonathan Rivera (i) | Ralph R. Hernandez | ✔Jonathan Rivera (i) (Democratic Party, Working Families Party) Ralph R. Hernandez (Republican Party, Conservative Party) |
| District 150 | Sandra Lewis | ✔Andrew Goodell (i) | ✔Andrew Goodell (i) (Republican Party, Conservative Party) |

## Ballotpedia's Candidate Connection survey responses

Ballotpedia asks all federal, state, and local candidates to complete a survey and share what motivates them on political and personal levels. Click a link below to read survey responses from candidates in that district:

- District 1
- District 2
- District 3
- District 4
- District 5
- District 6
- District 7
- District 8
- District 9
- District 10
- District 11
- District 12
- District 13
- District 14
- District 15
- District 16
- District 17
- District 18
- District 19
- District 20
- District 21
- District 22
- District 23
- District 24
- District 25
- District 26
- District 27
- District 28
- District 29
- District 30

- District 31
- District 32
- District 33
- District 34
- District 35
- District 36
- District 37
- District 38
- District 39
- District 40
- District 41
- District 42
- District 43
- District 44
- District 45
- District 46
- District 47
- District 48
- District 49
- District 50
- District 51
- District 52
- District 53
- District 54
- District 55
- District 56
- District 57
- District 58
- District 59
- District 60

- District 61
- District 62
- District 63
- District 64
- District 65
- District 66
- District 67
- District 68
- District 69
- District 70
- District 71
- District 72
- District 73
- District 74
- District 75
- District 76
- District 77
- District 78
- District 79
- District 80
- District 81
- District 82
- District 83
- District 84
- District 85
- District 86
- District 87
- District 88
- District 89
- District 90

- District 91
- District 92
- District 93
- District 94
- District 95
- District 96
- District 97
- District 98
- District 99
- District 100
- District 101
- District 102
- District 103
- District 104
- District 105
- District 106
- District 107
- District 108
- District 109
- District 110
- District 111
- District 112
- District 113
- District 114
- District 115
- District 116
- District 117
- District 118
- District 119
- District 120

- District 121
- District 122
- District 123
- District 124
- District 125
- District 126
- District 127
- District 128
- District 129
- District 130
- District 131
- District 132
- District 133
- District 134
- District 135
- District 136
- District 137
- District 138
- District 139
- District 140
- District 141
- District 142
- District 143
- District 144
- District 145
- District 146
- District 147
- District 148
- District 149
- District 150

## Incumber

**General** | Primary

## New York State Senate General Election 2022

- Incumbents are marked with an (i) after their name.
- ℭ = candidate completed the Ballotpedia Candidate Connection survey.

| Office | 🌑 Democratic | 🌑 Republican | Other |
|---|---|---|---|
| District 1 | Skyler Johnson | ✔Anthony Palumbo (i) | ✔Anthony Palumbo (i) (Republican Party, Conservative Party) Skyler Johnson (Democratic Party, Working Families Party) |
| District 2 | Susan Berland ℭ | ✔Mario Mattera (i) | ✔Mario Mattera (i) (Republican Party, Conservative Party) Susan Berland (Democratic Party, Working Families Party) ℭ |
| District 3 | Farzeen Bham ℭ | ✔Dean Murray ℭ | ✔Dean Murray (Republican Party, Conservative Party) ℭ |
| District 4 | ✔Monica Martinez | Wendy Rodriguez | ✔Monica Martinez (Democratic Party, Working Families Party) Wendy Rodriguez (Republican Party, Conservative Party) |
| District 5 | John E. Brooks (i) | ✔Steven Rhoads | John E. Brooks (i) (Democratic Party, Working Families Party) ✔Steven Rhoads (Republican Party, Conservative Party) |
| District 6 | ✔Kevin Thomas (i) | James Coll | ✔Kevin Thomas (i) (Democratic Party, Working Families Party) James Coll (Republican Party, Conservative Party) |
| District 7 | Anna Kaplan (i) | ✔Jack Martins | Anna Kaplan (i) (Democratic Party, Working Families Party) ✔Jack Martins (Republican Party, Conservative Party) |
| District 8 | | | ✔Alexis Weik (i) (Republican Party) |

