

3. increase productivity, no Green Deal

**Learn More**

**Add To My Ballot**



## Charles E. Schumer

Democratic, Working Families

**Top 3 Issues**

1. Climate Crisis
2. Income Inequality
3. Restoring our Democracy

**Learn More**

**Add To My Ballot**

## Vote with confidence

We'll send timely updates about upcoming elections including key deadlines, registration info and candidate profiles.

**Email**

**Phone (optional)**

**Subscribe**

By providing your email and mobile phone number you consent to receive recurring messages from NYC Votes about upcoming elections. Unsubscribe or text STOP to opt out. Message and data rates may apply.



**About Us**

**Contact Us**

**NYC Campaign Finance Board**



# State Senate District 16

⤢ Compare the Candidates

## What Does the State Senate Do?

The State Senate is the upper chamber of the State Legislature. State Senators write and vote on legislation, approve state spending levels, and confirm the Governor's appointments of state officials and court judges.

**Learn More About Elected Offices**

### Find My Poll Site

Visit the BOE website and enter your address to find your polling place

**Find My Poll Site**

## Candidates on the Ballot

See Also:

**Local Offices**

**Types of Elections**

**How to Vote**



### Ruben D. Cruz II

Republican, Conservative, Independence

**Top 3 Issues**

1. Elder Justice is Community Justice
2. Clean Streets means Less Crime

3. Lower Taxes helps Business Grow

**Learn More**

**Add To My Ballot**

## Vote with confidence

We'll send timely updates about upcoming elections including key deadlines, registration info and candidate profiles.

**Email**

**Phone (optional)**

**Subscribe**

By providing your email and mobile phone number you consent to receive recurring messages from NYC Votes about upcoming elections. Unsubscribe or text STOP to opt out. Message and data rates may apply.

**NYC VOTES**

About Us

Contact Us

NYC Campaign Finance Board





## State Senate District 26

🔗 Compare the Candidates

## What Does the State Senate Do?

The State Senate is the upper chamber of the State Legislature. State Senators write and vote on legislation, approve state spending levels, and confirm the Governor's appointments of state officials and court judges.

**Learn More About Elected Offices**

### Find My Poll Site

Visit the BOE website and enter your address to find your polling place

**Find My Poll Site**

## Candidates on the Ballot

See Also:

**Local Offices**

**Types of Elections**

**How to Vote**



### Andrew S. Gounardes

Democratic, Working Families

**Top 3 Issues**

1. Street safety
2. Investing in New York's families

3. Protecting workers & economic opportunity



---



## Martha M. Rowen

Medical Freedom

**Top 3 Issues**

1. Secure medical freedom, informed consent
2. Guarantee constitutional rights
3. Make schools welcoming and safe



---

## Vote with confidence

We'll send timely updates about upcoming elections including key deadlines, registration info and candidate profiles.

**Email**

**Phone (optional)**

**Subscribe**

By providing your email and mobile phone number you consent to receive recurring messages from NYC Votes about upcoming elections. Unsubscribe or text STOP to opt out. Message and data rates may apply.



**About Us**

**Contact Us**

**NYC Campaign Finance Board**

# NYC VOTES

## State Senate District 28

⟲ Compare the Candidates

## What Does the State Senate Do?

The State Senate is the upper chamber of the State Legislature. State Senators write and vote on legislation, approve state spending levels, and confirm the Governor's appointments of state officials and court judges.

**Learn More About Elected Offices**

### Find My Poll Site

Visit the BOE website and enter your address to find your polling place

**Find My Poll Site**

## Candidates on the Ballot

See Also:

**Local Offices**

**Types of Elections**

**How to Vote**



### Liz Krueger

Democratic, Working Families

**Top 3 Issues**

1. Affordable housing
2. Addressing climate change

3. Protecting civil rights and liberties

**Learn More**

**Add To My Ballot**

---

# Vote with confidence

We'll send timely updates about upcoming elections including key deadlines, registration info and candidate profiles.

**Email**

[                                   ]

**Phone (optional)**

[                                   ]

**Subscribe**

By providing your email and mobile phone number you consent to receive recurring messages from NYC Votes about upcoming elections. Unsubscribe or text STOP to opt out. Message and data rates may apply.

# NYC VOTES

About Us

Contact Us

NYC Campaign Finance Board



# State Senate District 32

↻ Compare the Candidates

## What Does the State Senate Do?

The State Senate is the upper chamber of the State Legislature. State Senators write and vote on legislation, approve state spending levels, and confirm the Governor's appointments of state officials and court judges.

**Learn More About Elected Offices**

### Find My Poll Site

Visit the BOE website and enter your address to find your polling place

**Find My Poll Site**

## Candidates on the Ballot

See Also:

**Local Offices**

**Types of Elections**

**How to Vote**



### Dion Jordan Powell

Conservative

**Top 3 Issues**

1. Joblessness Due to COVID Mandates
2. Apartments Rent to Own Program

3. Parents' School Choice In Education



3. Parents' School Choice In Education



### Luis R. Sepulveda

Democratic

**Top 3 Issues**

1. Higher wages and lower unemployment
2. Better healthcare for all
3. Fix NYCHA, build affordable housing



## Vote with confidence

We'll send timely updates about upcoming elections including key deadlines, registration info and candidate profiles.

**Email**

[                              ]

**Phone (optional)**

[                              ]

**Subscribe**

By providing your email and mobile phone number you consent to receive recurring messages from NYC Votes about upcoming elections. Unsubscribe or text STOP to opt out. Message and data rates may apply.

**NYC VOTES**

**About Us**

**Contact Us**

**NYC Campaign Finance Board**

# NYC VOTES



## State Senate District 31

Compare the Candidates

## What Does the State Senate Do?

The State Senate is the upper chamber of the State Legislature. State Senators write and vote on legislation, approve state spending levels, and confirm the Governor's appointments of state officials and court judges.

**Learn More About Elected Offices**

## Candidates on the Ballot

### Find My Poll Site

Visit the BOE website and enter your address to find your polling place

**Find My Poll Site**

See Also:

**Local Offices**

**Types of Elections**

**How to Vote**



### Robert Jackson

Democratic, Working Families

**Top 3 Issues**

1. education
2. housing
3. healthcare

Learn More

Add To My Ballot

## Vote with confidence

We'll send timely updates about upcoming elections including key deadlines, registration info and candidate profiles.

**Email**

**Phone (optional)**

Subscribe

By providing your email and mobile phone number you consent to receive recurring messages from NYC Votes about upcoming elections. Unsubscribe or text STOP to opt out. Message and data rates may apply.

**NYC VOTES**

About Us

Contact Us

NYC Campaign Finance Board



# State Senate District 34

⟳ Compare the Candidates

## What Does the State Senate Do?

The State Senate is the upper chamber of the State Legislature. State Senators write and vote on legislation, approve state spending levels, and confirm the Governor's appointments of state officials and court judges.

**Learn More About Elected Offices**

## Candidates on the Ballot



### Nathalia Fernandez

Democratic

**Top 3 Issues**

1. Strengthening Small Businesses
2. Environmental Conservation
3. Youth Development

### Find My Poll Site

Visit the BOE website and enter your address to find your polling place

**Find My Poll Site**

See Also:

**Local Offices**

**Types of Elections**

**How to Vote**