Learn More

Add To My Ballot

## Vote with confidence

We'll send timely updates about upcoming elections including key deadlines, registration info and candidate profiles.

**Email**

[                                        ]

**Phone (optional)**

[                                        ]

Subscribe

By providing your email and mobile phone number you consent to receive recurring messages from NYC Votes about upcoming elections. Unsubscribe or text STOP to opt out. Message and data rates may apply.

# NYC VOTES

**About Us**

**Contact Us**

**NYC Campaign Finance Board**

# NYC VOTES

## State Assembly District 23

↕ Compare the Candidates

## What Does the State Assembly Do?

The State Assembly is the lower chamber of the State Legislature. Assembly Members write and vote on legislation, approve state spending levels, and uphold or override the Governor's vetoes.

**Learn More About Elected Offices**

### Find My Poll Site

Visit the BOE website and enter your address to find your polling place

**Find My Poll Site**

## Candidates on the Ballot

See Also:

**Local Offices**

**Types of Elections**

**How to Vote**



### Stacey G. Pheffer Amato

Democratic, We The People

**Top 3 Issues**

1. Public safety
2. Education
3. Environment

Learn More

☷ Add To My Ballot

## Vote with confidence

We'll send timely updates about upcoming elections including key deadlines, registration info and candidate profiles.

**Email**

[                                    ]

**Phone (optional)**

[                                    ]

Subscribe

By providing your email and mobile phone number you consent to receive recurring messages from NYC Votes about upcoming elections. Unsubscribe or text STOP to opt out. Message and data rates may apply.

**NYC VOTES**

About Us

Contact Us

NYC Campaign Finance Board

𝕏   ⓘ   f   ▶   ⓡ



# NYC VOTES

## State Assembly District 26

↳ Compare the Candidates

## What Does the State Assembly Do?

The State Assembly is the lower chamber of the State Legislature. Assembly Members write and vote on legislation, approve state spending levels, and uphold or override the Governor's vetoes.

**Learn More About Elected Offices**

### Find My Poll Site

Visit the BOE website and enter your address to find your polling place

**Find My Poll Site**

## Candidates on the Ballot

See Also:

**Local Offices**

**Types of Elections**

**How to Vote**



### Edward C. Braunstein

Democratic

**Top 3 Issues**

1. Preventing Gun Violence and Crime
2. Protecting Reproductive Rights
3. Investing in Education

**Learn More**

☰ **Add To My Ballot**

## Vote with confidence

We'll send timely updates about upcoming elections including key deadlines, registration info and candidate profiles.

**Email**

[                              ]

**Phone (optional)**

[                              ]

**Subscribe**

By providing your email and mobile phone number you consent to receive recurring messages from NYC Votes about upcoming elections. Unsubscribe or text STOP to opt out. Message and data rates may apply.

# NYC VOTES

**About Us**

**Contact Us**

**NYC Campaign Finance Board**

X  📷  f  ▶  ⓡ





Compare the Candidates

## What Does the State Assembly Do?

The State Assembly is the lower chamber of the State Legislature. Assembly Members write and vote on legislation, approve state spending levels, and uphold or override the Governor's vetoes.

**Learn More About Elected Offices**

## Candidates on the Ballot



### Find My Poll Site

Visit the BOE website and enter your address to find your polling place

**Find My Poll Site**

See Also:

**Local Offices**

**Types of Elections**

**How to Vote**



## Ron Kim

Democratic, Working Families

*This candidate has not submitted a profile*



## Vote with confidence

We'll send timely updates about upcoming elections including key deadlines, registration info and candidate profiles.

**Email**

[                                    ]

**Phone (optional)**

[                                    ]

**Subscribe**

By providing your email and mobile phone number you consent to receive recurring messages from NYC Votes about upcoming elections. Unsubscribe or text STOP to opt out. Message and data rates may apply.

