**Learn More**

⋮⋮≡ **Add To My Ballot**

## Vote with confidence

We'll send timely updates about upcoming elections including key deadlines, registration info and candidate profiles.

**Email**

**Phone (optional)**

**Subscribe**

By providing your email and mobile phone number you consent to receive recurring messages from NYC Votes about upcoming elections. Unsubscribe or text STOP to opt out. Message and data rates may apply.



<u>About Us</u>

<u>Contact Us</u>

<u>NYC Campaign Finance Board</u>

    𝕏    ▶  



# State Assembly District 55

⟂ **Compare the Candidates**

## What Does the State Assembly Do?

The State Assembly is the lower chamber of the State Legislature. Assembly Members write and vote on legislation, approve state spending levels, and uphold or override the Governor's vetoes.

**Learn More About Elected Offices**

↗ **Find My Poll Site**

Visit the BOE website and enter your address to find your polling place

**Find My Poll Site**

## Candidates on the Ballot

**See Also:**



### Anthony Jones

Rent is 2 Damn High

**Top 3 Issues**

1. Crime
2. Unemployment
3. Housing

| Local Offices |
|---|
| Types of Elections |
| How to Vote |



Learn More

:≡ Add To My Ballot



## Latrice Monique Walker

Democratic, Working Families

**Top 3 Issues**

1. Criminal Justice Reform
2. Affordable Housing & Homeownership
3. Environmental Justice

Learn More

:≡ Add To My Ballot

## Vote with confidence

We'll send timely updates about upcoming elections including key deadlines, registration info and candidate profiles.

**Email**

**Phone (optional)**

Subscribe

By providing your email and mobile phone number you consent to receive recurring messages from NYC Votes about upcoming elections. Unsubscribe or text STOP to opt out. Message and data rates may apply.



**About Us**

**Contact Us**

**NYC Campaign Finance Board**



# State Assembly District 68

⇅ Compare the Candidates

## What Does the State Assembly Do?

The State Assembly is the lower chamber of the State Legislature. Assembly Members write and vote on legislation, approve state spending levels, and uphold or override the Governor's vetoes.

**Learn More About Elected Offices**

## Candidates on the Ballot



### Edward Gibbs

Democratic, Working Families

**Top 3 Issues**

1. Public safety and criminal justice
2. Increase affordable housing options
3. Fully fund our public schools

### Find My Poll Site

Visit the BOE website and enter your address to find your polling place

**Find My Poll Site**

**See Also:**

**Local Offices**

**Types of Elections**

**How to Vote**

Learn More

≡ Add To My Ballot

## Vote with confidence

We'll send timely updates about upcoming elections including key deadlines, registration info and candidate profiles.

**Email**

**Phone (optional)**

Subscribe

By providing your email and mobile phone number you consent to receive recurring messages from NYC Votes about upcoming elections. Unsubscribe or text STOP to opt out. Message and data rates may apply.

## NYC VOTES

About Us

Contact Us

NYC Campaign Finance Board



## State Assembly District 69

⇅ Compare the Candidates

## What Does the State Assembly Do?

The State Assembly is the lower chamber of the State Legislature. Assembly Members write and vote on legislation, approve state spending levels, and uphold or override the Governor's vetoes.

**Learn More About Elected Offices**

### Find My Poll Site

Visit the BOE website and enter your address to find your polling place

Find My Poll Site

## Candidates on the Ballot



### Daniel J. O'Donnell

Democratic

**Top 3 Issues**

1. Affordable Housing/Tenant Rights
2. Criminal Justice Reform

See Also:

Local Offices

Types of Elections

How to Vote

3. Climate Action/Environmental Protection



**Learn More**

**Add To My Ballot**

---

## Vote with confidence

We'll send timely updates about upcoming elections including key deadlines, registration info and candidate profiles.

**Email**

**Phone (optional)**

**Subscribe**

By providing your email and mobile phone number you consent to receive recurring messages from NYC Votes about upcoming elections. Unsubscribe or text STOP to opt out. Message and data rates may apply.

**NYC VOTES**

**About Us**

**Contact Us**

**NYC Campaign Finance Board**



# NYC VOTES

## State Assembly District 74

⚏ **Compare the Candidates**

## What Does the State Assembly Do?

The State Assembly is the lower chamber of the State Legislature. Assembly Members write and vote on legislation, approve state spending levels, and uphold or override the Governor's vetoes.

