

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | DAVID S. THAYER<br>*Assistant Corporation Counsel*<br>t: (212) 356-2649<br>f: (212) 356-1148<br>e: dthayer@law.nyc.gov |

March 7, 2024

*Via ECF*

The Honorable Edgardo Ramos
United States District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

        Re: **Nampiaparampil v. N.Y.C. Campaign Fin. Bd.,** *et al.*
             **No. 23 CV 6391 (ER)**

Dear Judge Ramos:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, the Honorable Sylvia O. Hinds-Radix, attorney for the Defendants in the above-referenced action. With Plaintiff's consent, I write to respectfully request a 3-week extension of the Defendants' time to reply in further support of their motion to dismiss.

      The requested extension is in light of the fact that I am still reviewing Plaintiff's lengthy opposition to the Defendants' motion with the Defendants. The requested extension will therefore provide additional time for this review, for discussions with my clients about their view of Plaintiff's arguments, and the preparation of a suitable reply in further support of the Defendants' motion. The extension also accounts for other professional obligations.

      This is Defendants' first request for an extension of the time by which it must reply to Plaintiff's opposition. Their present deadline to do so is March 8, 2024. The requested extension would move this deadline to March 29, 2024. As noted, Plaintiff has graciously consented to the requested extension.

I thank the Court for its consideration of this request.

          Respectfully yours,

          /s/ David S. Thayer

          David S. Thayer

cc:    ***Via ECF***[1]
      Devi E. Nampiaparampil
      *Plaintiff pro se*

---

[1] Plaintiff filed a Consent to Electronic Service in this action. (ECF No. 37.)