

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

DAVID S. THAYER
*Assistant Corporation Counsel*
t: (212) 356-2649
f: (212) 356-1148
e: dthayer@law.nyc.gov

# MEMO ENDORSED

March 7, 2024

> The request to extend Defendants' time to file a reply, until March 29, 2024, is granted. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: March 8, 2024
> New York, New York

*Via ECF*

The Honorable Edgardo Ramos
United States District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **Nampiaparampil v. N.Y.C. Campaign Fin. Bd.**, *et al.*
     No. 23 CV 6391 (ER)

Dear Judge Ramos:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, the Honorable Sylvia O. Hinds-Radix, attorney for the Defendants in the above-referenced action. With Plaintiff's consent, I write to respectfully request a 3-week extension of the Defendants' time to reply in further support of their motion to dismiss.

The requested extension is in light of the fact that I am still reviewing Plaintiff's lengthy opposition to the Defendants' motion with the Defendants. The requested extension will therefore provide additional time for this review, for discussions with my clients about their view of Plaintiff's arguments, and the preparation of a suitable reply in further support of the Defendants' motion. The extension also accounts for other professional obligations.

This is Defendants' first request for an extension of the time by which it must reply to Plaintiff's opposition. Their present deadline to do so is March 8, 2024. The requested extension would move this deadline to March 29, 2024. As noted, Plaintiff has graciously consented to the requested extension.

I thank the Court for its consideration of this request.

Respectfully yours,

/s/ David S. Thayer

David S. Thayer

cc: **_Via ECF_**[1]
Devi E. Nampiaparampil
_Plaintiff pro se_

---

[1] Plaintiff filed a Consent to Electronic Service in this action. (ECF No. 37.)