UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVI NAMPIAPARAMPIL
PLAINTIFF
(List the name(s) of the plaintiff(s)/petitioner(s).)

1:23 Civ. 06391 (___)(___)

- against -

AFFIRMATION OF SERVICE

NEW YORK CITY CAMPAIGN FINANCE BOARD
et al
DEFENDANTS
(List the name(s) of the defendant(s)/respondent(s).)

I, (print your name) ANSS ANNIE AUGUSTINE, declare under penalty of perjury that I served a copy of the attached (list the names of the documents you served): Amended Complaint (May 30, 2024) and Exhibit: New York City Campaign Finance Board Notice of Final Rules upon all other parties in this case by (state how you served the documents, for example, hand delivery, mail, overnight express) email to the following persons (list the names and addresses of the people you served): The City of New York at ServiceECF@law.nyc.gov "Service ECF (law)" and Defendants' counsel DThacker@law.nyc.gov on (date you served the document(s)) May 31, 2024

June 8, 2024
Dated

Signature
Address: 157 HILDRETH PL
City, State: YONKERS, NY
Zip: 10704
Telephone Number: 7184516099
E-Mail Address: anssmasy93@gmail.com

Rev. 01/2013

 **Gmail**    Anss <anssmary93@gmail.com>

## Proof of service receipt
1 message

**ServiceECF (Law)** <ServiceECF@law.nyc.gov>    Fri, May 31, 2024 at 5:45 PM
To: Anss <anssmary93@gmail.com>

This email confirms receipt of email and constitutes proof of service at the Office of the Corporation Counsel for the City of New York.  Please retain it for your records.  Please note that the Office of the Corporation Counsel has accepted service only for the City of New York and entities for which the Law Department is authorized to accept service, including the Mayor and City Agency Heads named in their official capacities.  Service of process on any individually named parties has not been accepted.

<u>Documents must be submitted as attachments; linked documents will not be accessed and will not be considered as proper service on the New York City Law Department. All documents submitted after 5:00PM will be considered served on the next business day.</u>

Please be reminded that the Law Department Service Window remains open to accept service of papers on Tuesdays and Thursdays from 9:00 am until 5:00 pm.

Service of process on individuals should continue to proceed in a manner required by applicable law.

**This mailbox is only monitored for service. Please call (212) 356-1140** with any questions or concerns.