# EXHIBIT A:

Marked Excerpts From:

*NYC Campaign Finance Board vs.*

*Celia Dosamantes et al.*

Index #451903/ 2023

New York State Supreme Court

Case Caption: **New York City Campaign Finance Board v. Celia Dosamantes et al**

Judge Name: **Gerald Lebovits**

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS *Corrected* | Processed | 07/31/2023 | Gallagher, J. |
| 2 | COMPLAINT *Corrected*<br>Complaint and Verification | Processed | 07/31/2023 | Gallagher, J. |
| 3 | EXHIBIT(S) - 1<br>Campaign Certification | Processed | 07/27/2023 | Gallagher, J. |
| 4 | EXHIBIT(S) - 2<br>2022 Contact Record | Processed | 07/27/2023 | Gallagher, J. |
| 5 | EXHIBIT(S) - 3<br>C. Dosamantes FBD | Processed | 07/27/2023 | Gallagher, J. |
| 6 | EXHIBIT(S) - 4<br>C. Dosamantes Warning Letters | Processed | 07/27/2023 | Gallagher, J. |
| 7 | EXHIBIT(S) - 5<br>C. Dosamantes Demand Letter | Processed | 07/27/2023 | Gallagher, J. |
| 8 | NO FEE AUTHORIZATION (LETTER/ORDER/AFFIRMATION)<br>Agency No Fee Letter | Processed | 07/27/2023 | Gallagher, J. |
| 9 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Celia for Community AOS | Processed | 09/11/2023 | Gallagher, J. |
| 10 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Devbala Ramanthan AOS | Processed | 09/11/2023 | Gallagher, J. |
| 11 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affidavit of Service- C. Dosamantes | Processed | 10/10/2023 | Gallagher, J. |
| 12 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>corrected Affidavit of Service- C. Dosamantes | Processed | 10/24/2023 | Gallagher, J. |
| 13 | NOTICE OF MOTION (Motion #001)<br>Notice of Motion For Default Judgment | Processed | 12/13/2023 | Gallagher, J. |
| 24 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 12/14/2023 | Gallagher, J. |
| 29 | NOTICE OF ENTRY | Processed | 04/11/2024 | Gallagher, J. |
| 30 | NOTICE OF ENTRY<br>Order and Decision is attached to the Notice | Processed | 04/16/2024 | Gallagher, J. |
| 31 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 04/17/2024 | Gallagher, J. |
| 32 | JUDGMENT -TO COUNTY CLERK (PROPOSED) | Processed | 05/23/2024 | Gallagher, J. |
| 33 | JUDGMENT - MONEY<br>JUDGMENT - MONEY entered in the office of the County Clerk on July 29, 2024 | Processed | 07/29/2024 | Court User |

56. Defendants are obligated, pursuant to Admin. Code § 3-711, to pay to the Board the $13,200 civil penalty for accepting contributions from corporations, limited liability companies, or partnerships, plus interest accruing from October 20, 2022.

## COUNT V

### (For recovery of a $9,750 civil penalty assessed against Defendants for accepting over-the-limit contributions)

57. Plaintiff repeats and incorporates the allegations of paragraphs 1 through 36 as if set forth in full herein.

58. Campaigns are prohibited from accepting contributions (monetary or in-kind) in excess of the applicable contribution limit. *See* Admin. Code §§ 3-702(8), 3-703(1)(f), (11); Board Rules 1-04(c)(1), (h), 1-07(c). The contribution limit for candidates in the 2015 elections for City Council was $2,750. In-kind contributions include goods or services donated to a candidate free of charge or at a special discount not available to others. *See* Admin. Code § 3-702(8); Board Rule 1-02.

59. Further, candidates participating in the Program may not contribute an amount more than three times the applicable contribution limit to their own campaigns. *See* Admin. Code § 3-703(1)(h).

(pro bono)

60. Pursuant to documents provided to CFB staff, the Campaign underpaid a legal services vendor $6,000, which was considered an in-kind contribution $3,250 in excess of the $2,750 limit. In addition, the Campaign underpaid an employee $3,800, which was considered an in-kind contribution $1,050 in excess of the $2,750 limit. Last, the Candidate contributed a total of $11,850 to the Campaign, $3,600 in excess of the $8,250 contribution limit applicable to the Candidate.

61. The Board assessed a $9,750 penalty for these violations.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------- X
NEW YORK CITY CAMPAIGN FINANCE BOARD,

    Plaintiff,

v.

CELIA DOSAMANTES
CELIA FOR THE COMMUNITY, and
DEVBALA RAMANATHAN, as TREASURER OF
CELIA FOR THE COMMUNITY,

    Defendants.
------------------------------------------------------------------- X

Index No. 451903/2023

Hon. Gerald Lebovits

1-3
FILED AND DOCKETED
Jul 29 2024
AT 02:31 P M
N.Y. CO. CLK'S OFFICE

# JUDGMENT

23 451903

Joseph T. Gallagher
Interim General Counsel
New York City Campaign Finance Board
100 Church St. 12th Floor
New York, New York 10007
(212) 409-1800

*Attorneys for Plaintiff*
*New York City Campaign Finance Board*