# EXHIBIT A:

# SELECTED AND MARKED DOCUMENTS PERTAINING TO SUPPRESSION OF RECORDS

# Final Audits and Final Board Determinations

## 2015 Council District 23 (Sept/Nov)

2015

CFB website

This page was last updated on 10/03/2022 3:28 pm.

Final audit reports (FARs) and Final Board Determinations (FBDs) can be downloaded in Adobe Acrobat (.pdf) format. For more information, see downloading instructions for the Acrobat Reader.

Here is the result of our most recent External Quality Control Review and the certificate from the Association of Local Government Auditors indicating that the CFB is in compliance.

The following candidates' Final Audit Reports and/or Final Board Determinations for the 2015 Council District 23 (Sept/Nov) have been completed.*

Final Audit → FA Date Completed; Final Board Determination → FBD Date Sent

| Candidate | Office Sought | FA Date Completed | FBD Date Sent |
|---|---|---|---|
| Concannon, Joseph R | City Council District 23 | 08/31/2018 | 09/08/2017 |
| Dosamantes, Celia D | City Council District 23 | – | 09/20/2022 |
| Friedrich, Robert | City Council District 23 | 06/13/2018 | – |
| Grodenchik, Barry S | City Council District 23 | 08/20/2019 | 03/20/2019 |
| Lynch, Rebecca D | City Council District 23 | 04/16/2018 | – |
| Najmi, Ali | City Council District 23 | 02/02/2018 | 12/04/2017 |
| Parhar, Satnam S | City Council District 23 | 04/17/2018 | – |
| **Total:** | 7 | | |

Missing Final Audit
Candidate received fines for legal fees

* Final Board Determinations regarding findings of violations of the Campaign Finance Act and the assessment of penalties are issued to some candidates. If a candidate was not issued an FBD, there will be a dash in that column.

* Case discussed on 7-25-24 * with the Court

# Final Audits and Final Board Determinations

## 2010B Council District 28

2010B

CFB Website

This page was last updated on 07/29/2024 4:05 pm.

Final audit reports (FARs) and Final Board Determinations (FBDs) can be downloaded in Adobe Acrobat (.pdf) format. For more information, see downloading instructions for the Acrobat Reader.

Here is the result of our most recent External Quality Control Review and the certificate from the Association of Local Government Auditors indicating that the CFB is in compliance.

The following candidates' Final Audit Reports and/or Final Board Determinations for the 2010B Council District 28 have been completed.*

MISSING AUDIT

| Candidate | Office Sought | FA Date Completed | FBD Date Sent |
|---|---|---|---|
| Baldeo, Albert J | City Council District 28 | – | 02/22/2024 |
| Bilal, Charles A | City Council District 28 | 12/06/2012 | 12/06/2012 |
| Butler, Martha T | City Council District 28 | 08/24/2011 | – |
| Jennings, Allan W | City Council District 28 | 10/05/2012 | 10/05/2012 |
| Paultre-Bell, Nicole | City Council District 28 | 03/06/2012 | – |
| Toor, Harpreet S | City Council District 28 | 08/21/2012 | 08/21/2012 |
| **Total:** | **6** | | |

* Final Board Determinations regarding findings of violations of the Campaign Finance Act and the assessment of penalties are issued to some candidates. If a candidate was not issued an FBD, there will be a dash in that column.

# Campaign Finance Summary
# 2021 Citywide Elections

New York City Campaign Finance Board

Updated: Sep 18 2024 3:19PM
**Last statement filed: # 20 (July 15 2024)**

- Click candidate name for more information
- View information about contribution and spending limits.
- Look up a term in the Glossary

Campaign Finance Summary | Independent Expenditure Summary

Select: All | Mayor | Public Advocate | Comptroller | Borough President | City Council | Undeclared

