UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DEVI NAMPIAPARAMPIL,

                              *Plaintiff*,

      -against-

THE NEW YORK CITY CAMPAIGN FINANCE BOARD, *et al.*,

                             *Defendants*.

------------------------------------------------------------------------ x

**NOTICE OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

No. 23 Civ. 6391 (ER)

        **TAKE NOTICE** that, upon the Declaration of David S. Thayer in Support of Defendants' Motion to Dismiss, dated November 10, 2023, (ECF No. 25), and the exhibits attached thereto; the accompanying Memorandum of Law in Support of Their Motion to Dismiss the First Amended Complaint and in Opposition to Plaintiff's Proposed Motion, dated September 20, 2024; the Notice to Pro Se Litigant Who Opposes a Rule 12 Motion Supported by Matters Outside the Pleadings, dated September 20, 2024; and upon all other papers and proceedings heretofore had herein, Defendants New York City Campaign Finance Board, David Duhalde, Hannah Egerton, Amy Loprest, Bethany Perskie, Frederick Schaffer, Matthew Sollars, Jaclyn Williams, and the City of New York (collectively, "Defendants"), by and through their attorney, Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, will move this Court before the Honorable Edgardo Ramos of the United States District Court for the Southern District of New York at the United States Courthouse located at 40 Foley Square, New York, New York 10007, on a date and time to be determined by the Court, for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the First Amended Complaint,

-2-

(ECF No. 46), denying all relief sought therein, and granting such other and further relief to the Defendants as the Court may deem just and proper.

**TAKE FURTHER NOTICE** that Plaintiff shall serve her papers in opposition to this motion on or before October 18, 2024, and Defendants shall serve their reply papers, if any, on or before October 25, 2023.

Dated:     September 20, 2024
           New York, New York

                                            MURIEL GOODE-TRUFANT
                                            *Acting Corporation Counsel of the City of New York*
                                            Attorney for Defendants
                                            100 Church Street
                                            New York, NY 10007
                                            t: (212) 356-2649
                                            f: (212) 356-1148
                                            e: dthayer@law.nyc.gov

                      By:      /s/ David S. Thayer
                                DAVID S. THAYER
                                *Assistant Corporation Counsel*