

Devi Nampiaparampil <devichechi@gmail.com>

## Confirmation of Pearson VUE Exam Appointment

**PearsonVUEConfirmation@pearson.com** <PearsonVUEConfirmation@pearson.com>  
To: devichechi@gmail.com

Thu, Jun 13, 2024 at 1:02 PM

**PLEASE DO NOT RESPOND TO THIS E-MAIL**

This e-mail contains important information about the exam(s) you scheduled, the location and the rules. Please ensure these details are correct. If any information is not correct, please contact Pearson VUE immediately.

### Appointment Details

Order Number: 0071-9293-2040

| | |
|---|---|
| **Exam:** | **4411012024 - Fall ABIM Hospice and Palliative Medicine Maintenance of Certification Examination - English (ENU)** |
| Candidate: | Devi E. Nampiaparampil |
| Candidate ID: | ABIM539888 |
| Registration ID: | 480977911 |
| Date: | Wednesday, November 6, 2024 |
| Time: | 08:00 AM Central Standard Time (Time shown is test center local time.) |
| Appointment Length: | 630 Minutes |
| Test Center Location (Directions shown below) | PEARSON PROFESSIONAL CENTERS-CHICAGO (WACKER DRIVE<br>111 E. WACKER DRIVE<br>SUITE 515<br>CHICAGO, ILLINOIS 60601<br>UNITED STATES |

### Admission Policy

WE ASK THAT YOU ARRIVE AT THE TEST CENTER 30 MINUTES BEFORE YOUR SCHEDULED APPOINTMENT. This will give you adequate time to complete the necessary sign-in procedures.

Please be prepared to show two (2) current forms of personal ID. Both must have your signature, and one of them must have your photo.

For security reasons, all candidates are required to be fingerprinted and/or have a palm scan and their photo taken at the testing center. You will not be allowed to test unless these procedures are completed.

You will not be allowed to take any personal items with you into the testing room. This includes all bags, books not authorized by the testing program, notes, cell phones, pagers, watches and wallets.

No personal items may be taken into the testing room. This includes all bags, books not authorized by the sponsor, notes, phones, pagers, watches and wallets.

### Reschedule Policy

If you wish to reschedule your exam, you must sign in to your ABIM Physician Portal, go to the My Exams page and choose the "Reschedule" option no less than 48 hours prior to your scheduled appointment. Refer to ABIM's policy for more information on rescheduling a MOC exam.

## Cancellation Policy

If you wish to cancel your exam, you must sign in to your ABIM Physician Portal, go to the My Exams page and choose the "Cancel" option no less than 48 hours prior to your scheduled appointment. Refer to ABIM's policy for more information on rescheduling a MOC exam.

---

Pearson VUE will not be held responsible for expenses incurred beyond the cost of the exam, including but not limited to travel expenses and lost wages on the day of the exam.

It is extremely important to us that you receive the best quality experience while taking your exam. After your exam, please visit https://feedback.pearsonvue.com/index.cfm?SurveyID=1372ENU1329415594216132406 which will appear on your Thank You e-mail and answer a few short questions concerning your experience.

Pearson VUE's goal is to make your exam experience a pleasant one. We want to thank you for selecting Pearson VUE as your exam service provider, and we look forward to serving you again. Please feel free to contact us with your comments or questions. Our contact information can be found on our website: pearsonvue.com/contact.

Sincerely,

Pearson VUE

---

## Directions to Test Center

Center:   PEARSON PROFESSIONAL CENTERS-CHICAGO (WACKER DRIVE

How to get there: **Location is on the Southeast corner of Michigan Ave and the Chicago River.

Take the escalator up to the mail lobby. and check in at the security desk. Photo ID will be required.

FROM THE NORTH
Take I-94 (Edens Expy) South to Exit #51C. Turn Left onto W Washington Blvd (Washington blvd. becomes Washington St.) for 0.4 miles. Turn Left onto Upper Wacker Drive/N. Wacker Drive for 0.7 miles. Turn slight Left onto East Upper Wacker Drive/N. Wacker Drive. Continue across Michigan Ave. to location

FROM THE SOUTH
Take I-94 W (Bishop Ford Fwy/Dan Ryan Expy.). Bear Left onto I-90 (I-94) take Exit #51A Lake Street. Turn Right onto W Lake St for 0.4 miles. Turn Right onto W. Upper Wacker Drive/West Wacker Drive for 0.5 miles. Turn slight Left onto East Upper Wacker Drive/E. Wacker Drive. Continue across Michigan Ave. to location

FROM THE WEST
Take I-290 E (Eisenhower Expy). Merge onto I-90 W / I-94 W / KENNEDY EXPY W toward WISCONSIN 0.9 miles. Take the LAKE ST / 200 NORTH exit- EXIT 51A. Turn RIGHT onto W LAKE ST. 0.4 miles. Turn LEFT onto W UPPER WACKER DR / W WACKER DR. 0.5 miles. Turn slight Left onto East Upper Wacker Drive/E. Wacker Drive. Continue across Michigan Ave. to location

DETAILED DIRECTIONS
The Center is located in a multi-story building facing Wacker Drive on the south side of the Chicago River. The building is on the mezzanine level from the street and can be accessed by a stairway on Wacker Drive or another stairway on Michigan Ave. at South Water Street. There is security in the lobby to check the picture ID's of everyone that requires entry to the building. The security guard will show candidates to the correct elevator bank.

PARKING
Parking entrance is about 10 ft from east corner of Wacker and Michigan Ave. There is no street parking available near the building, but drop off space is available on Wacker Drive in front of the building.

PUBLIC TRANSPORTATION
Please check with the local public transportation offices for the correct stops, schedules and prices.

Millennium Park Metra Station, South Water exit is in lower level of building and can be accessed from escalators in

lobby.
Red Line to Lake Street, walk 1 block north to Wacker Drive. Turn right and continue on North Wacker Drive (on Chicago River). Cross Michigan Avenue and building is 10ft from corner of Michigan and Wacker.
CTA Bus numbers 3, 147 and 151 all proceed north and south on Michigan avenue and stop at Wacker Drive.

http://www.pearsonvue.com/legal/privacy/

