

Devi Nampiaparampil <devichechi@gmail.com>

XXXX **v. NYC** XXX

Thu, Sep 19, 2024 at 4:16 PM

Dr. Nampiaparampil –

It was a pleasure speaking with you today, thank you so much for your time. We really look forward to working with you on this matter. Attached, please find the XXXXX that was previously submitted for your review. In addition, please send us your CV, fee schedule and any additional information/documents we need for the retainer. The trial date is coming up on XXXXXXXX, and as discussed, we will be reaching out to schedule preparation prior to the trial date. I will also send you the medical records for your review.

Warm Regards,

XXXX



 Gmail

Devi Nampiaparampil <devichechi@gmail.com>

Re: █████ v. NYC █████████████████████

Devi Nampiaparampil <devichechi@gmail.com>   Fri, Oct 11, 2024 at 12:08 PM
To: ████████████████████████████████████████████████████████████████

Hello,

██████████████, thank you for all this information!

██████████████, thank you for your message. I'm sorry we missed each other. In your voicemail, you had mentioned that my fee schedule was approved.

Therefore, I plan to begin my review next week and will reach out afterwards. If you need to reach me before that, feel free to give me a call on my cell at 312-523-5935. If I can't answer at the moment, I will call you back right after. I'm looking forward to working with all of you!

Thank you.
Devi


Devi E. Nampiaparampil, MD, MS
Medical Director, Metropolis Pain Medicine
Associate Professor, NYU School of Medicine
Fox 5 NY Medical Contributor
www.doctordevi.com


[Quoted text hidden]