UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVI ELIZABETH NAMPIAPARAMPIL,

                Plaintiff,

– against –

THE NEW YORK CITY CAMPAIGN FINANCE BOARD, CITY OF NEW YORK, DAVID DUHALDE, HANNAH EGERTON, AMY LOPREST, BETHANY PERSKIE, FREDERICK SCHAFFER, MATTHEW SOLLARS, *and* JACLYN WILLIAMS,

                Defendants.

**ORDER**

23-cv-06391 (ER)

Ramos, D.J.:

    Defendants' request to stay discovery, Doc. 68, is GRANTED. Defendants' motion presents substantial arguments for dismissal, and a stay would not unfairly prejudice Nampiaparampil. *See, e.g.*, *HAHA Glob., Inc. v. Barclays*, No. 19 Civ. 04749 (VEC) (SDA), 2020 WL 832341, at *1 (S.D.N.Y. Feb. 20, 2020). Accordingly, discovery in this matter shall be stayed pending resolution of Defendants' motion to dismiss.

    The Clerk of Court is respectfully directed to terminate the motion, Doc. 68.

    SO ORDERED.

Dated:   October 28, 2024
          New York, New York

                                          EDGARDO RAMOS, U.S.D.J.