# EXHIBIT A
# Part 1



## U.S. Senator

⇵ Compare the Candidates

## What Does the U.S. Senate Do?

The U.S. Senate is the upper chamber of the U.S. Congress. Senators draft, debate, and vote on legislation, confirm Presidential appointments such as Supreme Court justices, and conduct oversight of all branches of government.

**Learn more about elected offices**

## Find My Poll Site

Visit the BOE website and enter your address to find your polling place

**Find My Poll Site**

## Candidates on the Ballot



### Diane Sare
LaRouche

**Top 3 Issues**

1. Reinstate Glass-Steagall
2. Nuclear power, not nuclear war

**See Also:**

**Local Offices**

**Types of Elections**

**How to Vote**



Share or send this page





3. increase productivity, no Green Deal

Learn More

Add To My Ballot

---



## Charles E. Schumer

Democratic, Working Families

**Top 3 Issues**

1. Climate Crisis
2. Income Inequality
3. Restoring our Democracy

Learn More

Add To My Ballot

---

**Vote with confidence**

We'll send timely updates about upcoming elections including key deadlines, registration info and candidate profiles.

**Email**

**Phone (optional)**

Subscribe

By providing your email and mobile phone number you consent to receive recurring messages from NYC Votes about upcoming elections. Unsubscribe or text STOP to opt out. Message and data rates may apply.



About Us

Contact Us

NYC Campaign Finance Board

