

**THE CITY OF NEW YORK**

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**DAVID S. THAYER**
*Assistant Corporation Counsel*
t: (212) 356-2649
f: (212) 356-1148
dthayer@law.nyc.gov

## MEMO ENDORSED

The conference currently scheduled for January 22, 2025, is adjourned until Thursday, January 30, 2025 at 2:30 PM in Courtroom 619 at the Thurgood Marshall United States Courthouse. The Clerk of Court is respectfully directed to terminate Docs. 92, 94.

It is SO ORDERED

Edgardo Ramos, U.S.D.J.
Dated:  1/13/2025
New York, New York

*Via ECF*

The Honorable Edgardo Ramos
United States District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  **Nampiaparampil v. N.Y.C. Campaign Fin. Bd., *et al.***
**No. 23 CV 6391 (ER)**

Dear Judge Ramos:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, Muriel Goode-Trufant, attorney for Defendants in the above-referenced action. I write in response to Plaintiff's letter-motion seeking an adjournment of the January 22, 2025, conference at 2:30 PM. (ECF No. 94.)

In her application, Plaintiff has proposed two dates for an adjourned hearing: (i) January 30, 2025, at 2:30 PM, and (ii) January 31, 2025, at 2:30 PM. Although Defendants take no position on Plaintiff's application, I write to respectfully inform the Court that I am available on the dates and at the times proposed by Plaintiff.

I thank the Court for its consideration of this matter.

Respectfully yours,

*/s/ David S. Thayer*

David S. Thayer