| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>—-----------------------------------------------------x<br>DEVI NAMPIAPARAMPIL,<br>    *Plaintiff,*<br>    –against–<br>THE NEW YORK CITY CAMPAIGN FINANCE BOARD,<br>AMY LOPREST, DAVID DUHALDE, HANNAH EGERTON,<br>FREDERICK SCHAFFER, BETHANY PERSKIE, MATTHEW<br>SOLLARS, JACLYN WILLIAMS & THE CITY OF NEW YORK<br>    *Defendants* | **NOTICE OF<br>SUPPLEMENTAL<br>AUTHORITY**<br><br><br>**1:23-cv-06391** |

March 26, 2025

Dear Judge Ramos,

I am the pro se Plaintiff in the above matter. I am respectfully notifying the Court of a Motion to Vacate filed on March 25, 2025, in *Nampiaparampil v. NYC Campaign Finance Board*, Index No. 101118/2021, currently pending in New York Supreme Court (Justice Hagler). Although almost four years have passed, the motion passed initial review and is calendared for April 15, 2025.

This is in addition to the fully briefed Motion to Vacate in *Nampiaparampil v. NYC Campaign Finance Board*, Index No. 159019/2022, currently being adjudicated in the New York Supreme Court (Justice Ramseur).

These Courts' decisions may affect this Court's analysis of prior proceedings relied upon by Defendants in their submissions. A copy of the Motion to Vacate before Justice Hagler is attached hereto as Exhibit A, B, C and D. (Given the file sizes, this pro se plaintiff had to separate the one motion into multiple files).

Respectfully submitted,

/s/ Devi Nampiaparampil
Devi Nampiaparampil
Pro Se Plaintiff
111 John Street Suite 2509
New York, NY 10038
Cell: 312-523-5935