101118/2021

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

INDEX NUMBER
101111/2021

———————————————————————X

DEVI NAMPIAPARAMPIL

              Plaintiff

  —against—

NEW YORK CITY CAMPAIGN FINANCE BOARD

              Defendant

PLAINTIFF'S
NOTICE
OF MOTION

State of New York
County of New York

PLEASE TAKE NOTICE that upon the attached affirmation of Devi Nampiaparampiil, affirmed on March 24, 2025, the exhibits attached to the affirmation, and upon all proceedings in this case to date, the plaintiff will move this Court at 9:30 AM on the 15th day of April, 2025 at the Courthouse, 60 Centre Street, New York, New York, in the Motion Submission part Courtroom, Room 130, for an order, pursuant to the Civil Practice Law and Rules (CPLR), granting the following relief to the movant:

1. Vacating the prior Order and/ or Judgment dismissing this action, issued by Justice Hagler;
2. Reopening this case for full adjudication on the merits;
3. Allowing petitioner to proceed pro se;
4. Restoring Petitioner's right to file via NYSCEF to ensure access and transparency;
5. Granting such other and further relief as this Court deems just and proper

PLEASE TAKE FURTHER NOTICE, that pursuant to Civil Practice Law and Rules 2214(b), you are hereby required to serve copies of your answering affidavits on the undersigned no later than the seventh day prior to the date set above for submission of this motion.

Dated: March 25, 2025
New York, New York

                                      Respectfully submitted,

                                      Devi Nampiaparampil
                                      111 John Street
                                      Suite 2509
                                      New York, NY 10038
                                      Cell: 312-523-5935
                                      Email: devichechi@gmail.com

To:   Office of Corporation Counsel
      NYC Campaign Finance Board
      100 Church Street
      New York, NY 10007

*Case was previously assigned to Bethany Perskie

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**
-------------------------------------X

DEVI NAMPIAPPAROMPIL
[fill in name(s)]    Plaintiff(s)/Petitioner(s).

Index Number 101118/2020

CITY OF N.Y. LAW DEPT.
OFFICE OF CORP. COUNSEL
COMMUNICATIONS UNIT
2025 MAR 26  P 12:28

- Against -

NYC CAMPAIGN FINANCE BOARD
[fill in name(s)]    Defendant(s)/Respondent(s).,
-------------------------------------X

**AFFIRMATION OF SERVICE AFTER COMMENCEMENT OF LITIGATION**

STATE OF NEW YORK
COUNTY OF __New York__ ss:

I; [name of person who served papers] __Mary Nampiapparampil__ being duly sworn, depose and say:

I am over 18 years of age and am not a party to this case.
I reside at [your address] __12 Columbia Rd, Ardsley, NY 10502__
On [date of service] __March 25__, 20__25__, at [time of day] _____ AM/PM, I served a true copy of the following papers [identify papers served] __Notice of motion, Affirmation by Plaintiff to Accompany the motion, Memorandum of law__, in the following manner: [check box that applies]:

☒ **Personal Service**  By personally delivering the papers to [identify person served] __Exhibit A - E__
__Office of__ at [address] __100 Church Street, New York, NY 10007__
__Corporation Counsel Service Window__

My perception of the person served was as follows:
NOTE: Please select the gender designation that most closely matches your perception of the person's gender.

| Gender | Race | Age | Height | Weight |
|---|---|---|---|---|
| ☒ Male | ☐ Asian | ☐ Under 21 years | ☐ Under 5'0" | ☐ Under 100 lbs |
| ☐ Female | ☐ Black/African American | ☒ 21-35 years | ☐ 5'0"–5'3" | ☐ 100-130 lbs |
| ☐ X | ☐ Middle Eastern/North African | ☐ 36-50 years | ☐ 5'4"–5'8" | ☒ 131-160 lbs |
|  | ☐ Native American/Alaskan | ☐ 51-65 years | ☐ 5'9"–6'0" | ☐ 161-200 lbs |
|  | ☐ Native Hawaiian/Pacific Islander | ☐ 65-80 years | ☐ 6'1"–6'4" | ☐ 201-240 lbs |
|  | ☒ White | ☐ Over 80 years | ☐ Over 6'4" | ☐ 241-280 lbs |
|  | ☐ Other |  |  | ☐ Over 280 lbs |

| Eye Color | Hair Color | Hair Length | Facial Hair |
|---|---|---|---|
| ☐ Amber | ☐ Black | ☐ Bald | ☐ None |
| ☐ Blue | ☐ Blond | ☐ Balding | ☐ Goatee |
| ☐ Brown | ☒ Brown | ☐ Crewcut | ☐ Full beard (short) |
| ☐ Gray | ☐ Gray | ☒ Short | ☒ Full beard (long) |
| ☐ Green | ☐ Red | ☐ Medium | ☐ Mustache |
| ☐ Hazel | ☐ White | ☐ Shoulder-length | ☐ Sideburns |
|  | ☐ Other: | ☐ Long |  |

Other identifying features, if any (specify): _____

☐ **Mail**  By mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) indicated below:

☐ **Overnight Delivery Service**  By depositing the same with an overnight delivery service in a wrapper properly addressed. Said delivery was made prior to the latest time designated by the overnight delivery service for overnight delivery service for overnight delivery. The delivery service used was [name of delivery service] _____

[Name(s) and address(es) of person(s) served by mail/overnight delivery]:

I, __Mary Nampiapparampil__ affirm this __25th__ day of __March 2025__ under the penalties of perjury, under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
Server's Signature