UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
—----------------------------------------------------x
DEVI NAMPIAPARAMPIL,
                    *Plaintiff,*
                –against–
THE NEW YORK CITY CAMPAIGN FINANCE BOARD,
AMY LOPREST, DAVID DUHALDE, HANNAH EGERTON,
FREDERICK SCHAFFER, BETHANY PERSKIE, MATTHEW
SOLLARS, JACLYN WILLIAMS & THE CITY OF NEW YORK
                    *Defendants*

**LETTER REGARING
PLAINTIFF'S
SECOND AMENDED
COMPLAINT**


**1:23-cv-06391**

May 14, 2026

Dear Judge Ramos,

I am the pro se Plaintiff in the above-referenced matter. Plaintiff respectfully submits this cover letter with her Second Amended Complaint to explain why this filing is occurring after midnight.

Plaintiff attempted to file the Second Amended Complaint on the May 13, 2026 deadline. The filing includes a large number of images, screenshots, court records, agency records, portal records, and documentary excerpts to support the pleading. Because the documents contain many images, Plaintiff could not upload the full exhibit packet as a single file while complying with ECF file-size limits.

Plaintiff therefore divided the submission into multiple parts. Plaintiff began the filing process before midnight but had to try several permutations and multiple different compression tools to maintain readability of the images while complying with PACER's file size requirements.

Plaintiff apologizes to the Court for this delay and is filing the materials as promptly as possible.

Respectfully submitted,

/s/ Devi Nampiaparampil
Devi Nampiaparampil
Pro Se Plaintiff
111 John Street Suite 2509
New York, NY 10038
Cell: 312-523-5935
Email: devichechi@gmail.com

1