| District 9 | Kenneth Moore | ✔Patricia Canzoneri-Fitzpatrick | Kenneth Moore (Democratic Party, Working Families Party) ✔Patricia Canzoneri-Fitzpatrick (Republican Party, Conservative Party) |
|---|---|---|---|
| District 10 | ✔James Sanders, Jr. (i) | | |
| District 11 | ✔Toby Ann Stavisky (i) | Stefano Forte ℭ | ✔Toby Ann Stavisky (i) (Democratic Party, Working Families Party) Stefano Forte (Republican Party, Conservative Party) ℭ |
| District 12 | ✔Michael Gianaris (i) | | ✔Michael Gianaris (i) (Democratic Party, Working Families Party) |
| District 13 | ✔Jessica Ramos (i) | | ✔Jessica Ramos (i) (Democratic Party, Working Families Party) |
| District 14 | ✔Leroy Comrie (i) | | |
| District 15 | ✔Joseph Addabbo (i) | Danniel Maio ℭ | ✔Joseph Addabbo (i) (Democratic Party, We the People Party) Danniel Maio (Republican Party, Conservative Party, Medical Freedom Party, Independence Party) ℭ |
| District 16 | ✔John Liu (i) | Ruben Cruz II ℭ | ✔John Liu (i) (Democratic Party, Working Families Party) Ruben Cruz II (Republican Party, Conservative Party, Independence Party) ℭ |
| District 17 | ✔Iwen Chu ℭ | Vito LaBella ℭ | ✔Iwen Chu (Democratic Party, Working Families Party) Vito LaBella (Republican Party, Conservative Party) ℭ |
| District 18 | ✔Julia Salazar (i) | | ✔Julia Salazar (i) (Democratic Party, Working Families Party) |
| District 19 | ✔Roxanne Persaud (i) | | |
| District 20 | | | ic Party, arty) |

| District 21 | ✔Kevin Parker (i) | | David Alexis (Working Families Party) |
|---|---|---|---|
| District 22 | ✔Simcha Felder (i) | ✔Simcha Felder (i) | ✔Simcha Felder (i) (Democratic Party, Republican Party, Conservative Party) Marva Brown (Working Families Party) |
| District 23 | ✔Jessica Scarcella-Spanton | Joseph Tirone | Joseph Tirone (Republican Party, Conservative Party)  Did not make the ballot: Sergey Fedorov (Conservative Party) Sarah Blas (Working Families Party) |
| District 24 | | ✔Andrew Lanza (i) | ✔Andrew Lanza (i) (Conservative Party, Republican Party) |
| District 25 | ✔Jabari Brisport (i) | | ✔Jabari Brisport (i) (Democratic Party, Working Families Party) |
| District 26 | ✔Andrew Gounardes (i) | Brian Fox ₢ | ✔Andrew Gounardes (i) (Democratic Party, Working Families Party) Brian Fox (Republican Party, Conservative Party) ₢ Martha Rowen (Medical Freedom Party) ₢ |
| District 27 | ✔Brian Kavanagh (i) | | Eric Rassi (Medical Freedom Party) |
| District 28 | ✔Liz Krueger (i) | Awadhesh Gupta | ✔Liz Krueger (i) (Democratic Party, Working Families Party) |
| District 29 | ✔Jose M. Serrano (i) | | ✔Jose M. Serrano (i) (Democratic Party, Working Families Party) |
| District 30 | ✔Cordell Cleare (i) | | ✔Cordell Cleare (i) (Democratic Party, Working Families Party) |
| District 31 | | | ...atic Party, ...arty) |

| | | | |
|---|---|---|---|
| District 32 | ✔Luis Sepúlveda (i) | Antonio Melendez Sr. | Dion Powell (Conservative Party) |
| District 33 | ✔J. Gustavo Rivera (i) | | ✔J. Gustavo Rivera (i) (Democratic Party, Working Families Party) |
| District 34 | ✔Nathalia Fernandez | Samantha Zherka ℂ | Samantha Zherka (Republican Party, Conservative Party) ℂ |
| District 35 | ✔Andrea Stewart-Cousins (i) | Khristen Kerr ℂ | ✔Andrea Stewart-Cousins (i) (Democratic Party, Working Families Party) |
| District 36 | ✔Jamaal Bailey (i) | | |
| District 37 | ✔Shelley Mayer (i) | Frank Murtha ℂ | ✔Shelley Mayer (i) (Democratic Party, Working Families Party) |
| District 38 | Elijah Reichlin-Melnick (i) | ✔William Weber Jr. | Elijah Reichlin-Melnick (i) (Democratic Party, Working Families Party) ✔William Weber Jr. (Republican Party, Conservative Party) |
| District 39 | Julie Shiroishi ℂ | ✔Robert Rolison | Julie Shiroishi (Democratic Party, Working Families Party) ℂ |
| District 40 | ✔Peter Harckham (i) | Gina Arena ℂ | ✔Peter Harckham (i) (Democratic Party, Working Families Party) |
| District 41 | ✔Michelle Hinchey (i) | Susan Serino (i) | ✔Michelle Hinchey (i) (Democratic Party, Working Families Party) Susan Serino (Republican Party, Conservative Party, Independence Party) |
| District 42 | ✔James Skoufis (i) | Dorey Houle | ✔James Skoufis (i) (Democratic Party, Working Families Party) Dorey Houle (Republican Party, Conservative Party) |
| District 43 | | | nocratic ilies Party) |