**NYC VOTES**

**About Us**

**Contact Us**

**NYC Campaign Finance Board**

X    📷    f    ▶    😀



## State Assembly District 44

⤢ Compare the Candidates

## What Does the State Assembly Do?

The State Assembly is the lower chamber of the State Legislature. Assembly Members write and vote on legislation, approve state spending levels, and uphold or override the Governor's vetoes.

**Learn More About Elected Offices**

### Find My Poll Site

Visit the BOE website and enter your address to find your polling place

**Find My Poll Site**

## Candidates on the Ballot

See Also:



### Robert C. Carroll

Democratic, Working Families

**Top 3 Issues**

1. Early Childhood Literacy/Dyslexia Screening
2. Fighting Climate Change
3. Funding Mass Transit/Housing

**Local Offices**

**Types of Elections**

**How to Vote**

Learn More

Add To My Ballot

## Vote with confidence

We'll send timely updates about upcoming elections including key deadlines, registration info and candidate profiles.

**Email**

**Phone (optional)**

Subscribe

By providing your email and mobile phone number you consent to receive recurring messages from NYC Votes about upcoming elections. Unsubscribe or text STOP to opt out. Message and data rates may apply.

**NYC VOTES**

About Us

Contact Us

NYC Campaign Finance Board





## State Assembly District 45

☷ Compare the Candidates

## What Does the State Assembly Do?

The State Assembly is the lower chamber of the State Legislature. Assembly Members write and vote on legislation, approve state spending levels, and uphold or override the Governor's vetoes.

**Learn More About Elected Offices**

### Find My Poll Site

Visit the BOE website and enter your address to find your polling place

**Find My Poll Site**

## Candidates on the Ballot

See Also:



### Steven Cymbrowitz

Democratic, Independence

**Top 3 Issues**

1. Building & preserving affordable housing
2. Preventing & addressing rising crime

**Local Offices**

**Types of Elections**

**How to Vote**

3. Meeting the needs of seniors

**Learn More**

**Add To My Ballot**

---

## Vote with confidence

We'll send timely updates about upcoming elections including key deadlines, registration info and candidate profiles.

**Email**

**Phone (optional)**

**Subscribe**

By providing your email and mobile phone number you consent to receive recurring messages from NYC Votes about upcoming elections. Unsubscribe or text STOP to opt out. Message and data rates may apply.

**NYC VOTES**

About Us

Contact Us

NYC Campaign Finance Board



# State Assembly District 51

↻ Compare the Candidates

## What Does the State Assembly Do?

The State Assembly is the lower chamber of the State Legislature. Assembly Members write and vote on legislation, approve state spending levels, and uphold or override the Governor's vetoes.

**Learn More About Elected Offices**

### Find My Poll Site

Visit the BOE website and enter your address to find your polling place

**Find My Poll Site**

## Candidates on the Ballot

See Also:



### Marcela Mitaynes

Democratic, Working Families

**Top 3 Issues**

1. Housing stability
2. Immigrant justice
3. Climate

**Local Offices**

**Types of Elections**

**How to Vote**

**Learn More**

**Add To My Ballot**

## Vote with confidence

We'll send timely updates about upcoming elections including key deadlines, registration info and candidate profiles.

**Email**

**Phone (optional)**

**Subscribe**

By providing your email and mobile phone number you consent to receive recurring messages from NYC Votes about upcoming elections. Unsubscribe or text STOP to opt out. Message and data rates may apply.

**NYC VOTES**

**About Us**

**Contact Us**

**NYC Campaign Finance Board**



# NYC VOTES

## State Assembly District 52

⇵ Compare the Candidates

## What Does the State Assembly Do?

The State Assembly is the lower chamber of the State Legislature. Assembly Members write and vote on legislation, approve state spending levels, and uphold or override the Governor's vetoes.

**Learn More About Elected Offices**

### Find My Poll Site

Visit the BOE website and enter your address to find your polling place

**Find My Poll Site**

## Candidates on the Ballot

See Also:



### Jo Anne Simon

Democratic, Working Families

**Top 3 Issues**

1. Climate Justice
2. Ending Gun Violence
3. Reforming Reading Instruction

**Local Offices**

**Types of Elections**

**How to Vote**