**Learn More About Elected Offices**

⬈ **Find My Poll Site**

Visit the BOE website and enter your address to find your polling place

**Find My Poll Site**

## Candidates on the Ballot

**See Also:**

**Local Offices**

**Types of Elections**

**How to Vote**



### Harvey Epstein

Democratic, Working Families

**Top 3 Issues**

1. Affordable housing
2. Environmental issues
3. Fully funding education

Learn More

Add To My Ballot

## Vote with confidence

We'll send timely updates about upcoming elections including key deadlines, registration info and candidate profiles.

**Email**

**Phone (optional)**

Subscribe

By providing your email and mobile phone number you consent to receive recurring messages from NYC Votes about upcoming elections. Unsubscribe or text STOP to opt out. Message and data rates may apply.

# NYC VOTES

**About Us**

**Contact Us**

**NYC Campaign Finance Board**



# State Assembly District 82

⇅ Compare the Candidates

## What Does the State Assembly Do?

The State Assembly is the lower chamber of the State Legislature. Assembly Members write and vote on legislation, approve state spending levels, and uphold or override the Governor's vetoes.

**Learn More About Elected Offices**

### ⬈ Find My Poll Site

Visit the BOE website and enter your address to find your polling place

**Find My Poll Site**

## Candidates on the Ballot

**See Also:**



### Michael R. Benedetto

Democratic

**Top 3 Issues**

1. Quality education for all
2. Clean, safe environment
3. Attention to local issues

| Local Offices |
| :---: |
| **Types of Elections** |
| **How to Vote** |

**Learn More**

**Add To My Ballot**

## Vote with confidence

We'll send timely updates about upcoming elections including key deadlines, registration info and candidate profiles.

**Email**

**Phone (optional)**

**Subscribe**

By providing your email and mobile phone number you consent to receive recurring messages from NYC Votes about upcoming elections. Unsubscribe or text STOP to opt out. Message and data rates may apply.

# NYC VOTES

**About Us**

**Contact Us**

**NYC Campaign Finance Board**



## State Assembly District 86

⇅ **Compare the Candidates**

## What Does the State Assembly Do?

The State Assembly is the lower chamber of the State Legislature. Assembly Members write and vote on legislation, approve state spending levels, and uphold or override the Governor's vetoes.

**Learn More About Elected Offices**

**Find My Poll Site**

Visit the BOE website and enter your address to find your polling place

**Find My Poll Site**

## Candidates on the Ballot



### Yudelka Tapia

Democratic, Working Families

**Top 3 Issues**

1. Defending and expanding affordable housing
2. An equitable COVID recovery
3. Fully-funded public schools

**See Also:**

**Local Offices**

**Types of Elections**

**How to Vote**

**Learn More**

**Add To My Ballot**

# Vote with confidence

We'll send timely updates about upcoming elections including key deadlines, registration info and candidate profiles.

**Email**

**Phone (optional)**

**Subscribe**

By providing your email and mobile phone number you consent to receive recurring messages from NYC Votes about upcoming elections. Unsubscribe or text STOP to opt out. Message and data rates may apply.

# NYC VOTES

**About Us**

**Contact Us**

**NYC Campaign Finance Board**

# EXHIBIT Y: Duhalde Policy

 Gmail

Devi Nampiaparampil <devichechi@gmail.com>

## ollow-up about name in the Voter Guide

**David Duhalde-Wine** <DDuhalde@nyccfb.info>
To: "devichechi@gmail.com" <devichechi@gmail.com>

Mon, Sep 20, 2021 at 3:52 PM

Dear Devi Nampiaparampil:

The Campaign Finance Board cannot change your name in the general election Voter Guide based on our rules. Furthermore, on July 20th, and in subsequent reminder emails, we sent the following paragraph in the instructions:

**NAME**

Enter your name as you would like it to appear in the Voter Guide. You may use a nickname (such as Al instead of Albert, Jim instead of James, etc. for your first name). This section is just for your name — do not include any honorifics (such as "Dr.", "Esq.", or "Reverend") before or after your name. These will not be published in the Voter Guide, and will be deleted if you enter them. Note: You may describe any advanced degrees or religious affiliations in the "Education" or "Organizational Affiliations" sections.

Therefore, your name will appear as Devi Nampiaparampil in the print version of the Voter guide. It would be against current CFB policy to ever included "Dr." regardless of the name filed with BOE.