Shortcut to Charts

View: Campaign Sort By: Office 2021: Citywide Elections

| Candidate | Office | Participant | Filing | Private Funds | Public Funds | Spending | Estimated Balance | Outstanding Loans |
|---|---|---|---|---|---|---|---|---|
| Balkind, Devin | Public Advocate | NP | 15 | 691 | - | 637 | 54 | - |
| Chino-Tavarez, Theo B | Public Advocate | P-B | 18 | 20,568 | - | 37,517 | (16,948) | 1,600 |
| Cotton, Willie § | Public Advocate | NP | - | - | - | - | - | - |
| Goodwin, Gwen E * | Public Advocate | P-B | 6 | 190 | - | 31 | 159 | - |
| Herbert, Anthony L | Public Advocate | P-A | 20 | 81,966 | - | 83,776 | (1,810) | - |
| Nampiaparampil, Devi E | Public Advocate | P-A | 20 | 148,142 | - | 132,505 | 15,638 | - |
| Rabin, Eliot * | Public Advocate | P-A | 11 | 1,747 | - | 1,747 | - | - |
| Williams, Jumaane D | Public Advocate | P-A | 20 | 300,343 | 1,010,572 | 1,242,674 | 68,241 | - |
| **Total:** | | | | **553,648** | **1,010,572** | **1,498,887** | **65,333** | **1,600** |

* Terminated campaign
§ Small campaign
P-A Participant-Option A
P-B Participant-Option B
NP Non-Participant
UN Undetermined

Contributors By Amount (#) | Contributors By Amount (%) | Total Contribution Amounts ($) | NYC / Outside NYC (%) | Average Contribution ($)

Ascherman (EC2018), Daby Carreras (EC2018), Daby Carreras (EC2017), and Theo Chino (EC2021),
- Correspondence related to the Voter Guide submissions of: Devi Nampiaparampil (EC2021), Awadhesh Gupta (EC2022), Jeff Ascherman (EC2018), Daby Carreras (EC2018), Daby Carreras (EC2017), Joe Pinion (EC2022), Theo Chino (EC2021), Sean Hayes (EC2021), and Ray McGuire (EC2021),
- Policies and procedures related to Voter Guide submission compliance,
- Communications (between August 1, 2021 and October 1, 2021) from and to one former and two current CFB employees and the Board regarding non-compliant Voter Guide submissions.

We are continuing to gather and process responsive records.

On April 14, 2023, Judge Dakota D. Ramseur signed a decision and order dismissing *Nampiaparampil v. New York City Campaign Finance Board*, No. 159019/2022, from the Court's docket. In light of this dismissal, please let us know if you would like to amend or withdraw your request. Regardless, in accordance with section 89(3) of the Public Officers Law, we anticipate that you will be sent a status update or determination of your request by June 30, 2023.

Sincerely,

Rhonda Gaskins
Records Access Officer

LETTER #1



New York City Campaign Finance Board
100 Church Street, 12th Floor, New York, NY 10007
212.409.1800 | www.nyccfb.info

May 31, 2023

Devi Nampiaparampil
drdevifornyc@gmail.com

Re: Freedom of Information Law Request

Dear Devi Nampiaparampil:

This letter is in response to your Freedom of Information Law ("FOIL") request, received by this office on January 26, 2023, for "the CFB's long-standing policy that dates back into "the late last century" disallowing titles and honorifics in the voter guide without any exceptions", "the policy exception that allowed Dr. Jeff Ascherman to use his title/ honorific of "Dr." in the 2018 CFB voter guide[.] .... [A]ny documents referencing characteristics about him that may have triggered CFB employees to look for an opportunity to make an exception for him", "my consent form for the video voter guide", "copies of the following messages labeled as Rows 131-137", "messages 780 and 781", "File Server logs between February 25, 2021 and November 2, 2021" for "Devi Nampiaparampil[,] Jumaane Williams[,] Theo Bruce Chino Tavarez "Theo Chino"[,] Tony Herbert[, and]Devin Balkind[.]" We are continuing to gather and process responsive records.

On April 14, 2023, Judge Dakota D. Ramseur signed a decision and order dismissing *Nampiaparampil v. New York City Campaign Finance Board*, No. 159019/2022, from the Court's docket. In light of this dismissal, please let us know if you would like to amend or withdraw your request. Regardless, in accordance with section 89(3) of the Public Officers Law, we anticipate that you will be sent a status update or determination of your request by June 30, 2023.