| | | | |
|---|---|---|---|
| | | | ✔Jacob Ashby (Republican Party, Conservative Party) |
| District 44 | Michelle Ostrelich ℂ | ✔James Tedisco (i) | ✔James Tedisco (i) (Republican Party, Conservative Party) Michelle Ostrelich (Democratic Party, Working Families Party) ℂ |
| District 45 | Jean Lapper | ✔Dan Stec (i) | ✔Dan Stec (i) (Republican Party, Conservative Party) |
| District 46 | ✔Neil Breslin (i) | Richard Amedure | ✔Neil Breslin (i) (Democratic Party, Working Families Party) Richard Amedure (Republican Party, Conservative Party) |
| District 47 | ✔Brad Hoylman (i) | | ✔Brad Hoylman (i) (Democratic Party, Working Families Party) Robert Bobrick (Medical Freedom Party) ℂ Maria Danzilo (Parent Party) ℂ |
| District 48 | ✔Rachel May (i) | Julie Abbott | ✔Rachel May (i) (Democratic Party, Working Families Party) Justin Coretti (Conservative Party) |
| District 49 | | ✔Mark Walczyk | ✔Mark Walczyk (Republican Party, Conservative Party) |
| District 50 | ✔John Mannion (i) ℂ | Rebecca Shiroff | ✔John Mannion (i) (Democratic Party, Working Families Party) ℂ Rebecca Shiroff (Republican Party, Conservative Party) |
| District 51 | Eric Ball ℂ | ✔Peter Oberacker (i) | ✔Peter Oberacker (i) (Republican Party, Conservative Party) |
| District 52 | ✔Lea Webb | Richard David | ✔Lea Webb (Democratic Party, Working Families Party) Richard David (Republican Party, Conservative Party) Did not make the ballot: Thomas ☒ an Party) |

| | | | |
|---|---|---|---|
| District 53 | | ✔Joseph Griffo (i) | ✔Joseph Griffo (i) (Republican Party, Conservative Party) |
| District 54 | Kenan Baldridge | ✔Pamela Helming (i) | ✔Pamela Helming (i) (Republican Party, Conservative Party) |
| District 55 | ✔Samra Brouk (i) | Len Morrell | ✔Samra Brouk (i) (Democratic Party, Working Families Party) Len Morrell (Republican Party, Conservative Party, Independence Party) |
| District 56 | ✔Jeremy Cooney (i) | Jim VanBrederode | ✔Jeremy Cooney (i) (Democratic Party, Working Families Party) Jim VanBrederode (Republican Party, Conservative Party, Independence Party) |
| District 57 | Daniel Brown | ✔George Borrello (i) | ✔George Borrello (i) (Republican Party, Conservative Party) |
| District 58 | | ✔Thomas O'Mara (i) | ✔Thomas O'Mara (i) (Republican Party, Conservative Party) |
| District 59 | ✔Kristen Gonzalez | | ✔Kristen Gonzalez (Democratic Party, Working Families Party)<br><br>Did not make the ballot: Josh Bowen  (Independent) |
| District 60 | | ✔Patrick Gallivan (i) | ✔Patrick Gallivan (i) (Republican Party, Conservative Party) |
| District 61 | ✔Sean Ryan (i) | Edward Rath III (i) | ✔Sean Ryan (i) (Democratic Party, Working Families Party) Edward Rath III (i) (Republican Party, Conservative Party) |
| District 62 | | ✔Robert Ortt (i) | ✔Robert Ortt (i) (Republican Party, Conservative Party) |
| District 63 | | | ...ratic ...ilies Party) |

# EXHIBIT X: 2022 Online Voter Guide





U.S. Senator

⇅ Compare the Candidates

## What Does the U.S. Senate Do?

The U.S. Senate is the upper chamber of the U.S. Congress. Senators draft, debate, and vote on legislation, confirm Presidential appointments such as Supreme Court justices, and conduct oversight of all branches of government.

**Learn more about elected offices**

## Find My Poll Site

Visit the BOE website and enter your address to find your polling place

**Find My Poll Site**

See Also:

| Local Offices |
| Types of Elections |
| How to Vote |

## Candidates on the Ballot



### Diane Sare

LaRouche

**Top 3 Issues**

1. Reinstate Glass-Steagall
2. Nuclear power, not nuclear war

**Share or send this page**