Thank you,

David Duhalde



Senior Candidate Services Liaison

New York City Campaign Finance Board

www.nyccfb.info | @NYCCFB | Campaign Finance Handbook

**I am currently working remotely. Book an appointment for an audio call here: Bookings link**

*Note: Candidates may rely on guidance given by Board staff; however, it is incumbent upon the candidate to strictly adhere to such advice in order to ensure compliance. The Board will determine your campaign's legal compliance and payment status upon a review of its disclosure statement filings and/or post-election responses*

# EXHIBIT Z: Awadi, Flores, Nampiaparampil, and Ascherman

 Gmail

Devi Nampiaparampil <drdevifornyc@gmail.com>

---

**Question About Voter Guide Honorifics**

---

**Devi Nampiaparampil** <drdevifornyc@gmail.com>
To: Hannah Egerton <HEgerton@nyccfb.info>, dduhalde@nyccfb.info

Wed, Jan 25, 2023 at 11:57 PM

Hello,

Hope all is well. I have been going through several documents from my 2021 campaign in order to close it out.  Back in 2021, you had referred to a policy forbidding the use of titles and honorifics in the voter guide. This is why I was not allowed to use my title "Dr." in my submission. (I'm attaching the email conversation below for reference).

Anyway, the CFB did allow a white male Republican, Dr. Jeff Ascherman, to use his "Dr." title in his corresponding voter guide. I'm attaching a pic. Can you tell me why we were treated differently?

Also, the emails cite a subsection of a Board Rule in Chapter 16. I looked it up but that rule doesn't say anything about titles or honorifics, so maybe you meant to refer to a different rule? If so, do you mind giving it to me?

Thanks.
Devi

4:21

  

Select Language

About the CFB     News & Media     CFB Portal     IEDS     CFB System

Notices

 **New York City Campaign Finance Board**



Home / NYC Votes / Voter Guide / State General 2018 / Meet the Candidates / Member of the Assembly / District 73 /

  

English   Español   中文   한국어   বাংলা

# Dr. Jeff Ascherman

## Republican, Reform, Independence





# Running as Candidate for

State Assembly District 73



🔒 nyccfb.info ↻

--
Devi Nampiaparampil, MD, MS
Associate Professor, NYU School of Medicine
--
Devi Nampiaparampil, MD, MS
Associate Professor, NYU School of Medicine

**Gmail - Follow-up about name in the Voter Guide.pdf**
193K

# EXHIBIT AA: Jennifer Lara Letter

 Gmail

Devi Nampiaparampil <drdevifornyc@gmail.com>

---

**FOIL - All documentation by David Duhalde on Paperboy Love Campaign.**

---

Theo Chino <theo@socialists.us>                                          Thu, Jun 8, 2023 at 2:38 PM
To: foil@nyccfb.info
Cc: Paperboy Prince of the Suburbs <paperboytheprince@gmail.com>, jlara@nyccfb.info, David Duhalde-Wine
<DDuhalde@nyccfb.info>, Devi Nampiaparampil <drdevifornyc@gmail.com>

Dear CFB Foil Unit,

David Duhalde is a know DSA cadre and I have been expelled from the DSA organization.

Both David and I have been representative at the Socialist International at different times in our lives. David and I do not
see eye to eye as shown by the fact that David Duhalde has his linked in profile hidden from me. He has an history of

David Duhalde has manipulated the CFB process to ensure that his beliefs against candidates that did not fit his beliefs
where disadvantaged.

I would like all the documents produced by David Duhalde asking how to handle the Paperboy Love Prince campaign due
to the history with me. This would include whether David Duhalde to any of Paperboy Love Prince Donnor, the list of
Donnors that that CFB contacted to produced the Jennifer Lara letter.

David Duhalde should have recused himself on working in any campaign that I was part of. He has not and I will start an
investigation in those matters. His connection with Senator Julia Salazar and Jennifer Gutierrez is very well documented.

**In short:**

- Excel spreadsheets of all the Paperboy Contacted donors.
- Any communication/notes created regarding those donors.
- Any notes/email/communication created by David Duhalde regarding any campaign that Theo Chino is currently
  the treasurer, and previous campaign including that of Dr Devi Napmpiaparampil.
- The analysis that was used to single out the donors.