Sincerely,

LETTER #2

Rhonda Gaskins
Records Access Officer

NYC CFB
**New York City Campaign Finance Board**
100 Church Street, 12th Floor, New York, NY 10007
212.409.1800 | www.nyccfb.info

May 31, 2023

Devi Nampiaparampil
drdevifornyc@gmail.com

Re: Freedom of Information Law Request

Dear Devi Nampiaparampil:

This letter is in response to your Freedom of Information Law ("FOIL") request, received by this office on February 28, 2023, for a copy of "the contract between the CFB and Spectrum/ NY1 for the televised general election debate in the 2021 Public Advocate race." We are continuing to gather and process responsive records.

On April 14, 2023, Judge Dakota D. Ramseur signed a decision and order dismissing *Nampiaparampil v. New York City Campaign Finance Board*, No. 159019/2022, from the Court's docket. In light of this dismissal, please let us know if you would like to amend or withdraw your request. Regardless, in accordance with section 89(3) of the Public Officers Law, we anticipate that you will be sent a status update or determination of your request by June 30, 2023.

Sincerely,

LETTER #3

Rhonda Gaskins
Records Access Officer

Gmail

Devi Nampiaparampil <drdevifornyc@gmail.com>

## Nampiaparampil FOIL Requests

Devi Nampiaparampil <drdevifornyc@gmail.com> Sun, Jun 11, 2023 at 11:02 AM
To: Mark Griffin <MGriffin@nyccfb.info>, Rhonda Gaskins <Rgaskins@nyccfb.info>, Timothy Hunter <THunter@nyccfb.info>, Rudy Castro <RCastro@nyccfb.info>
Bcc: theo@theochino.com

Good morning. I just wanted to follow-up on my previous email. As I have emailed previously, if you are able to answer any individual FOIL request, please send over responsive records. I have never had the expectation that these FOIL requests be answered all at once.

Also, I reviewed the law you cited: 89(3): General Provisions Relating to Access to Records. My case against the CFB would not cause me to amend or withdraw my requests since the law states:

10. Nothing in this article shall be construed to limit a person or entity that is a party to any civil or criminal action or proceeding from gaining access to records

[Quoted text hidden]

RESPONSE TO CFB


New York City Campaign Finance Board
100 Church Street, 12th Floor, New York, NY 10007
212.409.1800 | www.nyccfb.info

August 2, 2024

EXCERPTS FROM CFB's LETTER TO ME

Devi Nampiaparampil
drdevifornyc@gmail.com

Re: Freedom of Information Law Request

Dear Devi Nampiaparampil:

This letter is in response to your Freedom of Information Law ("FOIL") request, received by this office on January 17, 2023, for:

- Policies and procedures for internal controls related to the Voter Guide, mandatory debate, and mandatory trainings,
  - 2021 Policies and procedures for the CFB's internal controls on the written, online, and video voter guide:
    - A thorough and diligent search of the Campaign Finance Board's (the "Board's") files indicates that the Board does not possess records responsive to your request.
  - 2021 Policies and procedures for the CFB's internal controls on the mandatory debate:
    - A thorough and diligent search of the Campaign Finance Board's (the "Board's") files indicates that the Board does not possess records responsive to your request.
  - 2021 Policies and procedures for the CFB's internal controls on the information presented in its mandatory training sessions for campaigns:
    - A thorough and diligent search of the Campaign Finance Board's (the "Board's") files indicates that the Board does not possess records responsive to your request.
- All ACTION items the CFB drafted in response to Testimony presented by Dr. Devi Nampiaparampil, Nazly Suarez, and Shirley Chen at the CFB Post-Election Hearing in November 2021 and the current status of these action items as of January 13, 2023:
  - A thorough and diligent search of the Campaign Finance Board's (the "Board's") files indicates that the Board does not possess records responsive to your request.
- HTML code related to the EC2021 Voter Guide,
  - HTML code for the first publicly visible 2021 primary election voter guide:
    - A thorough and diligent search of the Campaign Finance Board's (the "Board's") files indicates that the Board does not possess records responsive to your request.
  - HTML code for the general election voter guide publicly visible on November 2, 2021:
    - We have responsive records available at: https://www.dropbox.com/scl/fo/x947gru1n2802d80m2kh8/ADuASwDv3L1pgPj-3-7SGUE?rlkey=3xvgpolxdxoj2riyvjz9cdoe8&st=0gw2xt73&dl=0.