Regards,
Theo Chino
212.694.9968

**Hasta la victoria, ¡siempre!**

Theo
--
Theo Chino
**Acting First National Secretary of the Social Democrats of America**
**https://socialists.us** - 301.747.1162


www.socialists.us

---

8 attachments

📄 **2023-06-08_140307.pdf**
    1341K

📄 **EC2023_Prince, Paperboy_Exp Request_06.08.23-1.pdf**
    97K

 **New York City Campaign Finance Board**
100 Church Street, 12ᵗʰ Floor, New York, NY 10007
212.409.1800 | www.nyccfb.info

**By CFB Portal**
June 8, 2023

Theo Chino
Paperboy Love Prince for City Council
852 Monroe Street, 3
Brooklyn, NY 11221

Dear Theo Chino:

The New York City Campaign Finance Board (the "Board) requires additional information from the 2023 campaign of Paperboy Prince (the "Campaign").

CFB staff has spoken with several of the Campaign's contributors who stated that they made their contribution via Venmo and/or some other mobile payment app, rather than cash as was reported by the Campaign.

Given the statements made by contributors, please state whether the Campaign used any mobile payment apps such as Venmo to collect contributions. If so:

1. Please provide a complete list of the contributions collected via mobile payment apps and provide any documentation associated with these contributions, including screenshots and/or digital receipts of the transactions.
   a. If any of these contributions were reported to the CFB, explain why the Campaign improperly reported these contributions as cash contributions.
   b. If any of these contributions were not reported to the CFB, explain why not.
2. Identify all app(s) and account(s) used to receive the contributions and provide documentation of all activity in these accounts since April 1, 2023.
3. Identify all transfers made from the account(s) into the Campaign's bank account.
   a. If there were no such transfers, please explain why and where the funds are being held.
4. Lastly, indicate whether the Campaign used any mobile payment apps to pay any campaign-related expenditures.
   a. If so, please include an itemized list of the expenditures made, including the date of the payments, the payees, and the amounts.

The Campaign's response must be received no later than June 16, 2023. <u>Penalties may be assessed and/or public funds payments may be suspended if the Campaign fails to respond timely or adequately</u>. The Campaign's response may be submitted as an e-mail attachment to jlara@nyccfb.info. If you have any questions, please contact me by email.

Thank you for your cooperation in this matter.

Sincerely,

Jennifer Lara
Complaints & Investigations Analyst

# EXHIBIT AB: Paperboy FOIL

From:   David Duhalde-Wine
Sent:   Wednesday, April 27, 2022 10:10 AM
To:     'Paperboy Prince'
Subject:      RE: URGENT: 2022 Voter Guide

Good morning,

You still need to log in and resubmit the guide. You can do so here:
https://vgsa.nyccfb.info/Account/Login

But before you do that, we did notice website is still mixed use because the donation page has mixed use by asking for the campaign and community center. That would need to be changed to be in the Voter Guide because the guide will not share websites with links to donations outside of the candidate's campaign. To be published in the Voter Guide, the community center link needs to be removed throughout the website.

The VGSA will close at 11:59pm today for you to make the change and submission.

Please let me know if you have any questions.

Best,
David Duhalde

From: Paperboy Prince <████████████████████>
Sent: Tuesday, April 26, 2022 10:28 PM
To: David Duhalde-Wine <DDuhalde@NYCCFB.INFO>
Subject: Re: URGENT: 2022 Voter Guide

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Thank you for the clarification. We updated the website and changed the links

Let me know if this works?

Best
Faith

On Tue, Apr 26, 2022 at 9:51 AM David Duhalde-Wine <DDuhalde@nyccfb.info> wrote:
Dear Paperboy Prince,

Campaigns are prohibited from promoting GoFundMe for non-campaign use in the Voter Guide, which is what this link on your website goes to. If this GoFundMe stays, we will not include your website in the Vote Guide.

If you take off the GoFundMe or provide a link on your website for campaign fundraising, we can include the link in your Voter Guide profile.

Please let me know if you have any questions.

Best,
David Duhalde

From: Paperboy Prince <█████████████████████>
Sent: Tuesday, April 26, 2022 9:20 AM
To: David Duhalde-Wine <DDuhalde@NYCCFB.INFO>
Subject: Re: URGENT: 2022 Voter Guide

CAUTION: This email originated from outside your organization. Exercise caution when opening
attachments or clicking links, especially from unknown senders.
Because it has a Gofundme on it , it can't be used for the campaign? What about all the relevant
campaign info ? And more that we are adding ?

On Tue, Apr 26, 2022 at 9:18 AM David Duhalde-Wine <DDuhalde@nyccfb.info> wrote:
Dear Paperboy Love Prince:

Thank you for submitting a profile for the 2022 Primary/General Election Voter Guide.  There is a
problem with your Voter Guide submission, as follows.