These records may be downloaded from the link above for the next three months from the date of this letter, and we recommend that you download them to your computer for ease of

- The CFB's records are neither stored nor indexed in a manner such that they may be searched, and responsive records located and identified, based on these criteria, without manual review of thousands of records. Therefore, this request fails to reasonably describe records in accordance with Public Officers Law § 89(3)(a). *See Matter of Reclaim the Records v NYS Dept. of Health*, 185 AD3d 1268 (3d Dept 2020); Comm on Open Govt FOIL-AO-18949 [2012], Comm on Open Govt FOIL-AO-18863 [2012].

- Communications between CFB staff and the NYC Department of Sanitation between October 25, 2021 and January 1, 2022,
  - The CFB's records are neither stored nor indexed in a manner such that they may be searched, and responsive records located and identified, based on these criteria, without manual review of thousands of records. Therefore, this request fails to reasonably describe records in accordance with Public Officers Law § 89(3)(a). *See Matter of Reclaim the Records v NYS Dept. of Health*, 185 AD3d 1268 (3d Dept 2020); Comm on Open Govt FOIL-AO-18949 [2012], Comm on Open Govt FOIL-AO-18863 [2012].
- Communications between CFB staff and: 1) Bank of America, 2) Visa, 3) Mastercard, 4) Capital One, 5) Lendistry, 6) U.S. Small Business Administration, and 7) New York State COVID-19 relief programs,
  - The CFB's records are neither stored nor indexed in a manner such that they may be searched, and responsive records located and identified, based on these criteria, without manual review of thousands of records. Therefore, this request fails to reasonably describe records in accordance with Public Officers Law § 89(3)(a). *See Matter of Reclaim the Records v NYS Dept. of Health*, 185 AD3d 1268 (3d Dept 2020); Comm on Open Govt FOIL-AO-18949 [2012], Comm on Open Govt FOIL-AO-18863 [2012].
- Communications from February 25, 2021 through April 15, 2022 between two current CFB employees and the EC2021 Andrew Yang campaign,
  - We have responsive records available at:

https://www.dropbox.com/scl/fo/x947gru1n2802d80m2kh8/ADuASwDv3L1pgPj-3-7SGUE?rlkey=3xvgpolxdxoj2riyvjz9cdoe8&st=0gw2xt73&dl=0.

These records may be downloaded from the link above for the next three months from the date of this letter, and we recommend that you download them to your computer for ease of viewing. We have redacted the home addresses, personal telephone numbers, personal email addresses, and account numbers, as disclosure of this information would constitute an unwarranted invasion of personal privacy or could enable unauthorized access to electronic information pursuant to Public Officers Law §§ 87(2)(b), (i), 89(2)(b)(iv), (v).

- Communications from February 25, 2021 through April 15, 2022 between one current and one former CFB employee and the EC2013 John Liu campaign,
  - A thorough and diligent search of the Campaign Finance Board's (the "Board's") files indicates that the Board does not possess records responsive to your request.
- Voter Guide profiles for: Awadhesh Gupta (EC2022), Devi Nampiaparampil (EC2021), Jeff Ascherman (EC2018), Daby Carreras (EC2018), Daby Carreras (EC2017), and Theo Chino (EC2021),
  - We have responsive records available at:

https://www.dropbox.com/scl/fo/x947gru1n2802d80m2kh8/ADuASwDv3L1pgPj-3-7SGUE?rlkey=3xvgpolxdxoj2riyvjz9cdoe8&st=0gw2xt73&dl=0.

  - Dr. Awadhesh Gupta, MD for NYS Assembly: Beginning with the 2021 primary election,

the CFB did not maintain an archive of the online Voter Guide and therefore is unable to produce the guide or candidate profiles as they appeared before the election.