Please note: You may only link to your campaign's websites or social media sites. The CFB will not
publish links to any sites that appear to be personal or commercial.
*    Non-compliant website/social media links are highlighted in the attached copy of your
profile.  Your website includes a GoFundMe link for the Love Gallery. Delete the link or
submit a campaign-specific web page.

You have until 11:59 tonight on Tuesday, April 26th to log into the Voter Guide Submission application
and modify your candidate statement to correct these issues and resubmit.  If you do not update your
website and resubmit by that date, all non-compliant links will be removed from your candidate
profile before it is published in the Voter Guide.

    you have any questions, please contact vgsa@nyccfb.info.

Best,
David Duhalde


Senior Candidate Services Liaison
New York City Campaign Finance Board
www.nyccfb.info | @NYCCFB | Campaign Finance Handbook

I am currently working remotely. Book an appointment for an audio call here: Bookings
link
Note: Candidates may rely on guidance given by Board staff; however, it is incumbent upon the
candidate to strictly adhere to such advice in order to ensure compliance. The Board will
determine your campaign's legal compliance and payment status upon a review of its disclosure
statement filings and/or post-election responses


--
Paperboy Love Prince
Creative Director, Paperboyprince.com Love Gallery  1 "It's Our Time"
████████████████████ ▌
nstagram ?? twitter  website     -run by Paperboy Prince Management team

--
Paperboy Love Prince
Creative Director, Paperboyprince.com Love Gallery 1 "It's Our Time"

████████████████████ ██ ████████████

instagram ?? twitter  website     -run by Paperboy Prince Management team

# EXHIBIT AC: Proposed Rules

**New York City**
**Campaign Finance Board**
**Notice of Final Rules**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

IN COMPLIANCE WITH SECTION 1043 OF THE NEW YORK CITY CHARTER, and exercising authority vested in the Campaign Finance Board (the ("CFB" or "Board") under Chapters 45 and 46 of the New York City Charter (including Sections 1043, 1052(a)(8) and 1052(a)(12) thereof) and under the New York City Campaign Finance Act (including Section 3-708(8) of the New York City Administrative Code), the Board hereby adopts amendments to the Campaign Finance Board Rules (the "Board rules") regarding disclosure, transition and inauguration entities, and the voter guide.

These amendments are being made to streamline the candidate experience and to ensure that the rules comport with amendments to local laws.

## I.  Explanation, Basis, and Purpose

The Campaign Finance Board (the "CFB" or "Board") is a nonpartisan, independent City agency that empowers New Yorkers to make a greater impact in elections. The CFB administers the City's campaign finance system, overseeing and enforcing the regulations related to campaign finance and holding candidates accountable for using public funds responsibly. The CFB publishes detailed public information about money raised and spent in City elections by candidates and independent spenders, and engages and educates voters through community outreach, the voter guide, and the debate program.

The CFB is proposing amendments to several of its rules regarding disclosure, transition and inauguration entities, and the voter guide. The changes are largely administrative and are intended to streamline the candidate experience and to ensure that the rules comport with amendments to local laws. The following is a summary of the changes.  "Shall" and "must" denote mandatory requirements and may be used interchangeably in the rules of this agency, unless otherwise specified or unless the context clearly indicates otherwise.

**Summary of Final Rules**

**Disclosure**

Section 4-05(b)(ii)(B) is amended to provide that, at the Board's discretion, disclosure statements may be required to be filed on October 15 in the year prior to the year of a primary or general election. This change is to provide campaigns with an additional opportunity to demonstrate eligibility for the first public funds payment in December of that year.

Section 4-05(c)(ii)(C) is amended to clarify that contributions not itemized in disclosure statements are not matchable, even if they would otherwise be subject to the disclosure exemption applicable to contributions totaling $99 or less from a single source. This amendment

is to conform with section 3-703(6)(b)(ii) of the New York City Administrative Code (the "Code").

Section 4-06 is amended to require daily disclosure of contributions aggregating $1,000 or more and expenditures aggregating $20,000 or more during the 14 days preceding the election. Previously, the threshold was contributions in excess of $1,000 and expenditures in excess of $20,000. This change is made in recognition of the reduced contribution limits pursuant to section 3-703(1)(f) of the Code as amended by Local Law 128 of 2019.

Section 4-07 is amended to clarify that, even after a final statement has been filed, any subsequent financial activity must be reported to the Board in the next semi-annual disclosure statement. Candidates who file a final statement are relieved of the obligation to file semi-annual statements if they have not raised or spent funds during the reporting period, but any subsequent activity (for example, fundraising to pay penalties or costs associated with the post-election audit) must be disclosed to the public and to the Board.