- Dr. Devi Nampiaparampil, MD for NYC Public Advocate: Beginning with the 2021 primary election, the CFB did not maintain an archive of the online Voter Guide and therefore is unable to produce the guide or candidate profiles as they appeared before the election.
- Dr. Jeff Ascherman, MD for NYS Assembly: Online Guide
- Daby Carreras for NYS Assembly: Online Guide
- Daby Carreras for NYC City Council: Online Guide
- Theo Chino for NYC Public Advocate: Beginning with the 2021 primary election, the CFB did not maintain an archive of the online Voter Guide and therefore is unable to produce the guide or candidate profiles as they appeared before the election.

- Correspondence related to the Voter Guide submissions of: Devi Nampiaparampil (EC2021), Awadhesh Gupta (EC2022), Jeff Ascherman (EC2018), Daby Carreras (EC2018), Daby Carreras (EC2017), Joe Pinion (EC2022), Theo Chino (EC2021), Sean Hayes (EC2021), and Ray McGuire (EC2021),
  - We have responsive records available at: (non-responsive)

https://www.dropbox.com/scl/fo/x947gru1n2802d80m2kh8/ADuASwDv3L1pgPj-3-7SGUE?rlkey=3xvgpolxdxoj2riyvjz9cdoe8&st=0gw2xt73&dl=0.

These records may be downloaded from the link above for the next three months from the date of this letter, and we recommend that you download them to your computer for ease of viewing. We have redacted the home addresses, personal telephone numbers, personal email addresses, and account numbers, as disclosure of this information would constitute an unwarranted invasion of personal privacy or could enable unauthorized access to electronic information pursuant to Public Officers Law §§ 87(2)(b), (i), 89(2)(b)(iv), (v).

- Policies and procedures related to Voter Guide submission compliance,
  - These records are being withheld because they are intra-agency communications pursuant to Public Officers Law § 87(2)(g).
- Communications (between August 1, 2021 and October 1, 2021) from and to one former and two current CFB employees and the Board regarding non-compliant Voter Guide submissions:
  - A thorough and diligent search of the Campaign Finance Board's (the "Board's") files indicates that the Board does not possess records responsive to your request.

Pursuant to Public Officers Law § 89(4), you may, within thirty days of receiving this letter, submit a written appeal of this determination to Joseph Gallagher, Interim General Counsel.

Sincerely,

Rhonda Gaskins
Records Access Officer

**COMMITTEE ON OPEN GOVERNMENT**
**STATE OF NEW YORK**
**DEPARTMENT OF STATE**
ONE COMMERCE PLAZA
99 WASHINGTON AVENUE
ALBANY, NY 12231-0001
TELEPHONE: (518) 474-2518
FAX: (518) 474-1927
WWW.OPENGOVERNMENT.NY.GOV

**COMMITTEE MEMBERS**
RUTH N. COLON
ANTONIO DELGADO
PETER D. GRIMM
HADLEY HORRIGAN
JEANETTE M. MOY
CHRISTOPHER POLICANO
ROBERT J. RODRIGUEZ
FRANKLIN H. STONE
BLAKE G. WASHINGTON
STEPHEN B. WATERS

**EXECUTIVE DIRECTOR**
SHOSHANAH BEWLAY

**MEMORANDUM**

TO: Whom it May Concern

FROM: Shoshanah Bewlay
Executive Director, Committee on Open Government

RE: *Alert: Legislation Extended: Chapter 58 of the Laws of 2024*

DATE: April 25, 2024 (updated May 15, 2024)

---

On April 20, 2024, Governor Kathy Hochul signed into Law Chapter 58 of the Laws of 2024. Part KK of Chapter 58 provides for a two-year extension – without other modification – until July 1, 2026, of the amendment to the Open Meetings Law (OML) established by Chapter 56 of the Laws of 2022 expanding the use of videoconferencing by public bodies to conduct open meetings, under extraordinary circumstances, regardless of a declaration of emergency. *See* previously issued guidance on this topic, which remains applicable, here.