Sections 14-03 and 15-06 are amended to modify the disclosure deadlines applicable to independent spenders in primary, general, and special elections. Independent spenders will now be required to file disclosure statements on a weekly basis during the election year (for primary and general elections) or beginning when the vacancy is declared (for special elections). Disclosure statements are not required if the independent spender had no reportable activity during the reporting period.

### Transition and Inauguration Entities ("TIEs")

The definition of "transition expenses" in section 1-02 is amended to clarify that re-elected incumbents are permitted to use a TIE to make expenditures in furtherance of their selection as Speaker of the City Council, and to remove the reference to the deadline for incurring transition expenses, which is addressed in section 13-03(b)(iii).

Sections 13-03(b)(iii) and 15-07(a) are amended to clarify the time frame for making transition and inauguration expenditures in general and special elections, respectively. The amendments reflect the Board's existing policy that, notwithstanding the deadlines for incurring transition and inauguration expenses, a TIE may make expenditures after those deadlines for the purpose of paying liabilities incurred prior to those deadlines, fundraising to pay such liabilities, or routine and nominal expenditures associated with and necessary for satisfying such liabilities, terminating the entity, and responding to a CFB audit.

Section 13-03(c)(ii) is amended to clarify that, if a TIE pays its leftover funds to the New York City Election Campaign Finance Fund (the "Fund") in lieu of refunding such funds to its donors, it is characterized as a payment rather than a refund. This is an administrative clarification to reflect the fact that TIEs do not receive public funds.

### Voter Education and Engagement

Section 7-06 is amended to provide, pursuant to section 3-705(4) of the Code as amended by Local Law 48 of 2022, that the Board will withhold five percent of a candidate's public funds payments until the final pre-election disclosure statement, and that the five percent withholding will not be paid to any candidate who fails to participate in the video voter guide by providing to the CFB any submissions required for a video statement to be created and published. The requirements for

candidate video statements are detailed in Chapter 16 of these rules. Previously, section 3-705(4) of the Code provided for the Board to withhold "up to" 5% of payments, but, as amended by Local Law 48 of 2022, the provision now directs the Board to withhold exactly 5%.

The definitions of "candidate print statement," "candidate video statement," and "election" in section 16-01 are amended to reflect the fact that the CFB issues voter guides for all contested covered elections.

Section 16-02(b)(ii)(A) is amended to provide that candidate video statements must contain the same categories of biographical information regarding the candidate as print statements, and may also include a concise audio description of the candidate. This change is made to conform with sections 1053(a)(3) and 1053(e)(2) of the New York City Charter (the "Charter"), as amended by Local Law 48 of 2022.

Section 16-02(b)(ii)(F) is amended to provide that an American Sign Language translation, and captions in English and other languages required by law, will be provided for each candidate video statement. This change is made to conform with section 1053(e)(3) of the Charter, as amended by Local Law 48 of 2022.

Section 16-02(b)(ii)(G) is amended to provide that whether a candidate video statement satisfies the requirements of these rules is determined by the Board at its sole discretion. This change is made to conform with section 16-02(b)(i)(E) regarding candidate print statements.

A new section 16-02(b)(ii)(I) is added to provide that candidate video statements included in the voter guide will be made accessible to individuals with vision disabilities. This section is added to conform with section 1053(e)(4) of the Charter, as added by Local Law 48 of 2022.

Section 16-03(b) is amended to provide that the online voter guide will be published in all languages required by law. This change is made to conform with section 1053(d) of the Charter, as amended by Local Law 48 of 2022.

**Miscellaneous**

Minor technical amendments are made to sections 2-03(a), 4-05(c)(ii)(C), 5-05(j) 6-02(a)(ii)(D), 6-06(e), 7-04(a), 7-07(b), 15-02(d)(viii), and 15-03(e)(i).

**II.     Final Rules**

New material is underlined.
[Deleted material is in brackets.]

**§1. The definition of "transition expenses" in section 1-02 of chapter 1 of title 52 of the rules of the city of New York is amended to read as follows:**

"**Transition expenses**" means expenses relating to an elected candidate's transition into office for goods and services received, used, or rendered before the elected candidate's date of inauguration. Transition expenses shall be limited to those incurred solely for the purpose of preparing to take office, such as those listed in section 13-03(b)(i)[, and may not be incurred after January 31 in the year after the year of the election, or, in the case of a special election, 30 days

3