In addition, Chapter 58 also amended Public Authorities Law to add a new § 2829 to clarify and reinforce the fact that state and local authorities are subject to both the Freedom of Information Law and the OML:

> All state and local authorities, as such terms are defined in section two of this chapter, as well as all subsidiaries of such state and local authorities, as such terms are defined in section two of this chapter, shall be subject to the provisions of articles six and seven of the public officers law relating to the freedom of information and open meetings laws respectively.

The amendment further provides that all such authorities and their subsidiaries

> shall, to the extent practicable, stream all open meetings and public hearings on their website in real-time, post video recordings of all open meetings and public hearings on their website within five business days of the meeting or hearing and maintain such recordings for a period of not less than five years.

This amendment relating to public authorities goes into effect on May 20, 2024.



2021 Concealed or deleted

For more information about how the Program works, read the Preface of the Campaign Finance Handbook and see the Join the Matching Funds Program page.

*To join the Campaign Finance Program, you must complete and submit a Certification by the deadline.* or be removed from ballot

## 2021 CONTRIBUTION LIMITS

Contribution limits apply to all campaigns, whether or not you join the Program. These limits apply for the entire election cycle.

8:1 6:1

| Office | New Program (Option A) Participant | Old Program (Option B) Participant | Non-Participant |
|---|---|---|---|
| Mayor, Public Advocate, Comptroller | $2,000 | $5,100 | $5,100 |
| Borough President | $1,500 | $3,950 | $3,950 |
| City Council | $1,000 | $2,850 | $2,850 |

can't spend your own money without limits regardless of whether you join the Program or not

Campaigns can accept only up to $100 in cash per contributor, including the initial deposit to open your bank account.

» Doing Business Contributions

If a contributor has business dealings with the city at the time his/her contribution is made, the following lower limits apply:

| | |
|---|---|
| Mayor, Public Advocate, Comptroller | $400 |
| Borough President | $320 |
| City Council | $250 |

Only individuals listed in the Doing Business Database are subject to lower limits. Access the Doing Business Database at *www.nyc.gov/portal/site/DBusinessSite*. Further, these doing business contributions are not matchable, and do not count toward the threshold to receive public funds.

MY COPY OF FLYER

CITY COUNCIL
CITY OF NEW YORK

------------------------ X

TRANSCRIPT OF THE MINUTES

Of the

NEW YORK CITY COUNCIL
STATED MEETING

------------------------ X

February 24, 2022
Start: 2:20 p.m.
Recess: 3:46 p.m.

HELD AT: Council Chambers - City Hall

B E F O R E: Adrienne Adams
Speaker

COUNCIL MEMBERS:

Shaun Abreu
Joann Ariola
Alexa Avilés
Diana I. Ayala
Charles Barron
Joseph C. Borelli
Erik D. Bottcher
Justin L. Brannan
Gale A. Brewer
Selvena N. Brooks-Powers
Tiffany Cabán
David M. Carr
Carmen N. De La Rosa
Eric Dinowitz
Amanda Farías
Oswald Feliz
James F. Gennaro
Jennifer Gutiérrez

COUNCIL MEMBER DINOWITZ: Thank you, Majority Leader. If any of you are like me on Election Day, June 22nd, last year, you were outside campaigning for yourself and maybe some other people, and people in my district, they came excited. They knew exactly who they were going to vote for, for all the municipal offices. When it came time for judges, they had no clue. They had no clue they were even on the ballot, because those offices are not required to be in the voter guide. If you are in Manhattan, you had a District Attorney's race. Those candidates were not required to be in the voter guide, because the CFB, the Campaign Finance Board, does not have to. What they're required to do is put in municipal offices, but judges, District Attorneys, have such an impact on our daily lives and the lives of our neighbors. So I'm introducing Introduction 48 which would require the CFB to put information about candidates for non-municipal offices in the voter guide. We need to make sure that we have an informed electorate, and this is one piece of that puzzle to make sure that our neighbors and our voters have as much information about the candidates they see on the ballot as possible. I'm also introducing Resolution

City Council intended for, and believes all candidates' names (for municipal offices) are in the voter Guide